UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 FEB 10  P 12: 30
U.S. DISTRICT COURT
DISTRICT OF MASS.

**WORCESTER, SS.**                    CENTRAL SECTION
                                      CIVIL ACTION NO.: 04-40014-NMG

| | |
|---|---|
| **DAVID BENNETT** <br> - Plaintiff | ) <br> ) <br> ) |
| vs. | )    **PLAINTIFF'S MOTION TO** <br> )    **AMEND COMPLAINT** |
| **SAINT-GOBAIN CORPORATION,** <br> **JOHN R. MESHER, and** <br> **TIMOTHY L. FEAGANS** <br> - Defendants | ) <br> ) <br> ) <br> ) |

Now comes the Plaintiff Bennett in the above-entitled action and moves to amend his complaint by changing the date in Paragraph 5 from "1999" to "1989".

In support of its motion, the Plaintiff states that none of the Defendants have been served, and none have filed a responsive pleading. The amendment should be allowed as a matter of course under Rule 15(a) of the F.R.C.P.

DAVID BENNETT, by his attorney,

_____
Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

DATED: February 9, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Dated: 2/9/04
_____
Michael J. Michaeles