UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 04-CV-40014-NMG |
| SAINT-GOBAIN CORPORATION, JOHN R. : | |
| MESHER, AND TIMOTHY L. FEAGANS, : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION TO DISMISS
## COUNTS I-XI AND XIII-XVII
## OF PLAINTIFF'S COMPLAINT

Defendants move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Counts I-XI and XIII-XVII of Plaintiff's Complaint. The bases for this Motion are set forth fully in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that this Court dismiss Counts I-XI and XIII-XVII of Plaintiff's Complaint with prejudice.

ORAL ARGUMENT IS REQUESTED.

SAINT-GOBAIN CORPORATION, JOHN R.
MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

Of Counsel:

/s/   James B. Conroy

Hope A. Comisky
Amy G. McAndrew
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

James B. Conroy (BBO# 096315)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor Boston
Massachusetts 02108
617-720-2880

Dated: May 14, 2004

GV: #280656 v1 (60K001!.DOC)