UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                           CENTRAL SECTION
                                         CIVIL ACTION NO.: 04-40014-NMG

DAVID BENNETT                    )
 - Plaintiff                     )
                                 )
vs.                              )       PLAINTIFF'S OPPOSITION
                                 )       TO DEFENDANTS' MOTION
SAINT-GOBAIN CORPORATION,        )       TO DISMISS
JOHN R. MESHER, and              )
TIMOTHY L. FEAGANS               )
 - Defendants                    )

The Plaintiff David Bennett opposes Defendants' Motion to Dismiss for the reasons set forth in the accompanying memorandum of law.

DAVID BENNETT, by his attorney

Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

DATED: May 26, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Dated: 5/26/04

Michael J. Michaeles