UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN CORPORATION,<br>JOHN R. MESHER, AND TIMOTHY L.<br>FEAGANS,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 04-CV-40014-NMG |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
OF LAW IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.1(B)(3), defendants Saint-Gobain Corporation ("Saint-Gobain" or "the Company"), John R. Mesher ("Mesher") and Timothy L. Feagans ("Feagans") (collectively "Defendants") move for leave to file the attached Reply Memorandum of Law in Support of Defendants' Motion to Dismiss. As set forth in the accompanying memorandum of law, a reply brief is necessary to address certain legal and factual issues raised in Plaintiff's brief in opposition to Defendants' Motion to Dismiss. In addition, the disposition of the Motion to Dismiss will have a significant impact on this litigation, further justifying the need for a reply brief.

-2-

WHEREFORE, Defendants respectfully request that this Court grant its Motion for Leave to File the Reply Memorandum of Law attached hereto as Exhibit A.

SAINT-GOBAIN CORPORATION, JOHN R. MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

Of Counsel:

Hope A. Comisky
Amy G. McAndrew
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Dated: June 11, 2004

/s/ Jill L. Brenner
James B. Conroy (BBO# 096315)
Jill L. Brenner (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor Boston
Massachusetts 02108
617-720-2880

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that on June 11, 2004, I did confer in good faith, via telephone, with Michael J. Michaeles, Esq., counsel for Plaintiff, in an effort to narrow or resolve the issues raised in this motion.

/s/ Jill L. Brenner
Jill L. Brenner