UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| DAVID BENNETT | ) 2004 JUN 14 A 10: 19 |
| | ) |
| | ) U.S. DISTRICT COURT |
| Plaintiff, | ) DISTRICT OF MASS. |
| | ) CIVIL ACTION NO. |
| v. | ) 04-CV-40014-NMG |
| | ) |
| SAINT-GOBAIN CORPORATION, JOHN R. | ) |
| MESHER AND TIMOTHY L. FEAGANS | ) |
| | ) |
| Defendants. | ) |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF HOPE COMISKY

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Hope Comisky of the law firm of Pepper Hamilton, LLP, 3000 Two Logan Square, Eighteenth & Arch Streets, Philadelphia, PA 19103-2799, be admitted to appear on behalf of defendants and to practice before this Court in the above-entitled action. As grounds for this motion, the undersigned counsel respectfully represents the following:

1. Ms. Comisky is and has been a member in good standing of the state bars of: the Commonwealth of Pennsylvania since 1977; the District of Columbia since 1979; and the State of New York since 1993.

2. Ms. Comisky is and has been a member in good standing of the bars of the following United States District Courts, Circuit Courts of Appeals and Supreme Court: United States Supreme Court since 1987; the United States Court of Appeals for the Third Circuit since 1979; the United States Court of Appeals for the Sixth Circuit since 1996; the United States District Court for the Eastern District of Pennsylvania since 1978; and the United States District Court for the Middle District of Pennsylvania since 1991.

FILING FEE PAID:
RECEIPT # H043412
AMOUNT $ 50
BY DPTY CLK S. Jones
DATE 6-14-04

3. There are no disciplinary proceedings pending against Ms. Comisky as a member of the bar in any jurisdiction;

4. Ms. Comisky has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. In further support of this motion, Ms. Comisky has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. Comisky's admission to practice before this Court *pro hac vice*.

> Respectfully submitted,
>
> SAINT-GOBAIN CORPORATION, JOHN R. MESHER AND TIMOTHY L. FEAGANS
>
> By their counsel,
>
> /s/ Jill Brenner
> James B. Conroy, Esq. (BBO# 096315)
> Jill L. Brenner, Esq. (BBO# 652501)
> DONNELLY, CONROY & GELHAAR, LLP
> One Beacon Street, 33d Floor
> Boston, MA 02108
> (617) 720-2880

Dated: June 11, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 6/11/04  /s/ Jill Brenner

2

Assented To:

DAVID BENNETT
By his counsel,


_____*Michael J. Michaeles* /JrB_____
Michael J. Michaeles (BBO # 344880)
Wolfson, Dodson, Keenan & Cotton
390 Main Street, Suite 1000
Worcester, MA 01608
(508) 791-8181


Dated: June 11, 2004

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Hope A. Comisky, hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

_/s/ Hope A. Comisky_
Hope A. Comisky

Dated: May 12, 2004