UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

FILED
IN CLERKS OFFICE

2004 JUN 14   A 10: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID BENNETT                          )
                                       )
                                       )
            Plaintiff,                 )
                                       )        CIVIL ACTION NO.
                                       )        04-CV-40014-NMG
v.                                     )
                                       )
SAINT-GOBAIN CORPORATION, JOHN R.      )
MESHER AND TIMOTHY L. FEAGANS          )
                                       )
            Defendants.                )

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE OF AMY MCANDREW

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Amy

McAndrew of the law firm of Pepper Hamilton, LLP, 3000 Two Logan Square, Eighteenth &

Arch Streets, Philadelphia, PA 19103-2799, be admitted to appear on behalf of defendants and to

practice before this Court in the above-entitled action.  As grounds for this motion, the

undersigned counsel respectfully represents the following:

1.      Ms. McAndrew is and has been a member in good standing of the bars of the

Commonwealth of Pennsylvania since 1994 and the State of New Jersey since 1996.

2.      Ms. McAndrew is and has been a member in good standing of the bars of the

following United States District Courts, Circuit Courts of Appeals and Supreme Court: United

States Court of Appeals for the Third Circuit since 2000; United States District Court for the

Eastern District of Pennsylvania since 1997; and the United States District Court for the District

of New Jersey since 1998.

3.      There are no disciplinary proceedings pending against Ms. McAndrew as a

member of the bar in any jurisdiction;

FILING FEE PAID:
RECEIPT #  404342
AMOUNT $     50
BY DPTY CLK  S
DATE  6-14-04

4.    Ms. McAndrew has represented to the undersigned counsel that she is familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5.    In further support of this motion, Ms. McAndrew has submitted herewith her Certificate of Good Standing as required by Local Rule 83.5.3.

WHEREFORE, the undersigned counsel respectfully moves Ms. McAndrew's admission to practice before this Court *pro hac vice*.

Respectfully submitted,

SAINT-GOBAIN CORPORATION, JOHN R. MESHER AND TIMOTHY L. FEAGANS

By their counsel,

James B. Conroy, Esq. (BBO# 096315)
Jill L. Brenner, Esq. (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
(617) 720-2880

Dated: June 11, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand

Date: 6/11/04

2

Assented To:

DAVID BENNETT
By his counsel,


*Michael J. Michaeles / JLB*

Michael J. Michaeles (BBO # 344880)
Wolfson, Dodson, Keenan & Cotton
390 Main Street, Suite 1000
Worcester, MA 01608
(508) 791-8181


Dated: June 11, 2004

## CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Amy McAndrew, hereby certify that: (1) I am admitted to the bars of the Courts described in the foregoing motion; (2) I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice; (3) no disciplinary proceedings are pending against me as a member of any bar in any jurisdiction; and (4) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Respectfully submitted,

Amy M. McAndrew

Amy McAndrew

Dated: May 12, 2004

GV: #280388 v1 (60CK01!.WPD) 107601-63