UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**                        CENTRAL SECTION
                                         CIVIL ACTION NO.: 04-40014-FDS

| | |
|---|---|
| **DAVID BENNETT** <br> - Plaintiff | ) <br> ) <br> ) |
| vs. | ) <br> ) **PLAINTIFF'S MOTION TO** <br> ) **STRIKE DEFENDANTS'** |
| **SAINT-GOBAIN CORPORATION,** <br> **JOHN R. MESHER, and** <br> **TIMOTHY L. FEAGANS** <br> - Defendants | ) **MOTION FOR LEAVE TO** <br> ) **FILE A REPLY BRIEF** <br> ) <br> ) <br> ) |

Bennett received court notice on June 30, 2004 of the allowance of Defendants' Motion to File a Reply Brief but never received a copy of the motion for leave nor any notice of its filing. Bennett's attorney then checked with the Clerk's office who confirmed that the Motion to File a Reply Brief was not assented to and had no service, merely a certification stating that there was a telephone conversation regarding the motion. The certification read "Via telephone conversation I tried to resolve the issues raised in the motion." and was signed by opposing counsel on June 11, 2004.

In early June, Plaintiff Bennett's attorney received a telephone call asking to assent to motions pro hac vice and assent to motion to file a reply brief. AS confirmed by attached letter dated June 11, 2004, Bennett's attorney gave a verbal authorization to sign his assent to the motions pro hac vice but would not assent to the filing of the reply brief because:

1. Defendants took far more time than the agreed extension in which to file a response to the complaint.

2. Defendants had ample opportunity, four months, to file their motion to dismiss, and any further briefs on the matter would incur unneeded cost not only for Bennett, but for taking the Court's time.

3. Defendants would not agree to an extension of Bennett's opposition to the Defendants' Motion to Dismiss requested because of the Plaintiff's attorney's trial schedule.

For the above reasons the Plaintiff Bennett requests that the Defendants' Motion to File a Reply Brief be stricken mainly for failure to serve and notice of filing. In the event that the Court deems it appropriate to allow the filing of a reply brief, Bennett respectfully requests an order that the Defendants reimburse him for the cost of filing this motion and any other response to a reply brief, or whatever sanctions the Court deems appropriate.

Respectfully submitted,

DAVID BENNETT, by his attorney

Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

DATED: June 30, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Dated: 6/30/04

## Wolfson, Keenan, Cotton & Meagher
### Attorneys at Law

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN
INDEPENDENT PRACTITIONER WHO IS NOT
RESPONSIBLE FOR THE PRACTICE OR THE
LIABILITY OF ANY OTHER ATTORNEY IN
THE OFFICE

Suite 1000
390 Main Street
Worcester, Massachusetts 01608-2575

TELEPHONE 508-791-8181
TELECOPIER 508-792-0832

June 11, 2004

**VIA FACSIMILE**

Jill L. Brenner, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108

Re: U.S. District Court for the District of Massachusetts Case No.: 04-40014-NMG
<u>David Bennett v. Saint-Gobain Corporation, John R. Mesher & Timothy L. Feagans</u>

Dear Ms. Brenner:

You may sign my assent to motions pro hac vice, in the same form as copies forwarded to me, with the understanding that you are lead counsel, and I need only copy you with pleadings.

I will not assent to a motion for a reply brief. The Defendant has had an unduly generous amount of time to prepare its motion to dismiss.

Yours very truly,

Michael J. Michaeles

MJM/tmg