# EXHIBIT A

## Wolfson, Keenan, Cotton & Meagher
### Attorneys at Law

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN INDEPENDENT PRACTITIONER WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR THE LIABILITY OF ANY OTHER ATTORNEY IN THE OFFICE

Suite 1000
390 Main Street
Worcester, Massachusetts 01608-2575

TELEPHONE 508-791-6181
TELECOPIER 508-792-0632

January 28, 2004

Jonathan Kane, Esquire
Pepper Hamilton LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183

Re: <u>Bennett v. Saint-Gobain Corporation, John R. Mesher, & Timothy L. Feagans</u>

Dear Jon:

Enclosed is courtesy copy of complaint and cover letter filing it with court. Please let me know whether you would like to accept service for the Defendants. I look forward to your response.

Yours very truly,

Michael J. Michaeles

MJM/tmg
Enclosures

*Wolfson, Keenan, Cotton & Meagher*
*Attorneys at Law*

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN
INDEPENDENT PRACTITIONER WHO IS NOT
RESPONSIBLE FOR THE PRACTICE OR THE
LIABILITY OF ANY OTHER ATTORNEY IN
THE OFFICE

*Suite 1000*
*390 Main Street*
*Worcester, Massachusetts 01608-2575*

TELEPHONE 508-791-8181
TELECOPIER 508-792-0832

March 15, 2004

Amy G. McAndrew
Pepper Hamilton LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183

    Re: U.S. District Court for the District of Massachusetts Case No.: 04-40014-NMG
          <u>David Bennett v. Saint-Gobain Corporation, John R. Mesher & Timothy L. Feagans</u>

Dear Ms. McAndrew:

    Enclosed please find waiver papers in the above-referenced matter. I have signed and dated the forms and am returning them to you for your execution of the acceptance of service on behalf of all three defendants. Once you have executed the acceptance, please either file the waivers directly with the court copying me, or send the executed waivers to me for filing with court.

    As far as the date is concerned I prefer to use sixty days from your receipt of the waivers, but if that is a problem, please let me know.

    Please call with any questions.

                                                         Yours very truly,

                                                         Michael J. Michaeles

MJM/tmg
Enclosures

RECEIVED MAR 17 2004