# EXHIBIT B

## Pepper Hamilton LLP
Attorneys at Law

400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
610.640.7800
Fax 610.640.7835

Amy G. McAndrew
direct dial: 610.640.7824
direct fax: 267.200.0830
mcandrewa@pepperlaw.com

March 17, 2004

Michael J. Michaeles, Esquire
Wolfson, Keenan, Cotton & Meagher
Suite 1000
390 Main Street
Worcester, MA 01608-2575

Re: <u>Bennett v. Saint-Gobain Corporation, et al.</u>

Dear Mr. Michaeles:

      I am enclosing three original signed waivers of service of summons in the above-referenced matter. I trust that you will file the waivers with the Court. According to the waivers, defendants will have until May 14, 2004 to file a responsive pleading to plaintiff's Complaint. Please feel free to give me a call of you have any questions regarding the enclosed.

Very truly yours,

*[signature]*

Amy G. McAndrew

AGM/rst
Enclosures