# EXHIBIT 1

## DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880   FACSIMILE: (617) 720-3554

Jill L. Brenner
jlb@dcglaw.com

June 11, 2004

**BY UPS DELIVERY**
Clerk, Civil
United States District Court
Harold D. Donohue Federal Bldg.
 and Court House
595 Main Street
Worcester, Massachusetts 01608

Re:   <u>David Bennett v. Saint-Gobain Corporation, et al.</u>, C.A. No. 04-CV-40014-NMG

Dear Sir/Madam:

Enclosed please find the following documents for filing:

1. Assented-To Motion for Admission Pro Hac Vice of Amy McAndrew, and Certificate of Good Standing;

2. Assented-To Motion for Admission Pro Hac Vice of Hope Comisky, and Certificate of Good Standing; and

3. Filing Fee of $100.00.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

Very truly yours,

Jill F Brenner

Jill L. Brenner

JLB/gs
Enclosures
cc:   Michael J. Michaeles, Esq.
 Amy McAndrew, Esq.
 James B. Conroy, Esq. (w/out encls.)