# EXHIBIT 2



**DELIVERY NOTIFICATION**

Dear Customer,

This is in response to your request for delivery information concerning the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z 8R3 9A1 01 9202 805 7 |
| **Reference Number(s):** | 2687-01, 2687-01 |
| **Service Type:** | NEXT DAY AIR |
| **Shipped or Billed on:** | Jun 11, 2004 |
| **Delivered on:** | Jun 14, 2004 10:15 A.M. |
| **Delivered to:** | 390 MAIN ST |
| | 1000 |
| | WORCESTER, MA, US 01608 |
| **Signed by:** | LYNN |
| **Location:** | RECEIVER |

Thank you for giving us this opportunity to serve you.

Sincerely,
United Parcel Service

Tracking results provided by UPS:  Jul 1, 2004 1:08 P.M.   Eastern Time (USA)