# EXHIBIT 3

## DONNELLY, CONROY & GELHAAR, LLP

ONE BEACON STREET
33RD FLOOR
BOSTON, MA 02108

TELEPHONE: (617) 720-2880    FACSIMILE: (617) 720-3554

Jill L. Brenner
jlb@dcglaw.com

July 1, 2004

**Via Facsimile (508-792-0832) and UPS**

Michael J. Michaeles, Esq.
Wolfson, Keenan, Cotton & Meagher
390 Main St., Suite 1000
Worcester, MA 01608

Re:    Bennett v. Saint-Gobain Corporation, et al.
       Civil Action No. 04-CV-40014-NMG

Dear Mr. Michaeles:

Pursuant to my voicemail this afternoon, I have enclosed another copy of Defendants' Motion for Leave to File Reply Memorandum of Law in Support of its Motion to Dismiss. As I indicated in my message, I believe that I previously mailed this filing to you pursuant to the service requirements and according to my regular practice. I am also enclosing another copy of Defendants' Memorandum in Support of its Limited Opposition to Plaintiff's Motion to Amend.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Jill L. Brenner

JLB/gs
Enclosures

cc:    Amy G. McAndrew, Esq.
       James B. Conroy, Esq.

# DONNELLY, CONROY & GELHAAR, LLP
## ONE BEACON STREET, 33RD FL.
## BOSTON, MASSACHUSETTS 02108

## TELEPHONE:(617) 720-2880  FACSIMILE: (617) 720-3554

## FACSIMILE TRANSMITTAL

### Please Deliver To:

| <u>Name</u> | <u>Company</u> | <u>Fax #</u> |
|---|---|---|
| Michael J. Michaeles, Esq. | Wolfson, Keenan, Cotton & Meagher | 508-792-0832 |

### CONFIDENTIALITY NOTICE

This transmission may contain legally privileged and confidential information, and is intended only for the addressee(s) named above. If you are not a named recipient, any use, distribution, copying or communication of this facsimile is prohibited. If you received this transmission in error, please telephone us immediately and we will arrange for the return of the original message to us.

**FROM:**      Jill L. Brenner

**DATE:**      July 1, 2004

**CLIENT MATTER #:  2687-01**

**# OF PAGES (including cover sheet):**  22

### MESSAGE

If there is any problem in transmission, please call
Donnelly, Conroy & Gelhaar, LLP at (617) 720-2880

```
*******************************
***    ACTIVITY  REPORT    ***
*******************************
```

TRANSMISSION OK

TX/RX NO.                5806

CONNECTION TEL                  15087920832

CONNECTION ID

START TIME              07/01 16:22

USAGE TIME              05'38

PAGES                   22

RESULT                  OK

# DONNELLY, CONROY & GELHAAR, LLP
## ONE BEACON STREET, 33ʳᴰ FL.
### BOSTON, MASSACHUSETTS 02108

## TELEPHONE:(617) 720-2880  FACSIMILE: (617) 720-3554

## FACSIMILE TRANSMITTAL

### Please Deliver To:

| Name | Company | Fax # |
|------|---------|-------|
| Michael J. Michaeles, Esq. | Wolfson, Keenan, Cotton & Meagher | 508-792-0832 |

### CONFIDENTIALITY NOTICE

This transmission may contain legally privileged and confidential information, and is intended only for the addressee(s) named above. If you are not a named recipient, any use, distribution, copying or communication of this facsimile is prohibited. If you received this transmission in error, please telephone us immediately and we will arrange for the return of the original message to us.

**FROM:**    Jill L. Brenner

**DATE:**    July 1, 2004

**CLIENT MATTER #:**  2687-01

**# OF PAGES** (including cover sheet): 22