UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**                    CENTRAL SECTION
                                      CIVIL ACTION NO. 04-40014-FDS

**DAVID BENNETT**                     )
 - Plaintiff                          )
                                      )
vs.                                   )    PLAINTIFF'S MOTION TO
                                      )    WITHDRAW MOTION TO
**SAINT-GOBAIN CORPORATION,**         )    STRIKE AND REQUEST FOR
**JOHN R. MESHER, and**               )    HEARING
**TIMOTHY L. FEAGANS**                )
 - Defendants                         )

The Plaintiff Bennett hereby withdraws his Motion to Strike Saint-Gobain's Motion for Leave to File Reply Brief, and requests that the court schedule for hearing at its earliest convenience the Defendants' Motion to Dismiss the Complaint.

In support of his motion, the Plaintiff Bennett states that he filed his complaint for discriminatory termination of employment on or about January 28, 2004, and because of various extensions granted to the Defendants and various motions, the Motion to Dismiss has not been heard and the issues have not been joined. It is now almost eight months since the filing of the complaint, and the case has been dormant.

The Plaintiff Bennett hereby requests that the court schedule Defendants' Motion to Dismiss as soon as possible.

DAVID BENNETT,
By his attorney,

*/s/ Michael J. Michaeles*
Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

DATED: July 21, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Dated: 7/21/04   */s/ Michael J. Michaeles*