UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 04-CV-40014-NMG |
| SAINT-GOBAIN CORPORATION, JOHN R. MESHER, AND TIMOTHY L. FEAGANS, | : |
| Defendants. | : |

**DEFENDANTS' MEMORANDUM OF LAW IN RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW MOTION TO STRIKE AND REQUEST FOR HEARING**

Defendants Saint-Gobain Corporation, John R. Mesher and Timothy L. Feagans (collectively "Defendants"), through their undersigned counsel, submit this Memorandum of Law in response to Plaintiff's Motion to Withdraw Motion to Strike and Request for Hearing ("Motion to Withdraw"). Although Defendants do not oppose Plaintiff's Motion to Withdraw, Defendants submit this memorandum to further explain the factual background to Plaintiff's Motion and to refute any suggestion made by Plaintiff in his Motion that Defendants have in any way delayed these proceedings.

**ARGUMENT**

This employment discrimination action was instituted with the Plaintiff's filing of a seventeen count Complaint. After counsel for Defendants received a courtesy copy of the Complaint from Plaintiff's counsel, all three of the Defendants executed waivers of service pursuant to Federal Rule of Civil Procedure 4(d). Within the time period contemplated by the waivers of service, on May 14, 2004, Defendants filed a Motion to Dismiss the Complaint. Plaintiff then filed a response to the Motion to Dismiss, and Defendants filed a Motion for Leave

to File a Reply Brief ("Motion for Leave"). On June 29, 2004, this Court granted Defendants' Motion for Leave.

After learning that Defendants' Motion for Leave had been granted, Plaintiff filed a Motion to Strike Defendants' Motion for Leave to File a Reply Brief ("Motion to Strike"), alleging that he had not received notice that Defendants had filed a Motion for Leave. See Plaintiff's Motion to Strike. On July 13, 2004, Defendants filed a detailed response to Plaintiff's Motion to Strike, which response included the Affidavit of Jill L. Brenner. In her Affidavit, Ms. Brenner stated her belief that, consistent with her regular practice, she served Plaintiff's counsel, Michael J. Michaeles, with the Motion for Leave in a timely manner. See Affidavit of Jill L. Brenner ("Brenner Aff."), filed with the Court on July 13, 2004, ¶9. As Ms. Brenner explained in her Affidavit, the Motion for Leave was included in a package, along with several other documents, that was sent to Mr. Michaeles on June 11, 2004 and signed for on June 14, 2004. Id.

After receiving Defendants' response to Plaintiff's Motion to Strike, including Ms. Brenner's Affidavit, Mr. Michaeles apparently discovered that he had, in fact, been served with Defendants' Motion for Leave on June 14, 2004 and that he simply had not seen the document in the package his office received on that date. That discovery apparently prompted Plaintiff's Motion to Withdraw.

Defendants specifically deny any suggestion by Plaintiff that Defendants have in any way delayed these proceedings. To the contrary, Defendants filed a timely response to the Complaint and have filed timely responses to all of the motions filed by Plaintiff.

For these reasons, Defendants respectfully request that the Court grant Plaintiff's Motion to Withdraw Motion to Strike.

Defendants also concur with Plaintiff's request for a hearing on Defendants' Motion to Dismiss.[1]

Respectfully submitted,

SAINT-GOBAIN CORPORATION, JOHN R. MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

*(signature)*

James B. Conroy (BBO# 096315)
Jill L. Brenner (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, Massachusetts 02108
617-720-2880

Hope A. Comisky
Amy G. McAndrew
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
*Admitted pro hac vice*

Dated: July 28, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail by hand~~ fax on 7/28/04 and by UPS for delivery on 7/30/04.

Date: 7/28/04  *(signature)* Jill Brenner

---

[1] When filing the Motion to Dismiss, Defendants requested oral argument.