UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **DAVID BENNETT,**<br>    **Plaintiff,**<br><br>        v.<br><br>**SAINT-GOBAIN CORPORATION,**<br>**JOHN R. MESHER, and TIMOTHY L.**<br>**FEAGANS,**<br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  04-40014-FDS<br>)<br>)<br>)<br>) |

## ORDER

On May 27, 2004, plaintiff David Bennett filed a motion to amend his complaint to add four paragraphs alleging exhaustion of administrative remedies respecting his age-discrimination claims. Defendants oppose Bennett's motion to amend only as to proposed paragraph 27, which states: "At all times from the filing of the Charge of Discrimination with the MCAD and EEOC, the Defendants' law firm, Pepper Hamilton, LLP, who represents the Defendants in this action, represented all of the respondents in the prior administrative filing." Defendants oppose the inclusion of paragraph 27 as "irrelevant and impertinent to the present proceeding." The Court agrees. Proposed paragraph 27 does not contain allegations germane to the substantive elements of any of the causes of action at issue here. Accordingly, plaintiff's motion to amend is GRANTED in part, as to ¶¶ 25, 26, and 28. As to ¶ 27, plaintiff's motion is DENIED.
**So Ordered.**

                                                /s/ F. Dennis Saylor
                                                F. Dennis Saylor IV
                                                United States District Judge

Dated: December 10, 2004