UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WORCESTER, SS.                                              CENTRAL SECTION
                                                            CIVIL ACTION NO.: 04-40014-FDS

DAVID BENNETT                          )
 - Plaintiff                           )
                                       )
vs.                                    )      PLAINTIFF BENNETT'S
                                       )      STATEMENT PURSUANT TO
SAINT-GOBAIN CORPORATION,              )      LOCAL RULE 16.1
JOHN R. MESHER, and                    )
TIMOTHY L. FEAGANS                     )
 - Defendants                          )

Counsel for Plaintiff and Defendants have conferred as required by Rule 16.1(B) of the Local Rules of the United States District Court for the District of Massachusetts, and cannot agree on a Joint Statement in accordance with Local Rule 16.1(D).

Agenda of Matters to be Discussed at Scheduling Conference

The Plaintiff Bennett's agenda is set forth below.

I.    Initial Disclosures

The parties shall comply with the initial disclosure requirements of Federal Rules of Civil Procedure 26(a)(1) and the automatic disclosure requirements of local rule 26.2(A) by March 31, 2005.

Such initial disclosure shall include, but not limited to identification of witnesses; identification of all persons interviewed by the company in connection with the poems allegedly written by Plaintiff, with residential addresses, and all written memoranda and documents relating to those interviews; all handwriting samples obtained by the company identifying the persons who gave the sample;

1

identification of all experts whether or not such expert will be a trial expert; and all reports from experts, whether or not such expert is designated as a trial expert; all documents relating to any warnings given the Plaintiff; all documents relating to the decision to terminate the Plaintiff; all documents relating to who performed the Plaintiff's duties after termination including but not limited to the person's name, gender, age and present residential address; all documents relating to the decision to close the Intellectual Property Legal Department in Worcester and transfer the department to Valley Forge, and all documents relating to the decision to revoke the transfer; all documents relating to the decision to offer the department an enhanced severance package; and all documents relating to any severance package given any member of the department after September 23, 2002.

II.     Amendments to Pleadings

>All amendments to pleadings filed by April 30, 2005.

III &
IV.     Fact Discovery

1. All written discovery requests filed by May 30, 2005.
2. All answers and responses to discovery requests filed within 30 days of request.
3. Depositions of nonexpert witnesses completed by June 30, 2005.
4. Requests for admissions filed by September 15, 2005.
5. Responses to requests for admissions filed by October 15, 2005.

V.      Status Conference

>Status Conference to be held on August ____, 2005.

VI.  <u>Expert Discovery</u>

    1.  All expert witnesses designated by April 30, 2005.

    2.  Depositions of all expert witnesses by August 30, 2005.

VII.  <u>Dispositive Motions</u>

    1.  Dispositive motions filed by July 30, 2005.

    2.  Responses to dispositive motions file within 21 days of motion.

VIII.  <u>Pretrial Conference</u>

Pretrial conference to be held on September ___, 2005.

IX.  <u>Trial by Magistrate Judge</u>

The Plaintiff consents to a trial by a magistrate.

X.  <u>Certification</u>

The undersigned certifies that he has conferred with opposing counsel regarding discovery under this Rule 16.1 statement; conferred with his client regarding a budget for this litigation; and has conferred with his client regarding resolution of the case, including alternative dispute resolution.

                DAVID BENNETT
                By his attorney,


                <u>/s/ Michael J. Michaeles</u>
                Michael J. Michaeles, Esquire
                390 Main Street, Suite 1000
                Worcester, MA 01608-2575
                Date:  February 2, 2005