IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 04-CV-40014-FDS |
| SAINT-GOBAIN CORPORATION, JOHN R. : | |
| MESHER, AND TIMOTHY L. FEAGANS, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' STATEMENT
PURSUANT TO LOCAL RULE 16.1**

Counsel for Plaintiff and Defendants have conferred as required by Rule 16.1(B) of the Local Rules of the United States District Court for the District of Massachusetts but have been unable to agree upon a proposed discovery schedule. Therefore, Defendants submit this Statement in accordance with Local Rule 16.1(D).

I.    Agenda of Matters to be Discussed at Scheduling Conference

The matters to be discussed at the scheduling conference include those outlined in Section III *infra*, which are solely scheduling matters.

II.   Initial Disclosures

Defendants propose that the parties exchange written initial disclosure statements as required by Fed. R. Civ. P. 26(a)(1) and Local Rules 26.1(B) and 26.2 no later than February 10, 2005.

III.  Proposed Pretrial Schedule

Defendants propose the case management plan below, subject to further motions as presented by the parties jointly or individually.

A. <u>Discovery</u>

Discovery will proceed according to the following schedule. The parties reserve the right to raise any and all objections, as appropriate and as necessary, to any written and/or oral discovery:

| | |
|---|---|
| Deadline for serving document requests and interrogatories: Thereafter, written requests following up on any deposition testimony must be submitted within ten (10) days of the conclusion of the deposition, and in any event prior to the discovery deadline. | June 30, 2005 |
| Deadline for deposing non-expert witnesses: | July 29, 2005 |
| Deadline for serving requests for admissions: | June 30, 2005 |
| Deadline for all discovery, other than expert discovery: | July 29, 2005 |
| Deadline for plaintiff's expert reports: | August 12, 2005 |
| Deadline for defendant's expert reports: | August 26, 2005 |
| Deadline for deposing expert witnesses: | September 23, 2005 |

Defendants agree to limit discovery to twenty-five interrogatories, two sets of document requests and ten depositions each, without prejudice to either party to apply to the Court for more.

B. <u>Motions</u>

1. Motions to amend pleadings shall be filed and served by February 28, 2005.

2. All dispositive motions shall be filed and served by October 10, 2005.

3. Responses to dispositive motions shall be filed and served by October 24, 2005.

IV. <u>Trial by Magistrate Judge</u>

Defendants do not consent to trial by magistrate at this time, but may do so if warranted as the case develops.

-3-

V. Certifications

Counsel for Defendants certify that, in accordance with Local Rule 16.1(D)(3), they have conferred with their clients: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SAINT-GOBAIN CORPORATION, JOHN R. MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

*/s/ Jill B. Meixel*

James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, Massachusetts 02108
617-720-2880

Hope A. Comisky
Amy G. McAndrew
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
*Admitted Pro Hac Vice*

Dated: February 2, 2005
