UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**                          CENTRAL SECTION
                                            CIVIL ACTION NO.: 04-40014-NMG

**DAVID BENNETT**                           )
- Plaintiff                                 )
                                            )
                                            )
vs.                                         )
                                            )
**SAINT-GOBAIN CORPORATION,**               )
**JOHN R. MESHER, and**                     )
**TIMOTHY L. FEAGANS**                      )
- Defendants                                )

## PLAINTIFF BENNETT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Plaintiff Bennett, pursuant to Rule 56 (a) of the Fed. R. Civ. P., moves for partial summary judgment requesting a finding by the Court that he did not author any writings to a female employee, on the grounds that the issue of authorship already has been litigated between the parties at a hearing before the Massachusetts Division of Employment and Training. Therefore, the Defendants are collaterally estopped from re-litigating the issue of authorship before this Court.

The reasons supporting this motion are more specifically set forth in the accompanying memorandum of law and affidavit in support of motion for summary judgment.

DAVID BENNETT, by his attorney,

Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Dated: 11/3/05