IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID BENNETT,

    Plaintiff

v.

SAINT-GOBAIN CORPORATION, et al.,

    Defendants.

CIVIL ACTION

NO. 04-CV-40014-FDS

## AFFIDAVIT OF PLAINTIFF DAVID BENNETT IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

I, David Bennett, hereby depose and state under oath as follows:

1. I was a member of the intellectual property legal department at the Defendant Saint-Gobain Corporation's offices in Worcester, Massachusetts.

2. The Defendant Mesher typically only visited the Worcester Intellectual Property Law Department once a year to report on the budget.

3. On October 31, 2002, the Defendant Mesher accused me of writing letters to a female employee. I categorically denied the accusation. He then stated that he was terminating me for "sexual harassment of Diana Henchey", and that Robert Wilk of the Defendant company's security department, "wanted to prosecute this and I could get up to two years in prison". I again stated that I did not do what I was being charged with, and that I was innocent. Joe Johnson then escorted me to my office to pick up my bag and coat, and then escorted me to my car and off the premises.

4. After my termination, I filed an application for unemployment benefits with the Massachusetts Division of Employment and Training (DET).

5. Attached as Exhibit 1 is a transcript of the hearing between the Defendant Saint-Gobain Corporation and me before DET on April 30, 2003, transcribed from the audiotape of the hearing.

6. Attached as Exhibit 2 are Exhibits 1-17 which were all the exhibits presented at the DET hearing, together with various DET records and correspondence from Pepper Hamilton, the Defendant corporation's law firm.

7. Attached as Exhibit 3 is the DET appeal results dated May 5, 2003, together with the DET decision.

8. I requested that the DET provide me with certified copies of all the documents referred to in the attached Exhibits 2 & 3, and was told that it is not the policy of the DET to provide such certified copies. They further informed me that I could go to their offices and make copies of the file.

9. I personally went to the DET offices in Springfield, Massachusetts where the DET staff made these copies, in my presence. The attached Exhibits 2 & 3 are true and complete copies.

Signed under the pains and penalties of perjury this 2nd day of November, 2005.

_____
David Bennett