IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID BENNETT,

        Plaintiff,

v.

SAINT-GOBAIN CORPORATION, JOHN R.
MESHER, AND TIMOTHY L. FEAGANS,

        Defendants.

CIVIL ACTION

NO. 04-CV-40014-FDS

## ASSENTED-TO MOTION OF DEFENDANTS SAINT-GOBAIN CORPORATION, JOHN MESHER AND TIMOTHY FEAGANS FOR LEAVE TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY (20) PAGES

Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans (collectively "Defendants"), by their undersigned counsel, respectfully move this Court, pursuant to Local Rule 7.1, for leave to file a twenty-five (25) page memorandum of law in support of their Motion for Summary Judgment for the reasons set forth below.

1. Plaintiff David Bennett ("Plaintiff" or "Bennett") commenced this action on or about January 28, 2004. Plaintiff's Complaint alleged seventeen counts against defendants Saint-Gobain, Mesher and Feagans.

2. On February 1, 2005, this Court issued a Memorandum and Order granting in part the Motion to Dismiss filed by Defendants, dismissing Counts 5-9 and 13-14 of Plaintiff's Complaint.

3. The remaining ten counts are Counts 1-4 for age discrimination and retaliation against Saint-Gobain under the Age Discrimination in Employment Act ("ADEA") and Massachusetts General Laws Chapter 151B ("Chapter 151B"), Counts 10-11 against Feagans for aiding and abetting discrimination and retaliation under Chapter 151B, Counts 15-16

against Mesher for aiding and abetting discrimination and retaliation under Chapter 151B, and Counts 12 and 17 for interference by Feagans and Mesher with contractual relations between Bennett and Saint-Gobain.

4. Pursuant to this Court's Scheduling Orders, Defendants are filing a Motion for Summary Judgment on Plaintiff's ten remaining claims.

5. Due to the number of claims made by Plaintiff, the nature and complexity of Plaintiff's claims and the multiple defenses asserted by Defendants in response to Plaintiff's claims, Defendants' memorandum of law in support of their Motion for Summary Judgment will need to be longer than the twenty (20) pages permitted under Local Rule 7.1.

6. Defendants therefore seek the permission of the Court to file a memorandum of law in excess of twenty (20) pages, but not to exceed twenty-five (25) pages in length.

7. Michael J. Michaeles, counsel for Plaintiff, does not oppose this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an order permitting them to file a memorandum of law in support of Defendants' Motion for Summary Judgment in excess of twenty (20) pages, but not to exceed twenty-five (25) pages in length.

Respectfully submitted,

SAINT-GOBAIN CORPORATION, JOHN R. MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

Hope A. Comisky
Amy G. McAndrew
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
*Admitted Pro Hac Vice*

Dated: November 4, 2005

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
617-720-2880

-3-

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Defendants did confer in good faith, via telephone, with counsel for Plaintiff, in an effort to narrow or resolve the issues raised in this motion, and counsel for Plaintiff has indicated that he assents to this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail/by hand~~ electronic filing

Date: 11/4/05   Jill Bnthe

-3-