IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN CORPORATION, JOHN R.<br>MESHER, AND TIMOTHY L. FEAGANS,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 04-CV-40014-FDS |

**MOTION OF DEFENDANTS SAINT-GOBAIN CORPORATION, JOHN MESHER
AND TIMOTHY FEAGANS FOR SUMMARY JUDGMENT**

Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans (collectively "Defendants"), by their undersigned counsel, respectfully move this Court, pursuant to Federal Rule of Civil Procedure 56, to grant summary judgment in favor of Defendants and against plaintiff David Bennett ("Plaintiff"). The arguments in support of this Motion are set forth fully in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the instant Motion be granted and that judgment be entered in their favor and against Plaintiff in this action.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants request oral argument on their Motion.

SAINT-GOBAIN CORPORATION, JOHN R. MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

| | |
|---|---|
| Hope A. Comisky | /s/ Jill Brenner Meixel |
| Amy G. McAndrew | James B. Conroy (BBO# 096315) |
| Pepper Hamilton LLP | Jill Brenner Meixel (BBO# 652501) |
| 3000 Two Logan Square | Donnelly, Conroy & Gelhaar, LLP |
| 18th and Arch Streets | One Beacon Street, 33rd Floor |
| Philadelphia, PA 19103 | Boston, Massachusetts 02108 |
| *Admitted Pro Hac Vice* | 617-720-2880 |

Dated: November 4, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by ~~mail/by hand~~ electronic filing

Date: 11/4/05  /s/ Jill Brenner Meixel