IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT,<br><br>          Plaintiff,<br><br>v.<br><br>SAINT-GOBAIN CORPORATION, JOHN R. MESHER, AND TIMOTHY L. FEAGANS,<br><br>          Defendants. | :<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO.  04-CV-40014-FDS<br>:<br>:<br>:<br>:<br>: |

## **DECLARATION OF JILL BRENNER MEIXEL**

I, Jill Brenner Meixel, hereby state that:

1. I am an associate with the law firm of Donnelly, Conroy & Gelhaar, LLP and local counsel for Defendants Saint-Gobain Corporation ("Saint-Gobain" or "Company"), John Mesher ("Mesher") and Timothy Feagans ("Feagans") (collectively "Defendants") in the above-referenced matter. I make this Declaration in support of Defendants' Motion for Summary Judgment on personal knowledge, information and belief.

2. The pertinent portions of the deposition of John Mesher and supporting exhibits are attached to this Declaration as Exhibit A.

3. The pertinent portions of the deposition of David Bennett and supporting exhibits are attached to this Declaration as Exhibit B.

4. The pertinent portions of the deposition of Timothy Feagans and supporting exhibits are attached to this Declaration as Exhibit C.

5. The pertinent portions of the deposition of Otto Lies and the supporting exhibits are attached to this Declaration as Exhibit D.

6. The pertinent portions of the deposition of Volker Ulbrich are attached to this Declaration as Exhibit E.

7. The pertinent portions of the deposition of Diana Henchey and supporting exhibits are attached to this Declaration as Exhibit F.

8. The pertinent portions of the deposition of Sonya Simonian and supporting exhibits are attached to this Declaration as Exhibit G.

9. The pertinent portions of the deposition of Robert Wilk and supporting exhibits are attached to this Declaration as Exhibit H.

10. A true and accurate copy of the Answer of Plaintiff to Defendant Saint-Gobain Corporation's Second Set of Interrogatories, Interrogatory No. 1 is attached to this Declaration as Exhibit I.

11. A true and correct copy of the Saint-Gobain's Answers to Plaintiff's Interrogatories, Interrogatory No. 8 is attached to this Declaration as Exhibit J.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 4, 2005.

/s/ Jill Brenner Meixel
Jill Brenner Meixel

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand Exhibits by mail, Declaration by electronic filing
Date: 11/4/05 /s/ Jill Bm__