IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID BENNETT,

       Plaintiff,

v.

SAINT-GOBAIN CORPORATION, et al.,

       Defendants.

CIVIL ACTION

NO. 04-CV-40014-FDS

## AFFIDAVIT OF CATHY FERRANTE IN SUPPORT OF MOTION OF DEFENDANTS SAINT-GOBAIN CORPORATION, JOHN MESHER AND TIMOTHY FEAGANS FOR SUMMARY JUDGMENT

I, Cathy Ferrante, do hereby depose and state as follows:

1. I am the Director of Human Resources for Saint-Gobain Corporation.

2. As part of my job duties, I am responsible for all of the human resources functions for employees in the Law Department, including those employed in Worcester, Massachusetts.

3. As part of my job duties, I have access to the human resources files for all of those employed in the Law Department.

4. Those business records reflect that in January 1999, the following individuals were employed in the Law Department in Worcester in the listed positions. Their dates of birth as contained on Company business records are also listed:

| Name | Position | Date of Birth |
|---|---|---|
| David Bennett | Senior Intellectual Property Counsel | 08/29/38 |
| Stephen Borst | Chief Patent Counsel & Assistant Secretary | 06/19/43 |
| Thomas DiMauro | Patent Attorney | 09/22/61 |
| Otto Lies | Trademark Manager (paralegal) | 04/13/37 |
| Mary Porter | Patent Attorney | 03/10/54 |
| Volker Ulbrich | Senior Patent Attorney | 10/16/41 |

| | | |
|---|---|---|
| Cheryl Comer | General Assistant | 02/28/45 |
| Sue Gendreau | General Assistant – Patent Counsel | 12/31/45 |
| Donna Neylon | General Assistant – Corporate Patents | 06/11/45 |
| Ruth Swan | General Assistant – Patent Counsel | 12/09/45 |
| Timothy Feagans | Associate General Counsel | 05/06/60 |
| Frank Anthony | Divisional Counsel | 05/09/46 |
| Joan Frank | Senior Legal Assistant | 05/13/46 |
| Toula Koulisis | General Assistant | 09/20/53 |

5. Based on these dates of birth, the average age of the staff working in Worcester in 1999 was well over the age of 40, with just two individuals below that age:

David Bennett (61)
Stephen Borst (56)
Thomas DiMauro (38)
Otto Lies (62)
Mary Porter (45)
Volker Ulbrich (58)
Cheryl Comer (54)
Sue Gendreau (54)
Donna Neylon (54)
Ruth Swan (54)
Timothy Feagans (39)
Frank Anthony (53)
Joan Frank (53)
Toula Koulisis (46)

6. The human resources department business records reflect that in March 2003, the following individuals were employed in the Law Department in Worcester in the listed positions. Their dates of birth as contained on Company business records are also listed:

| Name | Position | Date of Birth |
|---|---|---|
| Mike Crosby | Intellectual Property Counsel | 09/25/68 |
| Thomas Field | Intellectual Property Counsel | 12/14/73 |
| Mary Porter | Intellectual Property Counsel | 03/10/54 |
| Joseph Sullivan | Intellectual Property Counsel | 12/20/57 |
| Cheryl Comer | General Assistant | 02/28/45 |
| Sue Gendreau | General Assistant – Patent Counsel | 12/31/45 |
| Ruth Swan | General Assistant – Patent Counsel | 12/09/45 |
| Timothy Feagans | Deputy General Counsel | 05/06/60 |
| Frank Anthony | Divisional Counsel | 05/09/46 |
| Joan Frank | Senior Legal Assistant | 05/13/46 |

7. Although the staff in Worcester was smaller in March 2003, as was the case in 1999, only two of the employees were under the age of 40:

> Mike Crosby (34)
> Thomas Field (29)
> Mary Porter (49)
> Joseph Sullivan (45)
> Cheryl Comer (58)
> Sue Gendreau (57)
> Ruth Swan (57)
> Timothy Feagans (42)
> Frank Anthony (56)
> Joan Frank (56)

8. Mr. David Bennett received a salary increase on April 1, 2001 of 2.7%. This increase is documented in the salary confirmation worksheet, which is attached hereto as Attachment 1 to this Affidavit. That worksheet is the business record by which that salary adjustment is implemented.

9. Mr. David Bennett received a salary increase on April 1, 2002 of 2.9%. This increase is documented in the salary confirmation worksheet, which is attached hereto as Attachment 2 to this Affidavit. That worksheet is the business record by which that salary adjustment is implemented.

10. Currently, the Law Department has a professional staff of 21 (18 lawyers and 3 paralegals). The human resources department business records show that the following members of the professional staff were over the age of 40 at the time they were hired:

| Name | Position | Date of Birth | Date of Hire | Age at Hire |
|---|---|---|---|---|
| Frank Anthony | Divisional Counsel | 05/09/46 | 02/16/98 | 51 |
| Elaine Sherman | Paralegal | 12/29/40 | 03/01/00[1] | 59 |
| Teresa Ciccotelli | Divisional Counsel | 12/22/51 | 06/08/01 | 49 |
| Charles Blakinger | Senior Counsel | 08/07/50 | 05/01/02 | 51 |
| Kathleen MacMurray | Paralegal | 08/24/55 | 09/09/02 | 47 |
| Debra Kohn | Counsel | 04/06/57 | 10/21/02 | 45 |
| Dorean Meacham | Paralegal | 09/02/44 | 08/26/02 | 57 |
| Michael Starczewski | Senior Counsel | 02/08/62 | 01/01/03 | 40 |

John Mesher was the manager who hired each of these individuals.

11. In addition, the human resources department business records show that the following members of the professional staff of the Law Department were over the age of 40 at the time they were promoted:

| Name | Promoted Position | Date of Birth | Date of Promotion | Age at Time of Promotion |
|---|---|---|---|---|
| Carol Gray | Deputy General Counsel | 07/03/54 | 12/01/00 | 46 |
| Sherry Carr | Associate General Counsel | 03/21/45 | 09/01/02 | 57 |
| Lauren Alterman | Associate General Counsel | 02/11/60 | 09/01/02 | 42 |

John Mesher was the manager who promoted each of these individuals.

12. Attachment 3 to this Affidavit is the November 11, 2002 report of Jean Joanne Berrie, BCFDE, CFE, which report was received by Saint-Gobain Corporation in the normal course of regularly conducted business and maintained by Saint-Gobain in the normal course of regularly conducted business.

13. The above information is taken from the business records of Saint-Gobain Corporation. The information is recorded in the normal course of regularly conducted business,

---

[1] Ms. Sherman retired in 2004.

and it is the regular practice of Saint-Gobain Corporation to maintain these types of business records. Thus, the information is correct to the best of my knowledge and information.

Further deponent sayeth not.

Cathy Ferrante

Sworn to and subscribed
Before me this 2 day of November, 2005

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNETTE J SCHOLL, Notary Public
Tredyffrin Twp. Chester County
My Commission Expires August 26, 2008