# ATTACHMENT 1

\

*** P R I V A T E   C O N F I D E N T I A L ***
SALARY CONFIRMATION

REPORT FOR: FEAGANS, TIMOTHY L          DEPUTY GENERAL COUNSEL

******* P R I V A T E *******

THIS WILL CONFIRM THAT SALARY ACTION HAS BEEN TAKEN AS INDICATED BELOW.
PLEASE BE SURE TO PASS THIS CONFIRMATION ON TO THE INCUMBENT SO THAT HE/SHE
IS INFORMED OF HIS/HER STATUS.

NAME OF INCUMBENT: BENNETT, DAVID
TITLE: SR INTELLECTUAL PROPERTY COUNS
SOCIAL SECURITY #: 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

|  | FROM | TO |
|---|---|---|
|  |  | EFFECTIVE DATE 04/01/2001 |
| ANNUAL BASE SALARY | 139,800.00 | 143,575.00 |
| SALARY INCREASE AMOUNT PER PAY PERIOD |  | 157.29 |
| % OF CHANGE |  | 2.7 |

SGC 00266