# ATTACHMENT 3

# J. J. Berrie & Associates, Inc.

Forensic Document Examiners

Phone/Fax 941.359.3201 • 800.572.7023 • Email: jjberrie@home.com

November 11, 2002

Saint-Gobain Corporation
Robert Wilk
Director Business Practices &
    Compliance Program
7910 Royal Birkdale Circle
Bradenton,
Florida 34202

Re:   Anonymous Hand Printing, Numerals and Typeface
      Case Number 02-131(Ammended)

Documents were delivered to my office on October 16, 2002 for the purpose of conducting a document examination, hand printing and numeral comparison.

Additional documents were requested from Cathy Ferrante and delivered to my office on October 16, 2002, October 19, 2002 and November 11, 2002.

## ASSIGNMENT:

My assignment was to determine, if possible, whether the hand printing and numerals submitted for comparison were written by the same person/s. Also to perform ESDA tests on the typed documents to determine if indented writing is present.

## DOCUMENTS IN QUESTION:

Q-1   Original envelope with hand printed "Diana Henchey".

Q-2   Original envelope with hand printed and numerals "Diana D. Henchey 419-201".

Q-3   Original envelope with hand printed and numerals "D. D. Henchey SWR 419-201".

Q-4   Original poem entitled "Fantasy".

Q-5   Original poem beginning with "And have you been ignored right to your face?"

6223 Bonaventure Court • Sarasota • Florida • 34243

Saint-Gobain Corporation
Robert Wilk

Re:   Anonymous Hand Printing, Numerals and Typeface
      Case Number 02-131

Page 2

## DOCUMENTS IN QUESTION: Continued

Q-6   Original poem beginning with "A poet of a distant age and time".

## STANDARDS SUBMITTED FOR COMPARISON:

S-1   Machine copy of hand printing and numerals identified on several documents " Cecile Posterro - M. S. 419-201 No later than August 18th".

S-2   Machine copy of a Saint-Gobain Corporation receipt form dated August 3, 2000, with hand printing and numerals signed Susan E. Barry.

S-3   Machine copy of a Saint-Gobain Corporation Code of Ethics and Business Conduct Statement for Exempt and Non-exempt Salaried Employees form dated May 10, 2000, with hand printing and numerals signed Susan E. Barry.

S-4   Original Saint-Gobain Corporation receipt form dated June 28, 2000, with hand printing and numerals signed David Bennett.

S-5   Original Saint-Gobain Corporation Code of Ethics and Business Conduct Statement for Exempt and Non-exempt Salaried Employees form dated April 13, 2000, with hand printing and numerals signed David Bennett.

S-6   Original Employee Profile dated March 12, 1998 with hand printing, numerals and signed David Bennett.

S-7   Original Employee Experience Profile form dated July 6, 1995, with hand printing and numerals attributed to David Bennett.

S-8   Original Norton Company form dated November 11, 1989 with hand printing, and numerals signed David Bennett.

S-9   Original Saint-Gobain Corporation Code of Ethics and Business Conduct Statement dated March 8, 1995, with hand printing, numerals and signed David Bennett.

Saint-Gobain Corporation
Robert Wilk

Re: Anonymous Hand Printing, Numerals and Typeface
Case Number 02-131

Page 3

## STANDARDS SUBMITTED FOR COMPARISON: Continued

S-10   Original Saint-Gobain Corporation Code of Ethics and Business Conduct Statement dated October 16, 1997, with hand printing, numerals and signed David Bennett.

S-11   Machine copy of a Saint-Gobain Corporation receipt dated August 2, 2000, with hand printing and numerals signed Alan E. Feltham.

S-12   Machine copy of a letter from Miller dated July 21, 1998, with hand printing, numerals and signed Alan Feltham.

S-13   Fax copy of a Saint-Gobain Corporation receipt form with hand printing, numerals, and signed Diana D. Henchey

S-14   Fax copy of a Saint-Gobain Corporation Code of Ethics and Business Conduct Statement for Exempt and Non-exempt Employees dated October 16, 1997, with hand printing, numerals and signed Diana D. Henchey.

S-15   Fax copy of a form dated December 13, 1996, with hand printing, numerals, and signed Diana D. Henchey.

S-16   Machine copy of a Saint-Gobain Corporation Code of Ethics and Business Conduct Statement for Exempt and Non-exempt Employees dated October 27, 1997, with hand printing, numerals and signed Kenneth F. Laliberte.

