## Wolfson, Keenan, Cotton & Meagher
### Attorneys at Law

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN
INDEPENDENT PRACTITIONER WHO IS NOT
RESPONSIBLE FOR THE PRACTICE OR THE
LIABILITY OF ANY OTHER ATTORNEY IN
THE OFFICE

Suite 1000
390 Main Street
Worcester, Massachusetts 01608-2575

TELEPHONE 508-791-8181
TELECOPIER 508-792-0832

November 23, 2005

**HAND DELIVERED**
United States District Court for The District of Mass.
Central Section
Harold D. Donohue Federal Building & Courthouse
595 Main Street, Suite 502
Worcester, MA 01608

    Re:  U.S. District Court for the District of Massachusetts Case No.: 04-40014-FDS
           <u>David Bennett v. Saint-Gobain Corporation, John R. Mesher & Timothy L. Feagans</u>

Dear Sir/Madam:

    Enclosed for filing in the above matter, please find Plaintiff Bennett's Opposition to Defendants' Motion for Summary Judgment, including Concise Statement of Material Facts to Which There Are No Genuine Issues; Affidavit of Michael J. Michaeles; and Plaintiff Bennett's Response to Defendants' Statement of Undisputed Facts in connection with their Motion for Summary Judgment.

    Also enclosed is courtesy duplicate copy of the above for the Court.

    Kindly do not schedule the motion for hearing from December 28 through January 6, February 3 through February 10 or March 24 through March 31, as I am unavailable on those dates.

    I hereby certify that I have served a copy of this cover letter and the enclosed pleadings, by Federal Express, on Amy McAndrew, attorney for Defendants.

Yours very truly,

Michael J. Michaeles

MJM/vrr

    cc:  Amy McAndrew, Esquire
          David Bennett