# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**                    CENTRAL SECTION
                                      CIVIL ACTION NO.: 04-40014-NMG

| | |
|---|---|
| DAVID BENNETT<br>- Plaintiff | )<br>)<br>) |
| vs. | )  AFFIDAVIT OF MICHAEL J.<br>)  MICHAELES IN SUPPORT OF<br>)  PLAINTIFF BENNETT'S |
| SAINT-GOBAIN CORPORATION,<br>JOHN R. MESHER, and<br>TIMOTHY L. FEAGANS<br>- Defendants | )  OPPOSITION TO MOTION<br>)  FOR SUMMERY JUDGMENT<br>)<br>)<br>) |

I, Michael J. Michaeles, hereby depose and state under oath as follows:

I am an attorney admitted to practice in the Commonwealth of Massachusetts, representing the Plaintiff David Bennett in this action.

1. Exhibit 1 is a true and complete copy of report dated September 12, 2005 by McCann Associates Inc., Boston, Massachusetts, Bennett's certified document and handwriting examiner.

2. Exhibit 2 consists of various pages and exhibits from the deposition of the Defendant Mesher.

3. Exhibit 3 consists of various pages and exhibits from the deposition of the Defendant Feagans, together with a copy of his job description produced in response to Plaintiff's Request for Production.

4. Exhibit 4 consists of various pages from the deposition of Robert Wilk, the Defendant corporation's Vice President and Manager of Divisional Security.

5. Exhibit 5 consists of various pages from the deposition of Sonya Simonian, the Defendant corporation's Manager of Human Resources in North America.

1

6. Exhibit 6 consists of various pages of the deposition of Diana Henchey, the purported recipient of the alleged writings authored by the Plaintiff Bennett.

7. Exhibit 7 consists of various pages of the deposition of the Plaintiff Bennett.

8. Exhibit 8 consists of various pages of the deposition of Otto Lies, former member of the Defendant corporation's intellectual property department, whose position was eliminated by the Defendant Mesher.

Signed under the pains and penalties of perjury this 22st day of November 2005.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

Dated: 11/23/05

Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

2