# EXHIBIT 1

# REPORT

## McCANN ASSOCIATES, INC.

CERTIFIED DOCUMENT & HANDWRITING EXAMINERS
-COURT QUALIFIED-

223 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02116

# McCann Associates, Inc.

CERTIFIED DOCUMENT & HANDWRITING EXAMINERS
-COURT QUALIFIED-

223 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02116

JOAN McCANN
NANCY McCANN

TEL: (617) 262-0120
FAX: (617) 262-4591

September 12, 2005

Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA  01608-2575

RE:   **David Bennett v. Saint-Gobain Corporation, et al**
Our File No. 02-122

## QUESTIONED DOCUMENT REPORT

## Assignment

To review the three (3) questioned documents reports issued by J.J. Berrie & Associates, dated October 22, 2002, November 11, 2002 and June 23, 2005 and perform a document analysis of any/all documents listed within the above stated Berrie reports.

Further, my assignment was to determine, if possible, based upon the a review of the documents listed in the Berrie reports, authorship of the questioned handprinted entries and numbers appearing on the documents listed below.

## Questioned Documents

Exhibit Q-1 :  Original confidential envelope bearing handprinted questioned entries; "DIANA HENCHEY"

Exhibit Q-2 :  Original confidential envelope bearing handprinted questioned entries and numbers; "DIANA  D. HENCHEY" and "419-201"

Exhibit Q-3 :  Original inter-department delivery envelope bearing handprinted questioned entries and numbers; "D.D. HENCHEY" and " SWR  419-201"

Page 1 of 7

**McCann Associates, Inc.**

Michael J. Michaeles, Esquire
September 12, 2005
Page 2 of 7

Exhibit Q-4 :   Original, computer generated /typed poem, entitled "Fantasy"

Exhibit Q-5 :   Original, computer generated /typed poem, beginning "And have you
been ignored right to your face?"

Exhibit Q-6:   Photocopy, computer generated /typed poem, beginning "A poet of a
distant age and time"

**Standard of Comparison:**

After reviewing Ms. Berrie's first two questioned document reports dated
October 22, 2002 and November 11, 2002, I requested the opportunity to examine all
documents (however, all documents in their **original form**) as listed in Ms. Berrie's
first two reports. Although Ms. Berrie only examined and relied upon photocopies
and/or fax copies of the standards of comparison listed in her October 22, 2002 report,
I requested and received the opportunity to examined all original documents and/or best
available documents of everything listed in Ms. Berrie's October 22, 2002 report.

On April 8, 2003, documents referenced in Ms. Berrie's October 22, 2002 and
November 11, 2002 reports were hand delivered to my office by a representative from
the law firm of Pepper Hamilton for the purposes of my review and inspection. The
documents were examined with the use of a stereoscopic microscope and with various
light sources.

Recently I was asked to review a third report by Ms. Berrie dated June 23, 2005.
This report contained additional documents/standards of comparison for David Bennett
which had not been referenced in either prior Berrie reports. In addition, Ms. Berrie's
June 23, 2005 report now listed all documents as having been examined in their original
form. Also, many of the exhibit numbers for the standards of comparison documents
listed within the June 23, 2005 Berrie report had been changed when compared to Ms.
Berrie's previous reports (presumably to reflect the new/additional documents examined
by Ms. Berrie).

**McCann Associates, Inc.**

Michael J. Michaeles, Esquire
September 12, 2005
Page 3 of 7


Given the fact that new documents had been reviewed, I requested the opportunity to examined all original documents as listed in Ms. Berrie's third report. On August 1, 2005, documents purportedly reflecting those listed in Ms. Berrie's June 23, 2005 report were hand delivered to my office by a representative from the law firm of Pepper Hamilton, again for the purposes of my review and inspection. The documents were again examined with the use of a stereoscopic microscope and with various light sources.

For the purposes of clarity in this section, I will herein refer to the "Standards of Comparison" as those referenced in Ms. Berrie's June 23, 2005. The Standard documents are listed as Exhibits S-1 through S-37*.