S-17   Machine copy of a Saint-Gobain Corporation receipt dated August 2, 2000 with hand printing, numerals and signed David Riegger.

S-18   Machine copy of a Saint-Gobain Corporation Code of Ethics and Business Conduct Statement for Exempt and Non-exempt Employees dated May 1, 2000, signed David W. Riegger.

S-19   Machine copy of a Saint-Gobain Corporation receipt form dated July 28, 2000, with hand printing, numerals and signed Barbara A. Zeena.

Saint-Gobain Corporation
Robert Wilk

Re:   Anonymous Hand Printing, Numerals and Typeface
      Case Number 02-131

Page 4

## STANDARDS SUBMITTED FOR COMPARISON: Continued

S-20   Machine copy of a Saint-Gobain Corporation Code of Ethics and Business Conduct Statement for Exempt and Non-exempt Employees dated May 12, 2000, with hand printing, numerals and signed Barbara A. Zeena.

## FINDINGS AND CONCLUSIONS:

Laboratory equipment including stereomicroscope, microscope, macroscope, lighted magnifiers, light table, LeeTEK machine, ESDA machine, grids and gauges were used to examine the documents. A stroke and letter comparison was made. Based upon the evidence presented, it is my opinion that:

The hand printing and numerals identified on Q-1 through Q-3 and S-1 were NOT written by the same person.

The hand printing and numerals identified on Q-1 through Q-3, S-2 and S-3 contain fundamental differences and were NOT written by the same person.

There is variation of letters and numerals found on Q-1 through Q-3 and S-4 through S-10. All letters and numerals identified on Q-1 through Q-3 were identified on S-4 through S-10. The spacing, baseline of the writing, letters "D", "T", "a", "n", "H", "e", "c", "y", and the numerals "4", "1" "9" and "2" were found on the standards. The hand printing and numerals identified on Q-1 through Q-3 and S-4 through S-10 were written by the same person.

The hand printing and numerals identified on Q-1 through Q-3, S-11 and S-12 contain some similarities in the letters "n", "C", "a", "d" and "y" and fundamental differences in other letters. It is very probable that they were NOT written by the same person.

The hand printing and numerals identified on Q-1 through Q-3 and S-13 through S-15 contain fundamental differences and were NOT written by the same person.

The hand printing and numerals identified on Q-1 through Q-3 and S-16 contain fundamental differences with one (1) similarity in the letter "n" and NOT written by the same person.

Saint-Gobain Corporation
Robert Wilk

Re:   Anonymous Hand Printing, Numerals and Typeface
      Case Number 02-131

Page 5

## FINDINGS AND CONCLUSIONS: Continued

The hand printing and numerals identified on Q-1 through Q-3 and S-17 and S-18 contain fundamental differences and were NOT written by the same person.

The hand printing and numerals identified on Q-1 through Q-3, S-19 and S-20 contain similarities in the letter "D", "n" and fundamental differences. It is very probable that they were NOT written by the same person.

The typeface identified on Q-4 and Q-5 is the same.

The typeface identified on Q-6 is larger, is printed with heavier or darker ink, or may have been done with larger print and a different means of production.

ESDA tests were performed to determine if any indented writing was present on the documents identified as Q-4 through Q-6.

The following hand printing and numerals appeared on Q-4:
   "B18" or "BIO"
   "Pie"
   "85"
   "N"
   "Y"
   "5 or 6R"
   "A"
   And some smudged finger prints

The following appeared on Q-5:
   Smudged finger prints

The following hand printing appeared on Q-6:
   "Y"
   "F NT"
   "F"
   "Tac"
   "Has"

Saint-Gobain Corporation
Robert Wilk

Re:     Anonymous Hand Printing, Numerals, and Typeface
        Case Number 02-131

Page 6

This opinion is subject to examination and comparison of the original documents when they become available.

Should this case proceed to a hearing or to trial, I am willing to testify as to my findings in a Court of Law and to present supporting evidence.

I will require at least two (2) weeks notification in order to prepare enlargements, produce comparison charts, and to confer with the attorney of record regarding my testimony.

All original, machine copies and fax copies used in this examination are being returned to you with this letter.

Thank you for the opportunity to have been of service in this matter.

Respectfully submitted,

Jean Joanne Berrie, BCFDE, CFE