\* Based upon a microscopic examination, Exhibit S-29 was a photocopy and was not examined as an "original" as referenced in the Berrie report.

It is my understanding that the following employees represent the individuals who writing was submitted for examination and comparison purposes:

Exhibit   S-1
     *Cecile Posterro*

Exhibits  S-2, S-3
     *Susan E. Barry*

Exhibits  S-4, S-5, S-6, S-7, S-8, S-9, S-10, S-11, S-12, S-13, S-14, S-15, S-16
     S-17, S-18, S-19, S-20, S-22, S-23, S-24, S-25, S-26 and S-27
     *David Bennett*

Exhibits  S-28, S-29
     *Alan Feltham*

Exhibits  S-30, S-31, S-33
     *Diana D. Henchey*

**McCann Associates, Inc.**

Michael J. Michaeles, Esquire
September 12, 2005
Page 4 of 7

(continued from previous page..)
>   Exhibit   S-33
>   *Kenneth F. Laliberte*

>   Exhibits   S-34, S-35
>   *David W. Riegger*

>   Exhibits   S-36, S-37
>   *Barbara A. Zeena*


## Findings/Observations

It is my professional opinion, based upon the documents examined and referenced in this report that;

1.    It is not possible to identify the author of the writing in question (Exhibits Q-1 through Q-6) to any degree of reasonable professional certainty based predominantly upon the limited writing samples submitted for the majority of employee/suspect writers.

2.    It appears that the company (Saint-Gobain Corporation) had obtained far more standards of comparison/writing samples from the known writer, David Bennett, than from the other employee/suspect writers.  Only extremely limited samples were gathered and thus submitted for all other employee/suspects.  The discrepancy of the large number of standards retrieved and examined from the known writer, David Bennett, compared to all of the other submitted writers is evident, even within the first Berrie report issued on October 22, 2002 which identifies, to a high degree of probability, Mr. Bennet as the author of the questioned handprinted entries.

3.    Based upon all of the standard documents examined and produced by Saint-Gobain, the known writers; David Bennett, Diana D. Henchey and Alan Feltham all had some writing characteristics and habits similar to those appearing on the limited questioned handprinted entries (Exhibit Q-1, Q-2 and Q-3)*.

*     see attached *McCann Exhibit A* for compilation chart of all Questioned handprinted entries.

**McCann Associates, Inc.**

Michael J. Michaeles, Esquire
September 12, 2005
Page 5 of 7

(#3 continued from previous page..)

Again, it is not possible with any degree of certainty, to identify or exclude the three writers as referenced above without having the opportunity to review adequate writings, preferably in equal quantity, from <u>all</u> submitted employee/ suspects.

4.    Although an extremely limited amount of writing samples were submitted and reviewed for <u>Diana D. Henchey</u> (Exhibit S-30, S-31, S-32) and Alan Feltham (Exhibit S-28, S-29) the following similarities were noted when comparing both sets of known standard writings to the handprinted envelope entries in question (Exhibits Q-1, Q-2 and Q-3):

Writing similarities found in **<u>Diana D. Henchey's</u>** standards*:

- capital A
- capital D
- capital C
- capital E
- capital Y
- capital H
- capital S
- number 4
- size and spacing of certain letter forms/entries
- occasional capital letter forms connecting/joining to next letter

* see attached *McCann Exhibit B* for compilation chart of all <u>Diana D. Henchey's</u> submitted standards.

**McCann Associates, Inc.**

Michael J. Michaeles, Esquire
September 12, 2005
Page 6 of 7

Writing similarities found in **Alan Feltham's** standards*:

- capital D
- capital N
- capital A
- capital Y
- capital C
- capital H
- capital E
- single down stroke I
- size and spacing of certain letter forms/entries
- occasional capital letter forms connecting/joining to next letter

\* see attached *McCann Exhibit C* for compilation chart of all Alan Feltham's submitted standards.

5.      Conversely, the number of writing samples submitted for the known writer, David Bennett, when compared to the other submitted employee writers was substantially greater.

Given the greater number of standards submitted for David Bennett, the following similarities were noted when comparing his standard writings (Exhibits S-4, S-5, S-6, S-7, S-8, S-9, S-10, S-11, S-12, S-13, S-14, S-15, S-16, S-17, S-18, S-19, S-20, S-22, S-23, S-24, S-25, S-26 and S-27) to the handprinted envelope entries in question:

Writing similarities found in **David Bennett's** standards*:

- capital D
- capital A
- capital E
- capital N
- capital Y
- capital H

**McCann Associates, Inc.**

Michael J. Michaeles, Esquire
September 12, 2005
Page 7 of 7

(#5 continued from previous page..)

- capital C
- capital S
- capital W
- capital R
- single down stroke I
- size and spacing of certain letter forms/entries
- occasional capital letter forms connecting/joining to next letter
- numbers 2,4

\* see attached *Exhibits S-4 through S-27*( all pages) of David Bennett's submitted standards.


6.    In addition to the limitations of not having adequate samples of writing from all the submitted employee/ suspects, the issue of having very limited, printed letter forms on the questioned entries needs to be addressed. The limited quantity of handprinted entries actually contained on the questioned envelopes (Exhibit Q-1, Q-2 and Q-3), coupled with the relatively common forms of capital, block style handprinting (as evidenced on the questioned entries), makes it extremely difficult to opine, with any degree of certainly, as to the authorship of those limited envelope entries.

All documents as referenced herein were returned by hand on August 1, 2005 to the Pepper Hamilton representative present during the my examination of the documents on the above mentioned day.

Respectfully submitted,

Nancy McCann

NMc/bk
Enclosures

### McCANN ASSOCIATES, INC.

CERTIFIED DOCUMENT & HANDWRITING EXAMINERS
-COURT QUALIFIED-

223 COMMONWEALTH AVENUE
BOSTON, MASSACHUSETTS 02116

JOAN McCANN
NANCY McCANN

TEL: (617) 262-0120
FAX: (617) 262-4591

## CURRICULUM VITAE

# Nancy McCann

### Handwriting and Document Examiner

## EXPERIENCE

- Questioned wills, deeds and contracts
- Altered checks
- Additions or alterations to medical records
- Disguised and anonymous script and printing
- Tracings and simulated writing/signatures
- Ink/Paper comparisons
- Decipher obliterated/ erased entries
- Staple hole identification
- Typewriting and typist identification
- Foreign Documents

## CLIENTS of McCann Associates, Inc. (National and Local)

Attorneys:
- Plaintiff and Defense:  Connecticut, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Maine, Massachusetts, Michigan, Minnesota, Missouri, Montana, New Hampshire, New Jersey, New York, Rhode Island, Tennessee, Texas, Vermont, Bahamas, Sri Lanka, St. Croix.

Agencies:
Federal
- United States Attorney's Office
- United States Federal Defenders
- Federal Deposit Insurance Corporation

State
- Committees for Public Counsel Services, MA, VT, CT
- Offices of the District Attorney, MA
- Offices of the Attorney General, MA, ME, VT
- Commonwealth of Massachusetts:
   Board of Bar Overseers,
   Board of Registration in Medicine,
   Bureau of Special Investigations,
   Departments of: Mental Health, Social
   Services, Public Welfare, Public Works,
   Revenue, Corrections, Youth Services,
   Ethics Commission, Division of Insurance,
   Securities Division.

*(Clients Continued Next Page)*

Page 2, Curriculum Vitae, **Nancy McCann**

## CLIENTS of McCann Associates, Inc. (National and Local) (Continued)

City | • City of Boston, Worcester, Portland

Law Enforcement
- • State and County Police
- • University and Hospital Security and Police Departments
- • Corporate Security
- • Private Investigative Agencies

Other
- • Universities/Colleges: Boston College, Boston University, Brown University, Emerson College, College of the Holy Cross, Harvard University, Massachusetts Institute of Technology, Merrimack College, Smith College, Tufts University, Wellesley College, including various private preparatory schools.

- • Newspapers (MA, VT, NH); Banks; Insurance Companies; New York Stock Exchange; Corporate Law Departments; NBC News, NY; Ford Motor Company, MI.

## SPECIALIZED TRAINING IN DOCUMENT EXAMINATION

- • **Apprenticeship with Joan McCann, Document Examiner (Boston, MA) in practice since 1978.**
  January 1992 - July 1994

- • **Senior Associate, Joan McCann & Associates.**
  August 1994 - August 1999

- • **Partner, McCann Associates, Inc.**
  August 1999 - Present

- • **Examinations**:

  Testing administered and proctored by the **Association of Forensic Document Examiners.**

  **Level I**:   Associate Test - **completed September, 1994**
     Written Examination and Form Blindness Test

  **Level II**:  General Test - **completed October, 1997**
     Written Examination and Practicals

*(Specialized Training Continued Next Page)*

Page 3, Curriculum Vitae, **Nancy McCann**

## SPECIALIZED TRAINING IN DOCUMENT EXAMINATION (Continued)

- 180 hours of seminar/classroom instruction, 1993-present,
  at education seminars and conferences sponsored by:

  - Association of Forensic Document Examiners Symposiums:
    - Rochester, NY (Rochester Institute of Technology), October 2004.
    - Las Vegas, Nevada, October 2002.
    - Milwaukee, Wisconsin, October 2000.
    - San Juan, Puerto Rico, October 1997
      (Pan American Questioned Document Symposium).
    - Las Vegas, Nevada, September 1994.
    - Cleveland, Ohio, October 1993.

- The Society of Testifying & Consulting Experts,
  Orlando, Florida, September 24-25, 1994.

- National Expert Witness and Litigation Seminar,
  Hyannis, Massachusetts, June 1994; June 1995.

- Testifying & Consulting Experts Symposium,
  Boston, Massachusetts, October 1995.

- Council for the Advancement of Science in Law,
  Boston, Massachusetts, October 1998.

*Document Examiners (independent, state and federal) usually obtain their initial training by apprenticeship, followed by membership in a professional organization offering education seminars and a certification program, preferably by testing. There is no formal degree program of education in the United States in the field of Document Examination.*

## AWARD

Boston Police Department Commissioner's Citation, Awarded by Police Commissioner, Paul F. Evans, on September 21, 1999 for outstanding achievement in providing professional services to the citizens of Boston.

## MEMBERSHIPS

- Association of Forensic Document Examiners (AFDE).
- Association of Certified Fraud Examiners, Boston, MA Chapter.

## EDUCATION/HONORS

WHEATON COLLEGE, Norton, MA; B.A., 1983
Eliza Baylies Chapin Wheaton Award, 1983
Helene Pruszynski Leadership Award, 1983
Patricia King Leadership Award, 1982

Page 4, Curriculum Vitae, **Nancy McCann**

## TEACHING EXPERIENCE/PAPERS PRESENTED

- Suffolk University Law School, Scientific Evidence Course, September 2004, Boston, MA.

- Association of Forensic Document Examiners Symposium, Mock Trial/Deposition Panel, October 2004, Rochester, NY.

- Worcester County Bar Association, Bar Day Seminar and Panel (other panel members included two judges and four attorneys), "The Use of Handwriting Experts in Civil and Criminal Litigation," March 2004, Worcester, MA.

- Dwyer & Collora, Litigation Roundtable, Overview of Document Examination, February 2004, Boston, MA.

- Suffolk University Law School, Scientific Evidence Course, February 2003, Boston, MA.

- Palmer & Dodge, Litigation Department, Overview of Document Examination (Case and Exhibit Demonstration), January 2003, Boston, MA.

- Police Training Program, Investigatory Use of Document and Handwriting Examination, Middlesex District Attorney's Office, December 2000, Bentley College, Waltham, MA.

- Ropes & Gray, Litigation Department, Overview of Document Examination (Case and Exhibit Demonstration), October 2000, Boston, MA (presentation teleconferenced to Washington, D.C. office).

- Kirkpatrick & Lockhart, Litigation Department, Overview of Document Examination (Case and Exhibit Demonstration), October 2000, Boston, MA.

- Suffolk University Law School, Scientific Evidence Course, September 2000, Boston, MA.

- State Street Bank, Check/Wire Transfer Signature Verification Two-Day Training Session, June 27-28, 2000, Quincy, MA.

- Certified Fraud Examiners, Fourth Annual Fraud Conference, Middle Tennessee Chapter of CFE, Examination of Questioned Documents Workshop, March 20, 2000, Nashville, TN.

- Perkins, Smith & Cohen, Litigation Department, Overview of Document Examination (Case and Exhibit Demonstration), October 1999, Boston, MA.

- Association of College & University Auditors (ACUA) 43rd Annual Conference, Examination of Questioned Documents Workshop, September 27, 1999, St. Louis, MO.

- Suffolk University Law School, Scientific Evidence Course, September 1999, Boston, MA.

*(Teaching Experience Continued Next Page)*

Page 5, Curriculum Vitae, **Nancy McCann**

## TEACHING EXPERIENCE/PAPERS PRESENTED (Continued)

- <u>Mellon Bank Corporation</u>, Signature Verification Seminar, September 1999, Boston, MA.

- <u>Hemenway & Barnes</u>, Litigation Department, Overview of Document Examination (Case and Exhibit Demonstration), February 1999, Boston, MA.

- <u>Southeastern Massachusetts Fraud Investigators Association</u>, Overview of Document Examination/Forgery Detection,
  - January 1998, Fall River, MA
  - March 1999, Mattapoisett, MA.

- <u>Association of Forensic Document Examiners Symposium</u>, Welfare Fraud/Case Studies, joint presentation with Joan McCann, October 1993, Cleveland, OH.

- <u>Massachusetts Department of Public Welfare Seminar (Hearing Officers)</u>, Denied/Disguised Signatures, joint presentation with Joan McCann; December 1993, Boston, MA.

## TESTIMONY

*Nancy McCann has been qualified to testify as a Document and Handwriting Examiner in numerous court/hearing board proceedings in Massachusetts (State and Federal), Maine, Vermont and Rhode Island.*

| Vermont State | - Burlington District (Family) Court, 1996 |
| | - Addison Superior Court, Middlebury, 1997 |
| | - St. Albans Superior Court, St. Albans, 1999 |
| | - Bennington Superior Court, 2001 |

Maine State
- City of Portland
  Grievance Hearing, 1998
- State of Maine, Office of Attorney General
  Bureau of Insurance Hearing, 2005

Rhode Island State
- Kent County Superior Court, 2000

Massachusetts Federal
- U.S. District Court, Boston, 1997
  U.S. District Court, Boston, 2000

Massachusetts State
- Hampshire Superior Court
  Audio Visual Testimony, 1996
- Wareham District Court, 1997
- Norfolk Superior Court, 1997 (testified 3 times that year in this court)
- Suffolk Superior (Land) Court, 1997
- Lawrence Superior Court, 1997
- BBO Committee Hearing, 1997
- Brockton District Court, 1997

*(Testimony Continued Next Page)*

Page 6, Curriculum Vitae, **Nancy McCann**

## TESTIMONY (Continued)

Massachusetts
State (Cont.)
- Middlesex Superior Court, 1998
- Norfolk Probate and Family Court, 1998
- Norfolk Superior Court, 1998 (testified 2 times that year in this court)
- Salem Superior Court, 1998
- Lawrence Superior Court, 1999
- Board of Registration in Medicine, (DALA), 1999
- Middlesex Superior Court, 1999
- BBO Committee Hearing, Boston, MA, 1999
- Quincy District Court, 1999
- Wrentham District Court, 1999
- Tufts University Administrative Hearing, 1999
- Pittsfield Probate and Family Court, 1999
- Norfolk Superior Court, 2000 (testified 2 times that year in this court)
- Binding Arbitration, Medical Malpractice
  Boston, MA, 2000
- Middlesex District Court, 2000
- Middlesex Superior Court, 2000
- Suffolk Superior Court, 2000
- Westborough District Court, 2000
- Civil Service Commission Hearing, Boston, MA, 2000
- Physician Peer Review Hearing, Worcester, MA, 2001
- State Board of Retirement Hearing, Boston, MA, 2001
- Suffolk Superior Court, 2001 (testified 2 times that year in this court)
- Brockton Superior Court, 2001
- American Arbitration Association Hearing, Boston, MA 2002
- Norfolk Superior Court, 2002
- Brockton Probate Court, 2002
- Middlesex Superior Court, 2002
- New Bedford Superior Court, 2003
- Brockton Superior Court, 2003
- City of Medford Administrative Hearing, 2003
- Plymouth Juvenile Court, 2003
- Pittsfield Superior Court, 2004
- Essex Probate and Family Court, 2004
- Grand Jury Testimony (Norfolk County), 2004
- Middlesex Probate Court, 2004
- Suffolk Superior Court, 2005
- Worcester Superior Court, 2005
- Hingham District Court, 2005

## PRIOR PROFESSIONAL EXPERIENCE
Includes ten years in the television/video industry producing national and international news, magazine, and children's programming, including management of a national non-profit organization.

- Monitor Television, Inc.
  Television Producer
- Action for Children's Television (ACT)
  General Manager/Executive Director

(Revised: August 2005)

## NANCY MCCANN'S EXPERT TRIAL TESTIMONIES
### APRIL 1998 TO PRESENT

**Testimony Date**

| | |
|---|---|
| 05/28/98 | Grievance Hearing<br>City of Portland, Maine |
| 07/13/98<br>07/14/98 | Norfolk Probate and Family Court<br>Dedham, MA<br>Estate of Luis Carlo |
| 8/13/98 | Norfolk Superior Court<br>Dedham, MA<br>Commonwealth v. Linda Barker |
| 10/26/98 | Norfolk Superior Court<br>Dedham, MA<br>Commonwealth v. Stephen Doherty and John Campbell |
| 12/15/98 | Salem Superior Court<br>Salem, MA<br>Eastern Bank v. Emanuel Venuti |
| 2/16/99 | Lawrence Superior Court<br>Lawrence, MA<br>LR1 Limited Partnership v. Edwin A. Quinn |
| 3/5/99 | St. Albans Superior Court<br>St. Albans, VT<br>Janilee Bishop v. Norman Stanislas |
| 4/7/99 | Division of Administrative Law Appeals<br>Boston, MA<br>Board of Registration in Medicine (Matter of "Doctor Doe") |
| 4/12/99 | Middlesex Superior Court<br>Cambridge, MA<br>Commonwealth v. Stanley Donald |

2.

| | |
|---|---|
| 6/1/99<br>6/3/99 | BBO Committee Hearing<br>Boston, MA<br>Bar Council v. "Attorney Doe" |
| 7/15/99 | Quincy District Court<br>Quincy, MA<br>Commonwealth v. Michael Garofalo |
| 7/20/99 | Wrentham District Court<br>Wrentham, MA<br>Dean Acquisitions Inc. v. Canada Foods International Inc. |
| 10/5/99<br>10/6/99 | Tufts University, Administrative Hearing<br>Medford, MA |
| 12/20/99 | Pittsfield Probate & Family Court<br>Pittsfield, MA<br>Estate of Joseph T. Mulcahy |
| 1/25/00 | Kent County Superior Court<br>Warwick, RI<br>Haddad v. Bates |
| 3/01/00 | U.S. District Court<br>Boston, MA<br>Interstate Lith Corp.v. Marc Brown, et al. |
| 7/20/00 | Norfolk Superior Court<br>Dedham, MA<br>Commonwealth v. Andrew Klein |
| 8/24/00 | Binding Arbitration Hearing<br>Boston, MA<br>Schneiderman v. Dr. Robert Miegel |
| 9/12/00 | Norfolk Superior Court<br>Dedham, MA<br>Commonwealth v. Martine Pressat |

3.

| | |
|---|---|
| 10/02/00 | Middlesex District Court (Hearing)<br>Cambridge, MA<br>Commonwealth v. Mark Pucci |
| 10/13/00<br>10/16/00<br>10/17/00 | Middlesex Superior Court<br>Cambridge, MA<br>Commonwealth v. John Murphy |
| 10/31/00 | Suffolk Superior Court<br>Boston, MA<br>Samuel Brown v. Vivian Brown, et al. |
| 11/15/00 | Westborough District Court<br>Westborough, MA<br>Commonwealth v. Jason Kilduff |
| 11/20/00 | Hearing: Civil Service Commission<br>Boston, MA<br>MA Dept. of Corrections/Dennis E. Hansbury |
| 1/24/01 | Hearing: Physician Peer Review<br>Roger Epstein, M.D.<br>UMass Memorial Medical Center<br>Worcester, MA |
| 3/27/01 | Hearing: State Board of Retirement<br>Boston, MA<br>Matter of Thomas Alli |
| 4/30/01 | Suffolk Superior Court<br>Boston, MA<br>Nina Construction v. Ferreira and Boncaldo, et al. |

4.

| 7/25/01 | Brockton Superior Court<br>Brockton, MA<br>Commonwealth v. John Mendes |
|---|---|
| 8/7/01 | Bennington Superior Court<br>Bennington, VT<br>Estate of Mildred L. Dunn |
| 10/24/01<br>10/25/01 | Suffolk Superior Court<br>Boston, MA<br>Commonwealth v. Bertha Lemus |
| 1/25/02 | American Arbitration Association (AAA) Hearing<br>Boston, MA<br>National Association of Government Employees<br>(MWRA) |
| 5/17/02 | Norfolk Superior Court<br>Dedham, MA<br>Commonwealth v. Joseph Romano |
| 11/12/02 | Brockton Probate Court<br>Brockton, MA<br>DiTommaso v. DiTommaso |
| 12/13/02 | Middlesex Superior Court<br>Cambridge, MA<br>Traci Nelson v. Leo McCallum, M.D. |
| 1/23/03 | New Bedford Superior Court<br>New Bedford, MA<br>Commonwealth v. Bruce Duarte and John Lopes |
| 3/18/03 | Brockton Superior Court<br>Brockton, MA<br>Commonwealth v. James Richards |
| 10/9/03 | City of Medford Admin Hearing/Charles McHue<br>Medford, MA |

5.

| | |
|---|---|
| 12/1/03 | Plymouth Juvenile Court<br>Plymouth, MA<br>Commonwealth v. James Hall |
| 2/19/04 | Pittsfield Superior Court<br>Pittsfield, MA<br>Horn Logging v. Gingrass Lumber |
| 3/3/04 | Essex Probate and Family Court<br>Salem, MA<br>Estate of Anne D. Malliaros |
| 11/16/04 | Middlesex Probate Court<br>Cambridge, MA<br>Emami v. Emami |
| 2/28/05 | Suffolk Superior Court<br>Boston, MA<br>Commonwealth v. Sokphann Chhim |
| 4/6/05 | State of Maine<br>Office of the Attorney General<br>Bureau of Insurance Hearing/Bankers Life |
| 5/13/05 | Worcester Superior Court<br>Worcester, MA<br>Commonwealth v. Fedddy Mayemba |
| 5/24/05 | Hingham District Court<br>Hingham, MA<br>Commonwealth v. Gloria Smothers |

McCann Exhibit

# **Exhibit A :  QUESTIONED ENTRIES**
(compilation of handprinted Questioned Envelope entries)

Exhibit Q-1



Exhibit Q-2



Exhibit Q-3

McCann Exhibit

## **Exhibit B** : **Diana D. Henchey** submitted comparison writing

(compilation chart of all Diana D. Henchey submitted writing standards)

Exhibit S-30

| Employee Name (*please print*) | | |
|---|---|---|
| *DIANA D. HENCHEY* | | |
| Employee Signature | | Date |
| *Diana D. Henchey* | | |
| Group | Location | Department |
| *S.A.* | *419-201* | *Customer Service* |

Exhibit S-31

*Diana D. Henchey*
Signature of Employee

*DIANA D. HENCHEY*
Typed or Printed Name

*CUSTOMER SERVICE REP.*
Title or Position

*10-16-97*
Date

*SUPERABRASIVES DIV.*
Name of Group/Division/Business Unit/Affiliate

*1 NEW BOND ST*
Business Address

*WORCESTER, MA 01606*

*NONE*

Exhibit S-32

*Diana D. Henchey* (L.S.)
Employee Signature
*DIANA D. HENCHEY*

I, the undersigned, in con[...]
*NORTON COMPANY*

McCann Exhibit

# Exhibit C : Alan Feltham submitted comparison writing
(compilation chart of all Alan Feltham submitted writing standards)

Exhibit S-28

ALAN E. FELTHAM

| Employee Name *(please print)* | |
| --- | --- |
| *Alan E. Feltham* | 8/2/00 |
| Employee Signature | Date |
| SUPERABRASIVES IND. WHEELS | C.S. |
| Group                    Location | Department |
| WORCESTER, MA | |

Exhibit S-29

SONYA
COULD YOU INCLUDE
THIS IN THE PERSONNEL
FILE FOR GERRY & I.
        Thanks —
        Alan Feltham — 9/23/98
        cc GUY

80 Sprague Street
P.O. Box 27129
Providence, RI 02907
(401) 331-0838
FAX (401) 831-9800

*54*

*Exhibits:*
*S-4 → S-27*
*(David Bennett)*

# SAINT-GOBAIN CORPORATION

**IMPORTANT:  Please complete the information below and return this form to your local Human Resources Representative.**

I acknowledge that I have received a copy of the *Saint-Gobain Corporation Employee Benefits Handbook.*

| Employee Name *(please print)* | | |
|---|---|---|
| DAVID  BENNETT | | |
| Employee Signature | | Date  *6-28-00* |
| Group  *SGC.* | Location  *WORCESTER* | Department  *LAW* |

55



# SAINT-GOBAIN CORPORATION

## CODE OF ETHICS AND BUSINESS CONDUCT STATEMENT
## FOR EXEMPT AND NON-EXEMPT SALARIED EMPLOYEES

I have fully read and understand my responsibility to comply with Saint-Gobain Corporation's Code of Ethics and Business Conduct Guidelines (the "Code"), a copy of which has been furnished to me.

I will not engage in any conduct which violates the Code and will promptly report, in accordance with the requirements of the Code, any actions which I believe may be violations of the Code.

I wish to make the following disclosure(s) with respect to the Code (indicate "None" if you make no disclosure):

NONE

You may attach an additional sheet to this statement if more space is needed for your response.

I recognize that Saint-Gobain Corporation is committed to the policies contained in the Code and that any violation may be cause for disciplinary action, including dismissal. I understand that I am encouraged to discuss any questions I have concerning these policies with the Director of Compliance Programs, the manager of Internal Audit, the Director of Security, my location manager, or the Compliance Program Coordinator for my operating group.

| | |
|---|---|
| _(signature)_ | LAW DEPT. |
| Signature of Employee | Name of Group/Division/Business Unit/Affiliate |
| DAVID BENNETT | 1, NEW BOND ST. |
| Typed or Printed Name | Business Address |
| SENIOR PATENT COUNSEL | WORCESTER, MA. |
| Title or Position | |
| April 13 2000 | |
| Date | |

NOTE: Please return the completed form to your location human resources department to be placed in your personnel record. In the event a disclosure(s) is made, the human resources department is to send a <u>copy</u> to the SGC Director of Compliance Programs in Valley Forge, PA (Saint-Gobain Corporation, P.O. Box 860, Valley Forge, PA  19482 or via internal mail to :  Mail Code SVF/1125-1).

9/15/98