JGPE019 CUTPE019 EMPLOYEE PROFILE PAGE 171

1/09/98 2:58:01 DAVID BEN M

AINT-GOBAIN CORPORATION CORPORATE WORCESTER

CORRECTIONS:

LOCATION: WORCESTER, MA

EMPLOYEE: BENNETT, DAVID EMPLOYEE #: 488725354

JOB TITLE: PATENT COUNSEL B (SWR)

JOB CODE: SWR OFFICE EXT: 2466

DEPARTMENT: INTELLECTUAL PROPERTY

SUPERVISOR: BORST, STEPHEN L

EMPLOYEE DATA:

ADDRESS: 455 HERRING BROOK ROAD EASTHAM, MA 02642

ALTERNATIVE ADDRESS: 7 THOMAS RICE DRIVE, WESTBOROUGH, MA 01581

~~CITY/STATE/ZIP: EASTHAM MA 02642~~

TELEPHONE: 508-898-3494

MARITAL STATUS: M

GENDER: M

BIRTHDATE: 8/29/1938

ORIGINAL HIRE DATE: 11/27/1989 ADJUSTED SERVICE DATE: 11/27/1989

ETHNIC CODE: CAUCASIAN/NON HISPANIC

WORKERS COMP CODE: OFFICE/CLERICAL (TO BE CORRECTED BY HR)

CITIZEN OF: USA

VETERAN STATUS: NON VETERAN ✓ VIETNAM VET __ OTHER ERA VET __ DISABLED VIETNAM VET __

SPOUSE DATA:

NAME: NINA BIELBY BENNETT

SOC SEC #: 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

BIRTHDATE: 8-17-60

CHILDREN DATA:

| | NAME: | GENDER: | DOB: | SOC SEC #: |
|---|---|---|---|---|
| 1st: | MARTIN A. BENNETT | M | 2/18/69 | 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 |
| 2nd: | SIMON A. BENNETT | M | 8/[illegible]/72 | 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 |
| 3rd: | CLAIRE A. BENNETT | F | 7/30/ | 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 |
| 4th: | | | | |
| 5th: | | | | |
| 6th: | | | | |

EMERGENCY CONTACT:

NAME: NINA B BENNETT

RELATION: WIFE

ADDRESS: 7, THOMAS RICE DRIVE OR 455 HERRING BROOK RD

CITY/STATE/ZIP: WESTBORO MA EASTHAM, MA 02642

TELEPHONE: 05088983494

LANGUAGE PROFICIENCY:

LANGUAGE 1: SPANISH WRITTEN __ SPOKEN __ BOTH ✓

LANGUAGE 2: FRENCH WRITTEN __ SPOKEN __ BOTH ✓

EDUCATION DATA: POST HIGH SCHOOL EDUCATION

1ST SCHOOL: DEGREE : BA & MA

SCHOOL : 1961 & 1964

DATE: CAMBRIDGE UNIV, ENGLAND

MAJOR: CHEMISTRY / NATURAL SCIENCES

2ND SCHOOL: DEGREE : WESTERN NEW ENGLAND COLLEGE

SCHOOL : SCHOOL OF LAW

DATE: JD cum laude

MAJOR: 1980

3RD SCHOOL: DEGREE:

SCHOOL:

DATE:

MAJOR:

PROFESSIONAL LICENSE: MA, MO & DC BAR ASSOCIATIONS

ADMITTED TO PRACTICE BEFORE US AND UK PATENT OFFICES.

(2A)

# Employee Experience Profile

Name: DAVID BENNETT  Date: 7-6-95

Date of hire: ~~Nov~~ 1, 1989  Social Security # 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

## Languages-

| Language | Spoken | Written |
|---|---|---|
| FRENCH | ✓ | ✓ |
| SPANISH | ✓ | ✓ |
| | ○ | ○ |

| | Yes | No |
|---|---|---|
| Willing to relocate? | ✓ | ○ |
| If yes, outside your present country location? | ✓ | ○ |

## Current Job Function (Mark only one)

| | | | |
|---|---|---|---|
| Acct/Finance | ○ | Legal | ✓ |
| Admin Svcs | ○ | Manufacturing Mgt | ○ |
| Communications | ○ | Marketing | ○ |
| Engineering | ○ | Purchasing | ○ |
| Env/Ind Hygiene | ○ | R&D | ○ |
| Executive Mgt | ○ | Sales | ○ |
| HR | ○ | Other: | ○ |
| Info Systems | ○ | | |

## Education-

| School & Location | Degree | Major | Minor | Dates Attended |
|---|---|---|---|---|
| CAMBRIDGE UNIV (England) | BA | Natural Sciences | | 1958 - 61 |
| " | MA | (Chemistry) | | - 64 |
| W.N.E. College School of Law | J.D. | | | 1976 - 80 |

## Work History-

Norton.

| Position | Business Unit | Location | Manager | Hay Pts | Dates(Mo/Yr) |
|---|---|---|---|---|---|
| SENIOR PATENT COUNSEL | CA, | Worcester | S.L. Bost. | | '91 - Present |
| | BA | " | " | | 89 - '92 |
| | SG/NICC (MD) | " | " | | 89 - Present |
| | NCPPC | " | " | | 89 - Present. |
| | | | | | - |
| | | | | | - |
| | | | | | - |

## Profession Experience Summary-
(Identify specific areas of expertise)

1. Patent Profession since 1965 — (Prior to that Head of Chemistry Dept in English High School.)
2. Qualified as Chartered Patent Attorney in UK in 1972
3. Monsanto, 1965 - '74 in UK
   '74 — '88 in US (St. Louis + Springfield MA)
4. Private Practice '88 - '89 Lyndy, Voit & Mayer - Washington DC.

PTO

S-8

| LAST NAME | FIRST NAME | MIDDLE NAME | SOCIAL SECURITY NO. | DATE |
|---|---|---|---|---|
| BENNETT | DAVID | — | 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 | NOV 11, '89 |

| CURRENT ADDRESS – STREET | CITY | STATE | ZIP CODE | COUNTRY | PHONE (AC Number) |
|---|---|---|---|---|---|
| 5212 SANGAMORE RD, | BETHESDA | MD. | 20816 | USA | (301) 229 3199 |

| PERMANENT ADDRESS – STREET | CITY | STATE | ZIP CODE | COUNTRY | PHONE (AC Number) |
|---|---|---|---|---|---|
| | | | | | |

| FOR WHAT TYPE OF POSITION ARE YOU APPLYING? | APPROXIMATE SALARY REQUIREMENTS | DATE AVAILABLE |
|---|---|---|
| SENIOR PATENT ATTORNEY | $90K + | NOV. 27 '89 |

NORTON

*Norton Company, an equal opportunity employer, is a diversified multinational manufacturer of consumable supplies, advanced materials and related capital equipment with corporate offices located in Worcester, Massachusetts.*

Check Division for which application is being completed –

- ☐ Akron, OH 44309 Chemical Process Products and Health Care Products
- ☑ Worcester, MA 01615, Corporate
- ☐ Abrasives Marketing Group
- ☐ Coated Abrasives
- ☐ Consumer Division
- ☐ Construction Products
- ☐ Bonded Abrasives
- ☐ Advanced Ceramics
- ☐ Superabrasives
- ☐ Performance Plastics
- ☐ Other Locations ____________

## EDUCATIONAL RECORD

### COLLEGE, UNIVERSITY AND GRADUATE SCHOOL (most recent first)

| SCHOOL | LOCATION | FROM | TO | GRADUATED? | DEGREE |
|---|---|---|---|---|---|
| CAMBRIDGE UNIV. | CAMBRIDGE, ENGLAND | 1958 | 60 | Yes ☑ No ☐ | MA. |

| MAJOR | MINOR | SCHOLASTIC AVERAGE/INDICATE RANGE OF GRADING SCALE |
|---|---|---|
| CHEMISTRY | NATURAL SCIENCES (MATH. PHYSICS CHEMISTRY GEOLOGY) | — |

| SCHOOL | LOCATION | FROM | TO | GRADUATED? | DEGREE |
|---|---|---|---|---|---|
| WESTERN NEW ENGLAND COLLEGE | SPRINGFIELD MA. | 1976 | '80 | Yes ☑ No ☐ | JD |

| MAJOR | MINOR | SCHOLASTIC AVERAGE/INDICATE RANGE OF GRADING SCALE |
|---|---|---|
| LAW. | | GRADUATED CUM LAUDE |

| SCHOOL | LOCATION | FROM | TO | GRADUATED? | DEGREE |
|---|---|---|---|---|---|
| | | | | Yes ☐ No ☐ | |

| MAJOR | MINOR | SCHOLASTIC AVERAGE/INDICATE RANGE OF GRADING SCALE |
|---|---|---|
| | | |

LIST THESIS SUBJECT, INTERNSHIP PROJECTS, PUBLISHED ARTICLES AND PATENTS, IF ANY

COLLEGE HONORS AND LEADERSHIP ROLES HELD IN SCHOLASTIC OR PROFESSIONAL ORGANIZATIONS

CURRENT COURSES AND/OR FUTURE EDUCATIONAL GOALS

## HIGH SCHOOL, PREPARATORY, TECHNICAL AND BUSINESS SCHOOLS (most recent first)

| SCHOOL | LOCATION | FROM TO | DEGREE | MAJOR |
|---|---|---|---|---|
| ST. MARY'S COLLEGE | BLACKBURN, ENGLAND | 1949 – 58 | — | — |
| SCHOOL | LOCATION | FROM TO | DEGREE | MAJOR |
| SCHOOL | LOCATION | FROM TO | DEGREE | MAJOR |

## MILITARY EXPERIENCE

| FROM | TO | BRANCH | RANK or RATING | DUTIES PERFORMED | SPECIAL SCHOOLS |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## EMPLOYMENT RECORD (most recent first)

MAY INCLUDE ANY VERIFIABLE WORK PERFORMED ON A VOLUNTEER BASIS

| EMPLOYER | COMPLETE ADDRESS | YOUR POSITION |
|---|---|---|
| LEYDIG, VOIT & MAYER | 700 13th ST. N.W. SUITE 300. WASHINGTON DC | ASSOCIATE |

| FROM Mo. Yr. | TO Mo. Yr. | NAME OF SUPERVISOR | TITLE OF SUPERVISOR | LAST SALARY |
|---|---|---|---|---|
| NOV 88 | NOV 89 | JOHN P. BUNDOCK | PARTNER | $100,000 |

DESCRIBE DUTIES AND SCOPE OF RESPONSIBILITIES (These comments may be supplemented by attached resume.)

PATENT FILING AND PROSECUTION
OPINION WORK
FOREIGN PATENT PROSECUTION

MAY WE CONTACT PRESENT EMPLOYER? ☑ YES ☐ NO

REASON FOR LEAVING OR CONSIDERING POSITION CHANGE

WISH TO RETURN TO CORPORATE PRACTICE

| EMPLOYER | COMPLETE ADDRESS | YOUR POSITION |
|---|---|---|
| MONSANTO CO. | 800 N. LINDBERGH BLVD. ST. LOUIS MO. 63167 | SEN. PATENT ATTORNEY |

| FROM Mo. Yr. | TO Mo. Yr. | NAME OF SUPERVISOR | TITLE OF SUPERVISOR | LAST SALARY |
|---|---|---|---|---|
| AUG '65 | NOV. 88 | HOWARD C. STANLEY | PATENT COUNSEL | $83,400 |

DESCRIBE DUTIES AND SCOPE OF RESPONSIBILITIES (These comments may be supplemented by attached resume.)

DEFENCE OF WORLDWIDE PATENT ESTATE IN HERBICIDES
LICENSING BIOTECHNOLOGY INVENTIONS
PATENT EXTENSIONS, LITIGATION SUPPORT.

REASON FOR LEAVING OR CONSIDERING POSITION CHANGE

ATTRACTIVE OFFER IN PRIVATE PRACTICE

| EMPLOYER | COMPLETE ADDRESS | YOUR POSITION |
|---|---|---|
| JOHN FISHER SCHOOL | PEAKS HILL, PURLEY, ENGLAND | SEN. CHEMISTRY MASTER |

| FROM Mo. Yr. | TO Mo. Yr. | NAME OF SUPERVISOR | TITLE OF SUPERVISOR | LAST SALARY |
|---|---|---|---|---|
| AUG 61 | JUN 65 | — | HEADMASTER | — |

DESCRIBE DUTIES AND SCOPE OF RESPONSIBILITIES (These comments may be supplemented by attached resume.)

HEAD OF CHEMISTRY DEPARTMENT IN HIGH SCHOOL.

REASON FOR LEAVING OR CONSIDERING POSITION CHANGE

MONEY.

## PERSONAL DATA

U.S. CITIZEN Yes ☑ No ☐

If not, what is your VISA classification?

Are you willing to relocate anywhere in the U.S.A.? Yes ☑ No ☐ WITHIN REASON (I.E. NOT TEXAS).

IF NOT, GIVE RESTRICTIONS

WHAT IS YOUR GEOGRAPHIC PREFERENCE? NORTH EAST.

ARE YOU WILLING TO RELOCATE OVERSEAS? Yes ☑ No ☐

ARE YOU INTERESTED IN AN OVERSEAS ASSIGNMENT? Yes ☐ No ☐

IF SO, GIVE PREFERENCE

LANGUAGES — LIST LANGUAGES WITH WHICH YOU HAVE SOME DEGREE OF FLUENCY

ON SCALE OF 1 THRU 4 WITH 1 REPRESENTING NATIVE TONGUE FAMILIARITY OR EQUIVALENT, CIRCLE THE NUMBER CORRESPONDING TO YOUR LEVEL OF COMPREHENSION AND FLUENCY:

| LANGUAGE | FRENCH | SPANISH | ENGLISH | | |
|---|---|---|---|---|---|
| SPEAK | 1 2 (3) 4 | 1 2 (3) 4 | 1 2 3 (4) | 1 2 3 4 | 1 2 3 4 |
| READ | 1 2 3 (4) | 1 2 3 (4) | 1 2 3 (4) | 1 2 3 4 | 1 2 3 4 |
| WRITE | 1 2 (3) 4 | 1 2 (3) 4 | 1 2 3 (4) | 1 2 3 4 | 1 2 3 4 |

DESCRIBE SPECIAL INTERESTS AND VOLUNTEER AND COMMUNITY ACTIVITIES IN WHICH YOU ARE ACTIVE, EXCLUDING ORGANIZATIONS, THE NAME OR CHARACTER OF WHICH INDICATES THE RACE, CREED, COLOR, OR NATIONAL ORIGIN OF ITS MEMBERS.

CHORAL SINGING
CLASSICAL MUSIC
THEATER.

HAVE YOU EVER BEEN CONVICTED OF A FELONY?

YES ☐ NO ☑ IF SO, EXPLAIN (an answer of yes will not necessarily disqualify you from consideration).

HAVE YOU EVER PREVIOUSLY BEEN EMPLOYED BY ANY DIVISION OF NORTON COMPANY?

YES ☐ NO ☑ IF SO, GIVE WHERE, WHEN AND FOR WHOM.

HAVE YOU PREVIOUSLY FILED AN APPLICATION WITH NORTON COMPANY?

YES ☐ NO ☑ IF SO, WHERE AND WHEN.

THROUGH WHAT MEANS DID YOU APPLY FOR A POSITION WITH US?

| COLLEGE INTERVIEW ☐ | ADVERTISEMENT ☐ | EMPLOYMENT AGENCY ☐ | PERSONAL REFERRAL BY NORTON EMPLOYEE ☐ | OTHER MEANS ☑ |
|---|---|---|---|---|
| Name of School | Where Appearing? | Name of Agency | | |

## REFERENCES

### REFERENCES WHOM WE MAY CONTACT OTHER THAN FRIENDS OR RELATIVES

| NAME | TITLE | HOW ACQUAINTED? |
|---|---|---|
| WILLIAM H. DUFFEY | GENERAL PATENT COUNSEL | HEAD OF MONSANTO PAT. DEPT |

| PRESENT ORGANIZATION | ADDRESS | PHONE (Area Code / Number / Ext.) |
|---|---|---|
| MONSANTO CO. | 800 N. LINDBERGH BLVD ST. LOUIS MO. 63167 | (314) 694 3128 |

| NAME | TITLE | HOW ACQUAINTED? |
|---|---|---|
| J. TIMOTHY KEANE | PATENT ATTORNEY | BUSINESS ASSOCIATE |

| PRESENT ORGANIZATION | ADDRESS | PHONE (Area Code / Number / Ext.) |
|---|---|---|
| SEARLE CORP | 24 CRESTWOOD DRIVE CLAYTON MO. 63105 | (314) 537 6983 |

| NAME | TITLE | HOW ACQUAINTED? |
|---|---|---|
| ~~F. A. [illegible]~~ M B BERCK | ASSOCIATE | LAW SCHOOL & BUSINESS ACQUAINTANCE |

| PRESENT ORGANIZATION | ADDRESS | PHONE (Area Code / Number / Ext.) |
|---|---|---|
| RIEMERE BRAUNSTEIN | 3. CENTER PLAZA BOSTON MA. 02108 | (617) 523 9000 |

**APPLICANT'S STATEMENT**

*New employees are required to pass a pre-placement physical examination and successfully complete the requirements set forth in the Immigration Services I-9 form. If employed by Norton Company, I agree to abide by its rules and regulations. The above information is complete and true to the best of my knowledge. I understand that discovery of misrepresentation or omission of facts herein will be cause for immediate dismissal. I authorize the Company to contact any and/or all of my references, including confirmation of past employment.*

*I also understand that this employment application and any other Company documents are not contracts of employment and that any individual who is hired is free to resign at any time, preferably upon proper notice. Similarly, Norton Company may terminate the employment relationship and associated compensation when the Company believes it is appropriate. Any oral or written statements to the contrary are hereby expressly disavowed and should not be relied upon by any prospective or existing employee.*

Nov. 11 1989
DATE

[signature]
APPLICANT'S SIGNATURE

Norton Company follows the usual practice of requiring new technically-trained, professional and other employees with access to confidential information to sign an agreement at the time of employment covering a) non-disclosure and non-use of information, b) restrictions on employment by others in the same fields for not more than three years after termination of the employment.

NOTE:

It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liberty.

Consistent with Public Law 91-508, we advise you that a routine inquiry may be made in connection with the processing of your application for employment which will provide applicable information concerning character, general reputation, personal characteristics and mode of living. Upon written request, additional information as to the nature and scope of the inquiry, if one is made, will be provided.

Please return this application to:

Manager, Personnel Administration
Norton Company
1 New Bond Street
Box Number 15008
Worcester, MA 01615-0008



# CODE OF ETHICS AND BUSINESS CONDUCT STATEMENT

I have fully read and understand my responsibility to comply with Saint-Gobain Corporation's Code of Ethics and Business Conduct Guidelines (the "Code"), a copy of which has been furnished to me.

I will not engage in any conduct which violates the Code and will promptly report, in accordance with the requirements of the Code, any actions which I believe may be violations of the Code.

I wish to make the following disclosure with respect to the Code. **(Indicate "None" if you make no disclosure.)**

NONE

(You may attach an additional sheet to this statement if more space is needed for your response.)

I recognize that Saint-Gobain Corporation is committed to the policies contained in the Code and that any violation may be cause for disciplinary action, including dismissal. I understand that I am encouraged to discuss any questions I have concerning these policies with the Director of Compliance Programs, the Vice President-Internal Audit, the Director of Security, my location manager, or the Compliance Program Coordinator for my operating group.

[signature]

Signature

DAVID BENNETT

Typed or Printed Name

SENIOR PATENT COUNSEL

Title or Position

3/8/95

Date

IPLD

Name of Group/Division/Business Unit/Subsidiary/Affiliate

SAINT-GOBAIN CORPORATION

Business Address

1, NEW BOND STREET,

WORCESTER, MA.

**Please return to your location personnel department.**



SAINT-GOBAIN
CORPORATION

# CODE OF ETHICS AND BUSINESS CONDUCT STATEMENT FOR EXEMPT EMPLOYEES

I have fully read and understand my responsibility to comply with Saint-Gobain Corporation's Code of Ethics and Business Conduct Guidelines (the "Code"), a copy of which has been furnished to me.

I will not engage in any conduct which violates the Code and will promptly report, in accordance with the requirements of the Code, any actions which I believe may be violations of the Code.

I wish to make the following disclosure(s) with respect to the Code (indicate "None" if you make no disclosure):

NONE

You may attach an additional sheet to this statement if more space is needed for your response.

I recognize that Saint-Gobain Corporation is committed to the policies contained in the Code and that any violation may be cause for disciplinary action, including dismissal. I understand that I am encouraged to discuss any questions I have concerning these policies with the Director of Compliance Programs, the manager of Internal Audit, the Director of Security, my location manager, or the Compliance Program Coordinator for my operating group.

[signature]
Signature of Employee

SAINT-GOBAIN CORP (IPLD)
Name of Group/Division/Business Unit/Affiliate

DAVID BENNETT
Typed or Printed Name

1 NEW BOND ST.
Business Address

SENIOR PATENT COUNSEL
Title or Position

WORCESTER MA

10-16-97
Date

NOTE: Please return the completed form to your location human resources department to be placed in your personnel record. In the event a disclosure(s) is made, the human resources department is to send a copy to the SGC Director of Compliance Programs in Valley Forge, PA (Saint-Gobain Corporation, P.O. Box 860, Valley Forge, PA 19482 or via internal mail to : Mail Code SVF/1125-1).

9/15/97

5/1

1.

If I should lose you now.
My mouth is dry and bitter to the taste,
My stomach shivers cold and sickly-gripped
My mind assumes the idiot's fixed intent
Upon an object far beyond its grasp
And all because of one overwhelming fear,
That one day you should cease to hold me dear.

2.

If I should lose you now.
How can I tell in feeble words like these,
The pit of emptiness that opens wide?
How can I show the lonely aching void
That swallows all emotion save its own
And leaves no trace or ripple to be seen –
A dead-dark night without a lightening gleam.

3.

If I should lose you now.
How can I leave you here so far away,
Without the close protection of my arms,
Without the fond attention of my love
To draw aside your cares and smooth your way
And kiss away the tears when things go wrong
And make four days apart seem far too long.

4.

~~If I should~~ lose you now.
Or am I wrong to fear my [illegible]?
Can I not trust my lover to be true?
If there is really love inside her breast
Why then ten years apart are not too much
For true and faithful love to hold its own
In hearts where once its seeds were deeply sown.

5,2

DAVID BENNETT
800 NORTH LINDBERGH BOULEVARD
ST. LOUIS, MISSOURI 63167
PHONE: (314) 694-3412

Friday

Dear Nina,

Last time we spoke you may have noticed that I was in a state of some personal confusion. The scientist part of me hated that! I think I am ~~now~~ a little more coherent, though it galls me that the scientific influence is still so strong I can only express myself in prose.

You will perhaps have noticed that even in my worst ravings I have not so far used the word 'love'. That was because I honestly didn't know whether I was feeling love or was I merely flattered grateful or feeling desire for you. Certainly all these elements were clearly present but they were not the whole story. Nor was it simply a response to your signs of affection and trusting openness though, I have to admit, that is something I have not felt for some time. No! It is definitely love.

I have a problem however. I highly value honesty, fidelity and respect for committments made. I hate to be a hypocrite. All that I can offer you therefore is someone who will make no other demands on you other than honesty and trust. I will not reject, judge or deliberately misunderstand you. I will not even set visiting times!

If all that is acceptable to you Nina, call me and let's have lunch next week. Otherwise let's cut it now and remain friends.

Love (and I mean that)

[signature]

S-13

We have spun a web of dreams, you and I. It is made of feelings unexpressed yet understood, of thoughts exchanged through eyes and in the gaps between our words. It is so strong it holds me back from sleep and fills my mind with thoughts I can't control or adequately tell. The dreams are fragmented, confused and shifting and contrary, allowing no repose.

I fear them and then I hold on. Is it because I know that they are fragile, vulnerable to a touch, shattered by a kiss? They are too precious for their fate. Dreamers are fools revealed by night. Once logic enters with the dawn, their morning foolishness becomes transparent. Is this the fate of our poor web? Can we not keep a corner for our comfort and our rest? Something to take us calmly into sleep each night, into the realm where dreams can be fulfilled?

S-14

Listen! Can't you hear the sounds
Made by my body as it yearns for you?
Surely you can't ignore the singing
As my blood races hot through narrow veins
In its agitated flight from my tortured heart.
Your secret ear must be attuned
To the panting rhythms as I strive to stay
Afloat on a wave of loving desire.
And as our lips and tongues touch and caress
In gentleness, you surely hear the distant cries
Of children in the land of "What-Might-Be."
I know you hear them too
For your heart trembles in time with mine
Under my fondling hand.
That hoofbeat drumming that invades my mind-
Let it not be a fast-approaching Fate
Come to strike us two forever apart.
Let he be rather come compassionate
To resolve our agonies in manner absolute
Leaving us to each other with our music and our
love.

February 18 1987
- the day after.

S-15

MEMO TO SCANSORIAL

1. Adapted to cause someone to fall into ill-repute.
   eg. "The boys exchanged scansorial stories about their sisters"

2. An adjective describing [illegible] a list of instructions for placing the stress in Latin poetry set out according to the type of verse metre.

3. A word to describe the feet of birds or animals that are primarily designed for climbing

4. A very close scrutiny of a written page to determine formal accuracy as in a printers shop

checking off the abbreviated to

FROM ~~"Give this~~ a scansorial please George."

G-321

S-16

MEMO TO SCANTLING

1. The smallest pig in a litter

2. Small beam under 5 in. in breadth & depth.

3. A Northumbrian word to describe what old women do over the garden wall — gossip.

4. A Yorkshire word for what boys do in trees — climbing up and about a tree with great agility.

FROM

G-321

S-17

I am a blind man in a garden of delights.
My senses, long-deprived, linger on each scent, each texture,
Each warm and loving touch: each must be savored and enjoyed
And stored away to be compared in peace.
A starving man parched from the desert
Is brought back slowly to a healthy state
With little sips and bites of moistened bread
Till he can cope with some more sturdy fare.
So it shall be with me.
Let me dawdle, willful under your fond eye
Until my heart is strong enough to run with you
And pace your loving urges stride for stride.
Already in my breast I feel a heavier beat.
My body cries for you in lustier tones,
My mind preoccupied no more with "whether"
But with "when" and "where"?
The new-found courage that in-fills my heart
Is placed therein by no one but yourself.
I look into your eyes and find a resonance with my thoughts
That is at once alarming and a charm.
It is as though you've siphoned up my soul
To make our thoughts and senses and our wills converge
Towards that glorious day when bodies too shall merge
And be as one together and at peace
~~But we, needing no more direction, shall no longer be distinct~~

Let me sip sweet comfort from your playful lips
Let me kiss your buds and bring them summer warmth
Let me caress your face, your hair, your heart
With gentle hands and gentler words of love.

want, perhaps I spin alone.
Perhaps the urgent need I feel
To take your hand when walking side by side,
Is something unshared, known by only me.
Perhaps it's only I that ~~knows~~ ~~the closeness of your~~
The closeness of our hands upon the seat.
Perhaps when parting ~~[illegible]~~ nears and tension grows
A friendly handshake and a clear-eyed grin
Is the appropriate act for us.

If this is all to be, sweet ~~[illegible]~~ lady, and old
Forgive the excesses of a ~~[illegible]~~ man

~~Ignore~~ Save me a scrap of pride.
~~Ignore these games~~ Ignore my foolishness
Remain my friend and please

I am not skilled in matters such as these.
Perhaps the rules I use ~~[illegible]~~ are out of date.
~~[illegible]~~
I cannot reconcile my heart and brain
Or come to terms with my dishonesty.
~~[illegible]~~
~~Of thirty years~~

517

[illegible] WORLD TRADE CENTER

~~Here as I sit [illegible] in foreign land~~
~~Two thousand miles away from all I love~~
~~There is no problem [illegible] making reasoned choices~~
~~With logic as the [illegible] guide [illegible] all~~

~~No problem that is [illegible] any other man~~
~~Summons in defence~~

---

~~Some say the brain acts always as if one~~

A surgeon can ~~examine~~ [insect?] a ~~[illegible]~~ dead man's head
And lift from out its narrow ~~[illegible]~~ bed of bone
A [illegible] mass of ~~[illegible]~~ once live cells
And then conclude that man has but one brain

But in my head it seems ~~that~~ there are two brains
That War and strive for mastery over me
First one and then the other holds his sway
~~To be displaced in turn~~
And neither shows a sign of weakening

The first, the logic brain, says I must leave
My love of Nina ~~[illegible]~~ in the now-dead past
I am too old, she is too different, I am too tired,
She too is tired, are the arguments I hear
All make fine sense, compel belief
And on occasion lead to action
As on that day at [illegible]
When calmly [illegible] shore
In [illegible]

520

How did it all begin this love of ours?
Was there some fantastic Spring
That set the love-tree greening
On that day in October, in Brussels?

Was it the simple natural response
Of two parched hearts
Yearning for the sweet water of love
So long doled out in miser's measures?
Was it that I, the lone & lonely hunter,
Had worn you down with words
Wearied you with my pursuit
So that yielding to my love
Seemed better than an aimless, sullen flight.
Or is it true, as once was held,
That each of us is a half of a prior whole,
Doomed to wander till the missing half is found
Most never find that jumped match but some
The lucky few, find that missing half
Which meshes perfectly to make the perfect whole.
We are those perfect mating halves my love
Our minds, our hearts, our sensitivities
Our bodies, Our wills, our drives
Are fully complementary, and utterly compatible.
To be with you is to be as one, at ease.
There is no strain for us to be together
The parts don't grind, there's no discordant sound
We are at peace, complete at last forever.

S-21

The lady has such eyes!, She calls them green,
But I would say they're grey and multiflecked
With all the springtime hues I've ever seen,
And dance and sparkle reckless of the effect
They have on her admirers such as me

These eyes are kind and look at me with trust
They say she calls me friend and this I'll hold
Close in my heart, apart from passion's rust,
For her affection is worth more than antique gold
And is all I can aspire to or deserve.

Her eyes tell all the goodness in her soul
But also tell her loneliness and need
For someone, making no demands at all,
Who is prepared to listen and to heed
And there is no need to comfort or console

~~It's for this role I now humbly apply~~

5-22

Roosevelt the cat rose, stretched and gracefully dropped from the sunlit window ledge to the floor dislodging a pot of Bizzy-Lizzies on the way. The falling pot described an elegant half parabola before falling plumb on top of the goldfish bowl on the occasional table. Eric, the sole inhabitant of the bowl, was at the time paddling leisurely to the fake stone arch that provided the only landmark in his confined world. He was startled by this intrusion into his privacy — the more so when all the water drained from around him through a number of cracks that appeared in the bowl.

Part of the weed that had caused Eric particular pleasure was borne on the flood and lodged across the terminals of a car battery that was being charged from the wall socket. The green weed which was stiffened by steel wire made a pretty contrast against black and red case of the battery. The effect was however somewhat spoiled by the reddening wire which caused the plastic component of the weed to melt and plop in smoky drops onto the Afghan rug that had somehow escaped being drenched by the effluent from Eric's home.

In this way the work product of an Afghan migratory family consisting of a mother and her two teenage unmarried children was reduced in a matter of minutes to an evil-smelling charred mass.

The owner of the rug was at this time ente[illegible] friend in a room upstairs and had rea[illegible] frenzied degree of activity that was diverting a large [illegible] attention ~~at that moment~~. Nevertheless the [illegible] noxiousness of the fumes drifting up the stairs [illegible] conditioned air made an impact on her brain [illegible] predictable reaction comprising a muscular spasm [illegible] scream. Her friend propelled or perhaps repelled [illegible] and reacting to the scream jerked backwards putting [illegible] in the process and ending thoroughly deflated, lying [illegible] position on the floor quite unable to move. The lady friend careless of his problems was already moving at speed [illegible] the head of the stairs as if drawn to the source [illegible] by a force she could not withstand.

(margin: sensory)

The horror that greeted her when she reached [illegible] caused an immediate swoon and she fell ~~falling~~ down ~~the stairs~~ by chance striking every step on the way a heavy [illegible] her head. Since ~~the~~ stair was long the lady had [illegible] care about the fire for some little time before she [illegible] the foot.

Had the ~~lady~~ been able to take an [illegible] in the events at the foot of the stai[rs] would have noted that the proverb about th[e] companion of smoke was again proving [illegible]

— There is the beginning —

Now continue! —

The air was warm and still
The sun dappled through the half leafed trees
And warmed ~~our~~ ~~backs as we lay on~~
As we lay together, on our blue green blanket.
Our lips, our tongues touched and played together
Moved by the same affectionate urge.
Our hands began to explore
Signalling the growth of a greater need
A yearning to merge completely, to be as one.
With unstressed moves we satisfied that need
Our movements ~~[illegible]~~ all together, synchronized
As by an ~~[illegible]~~ un-sensed hand directing us.
Together we gave and took our pleasure
Innocent and selfless as ~~true~~ love should be
The world outside us left behind
Irrelevant as last week's news
Transcended by the ~~[illegible]~~ honest love ~~[illegible]~~ we shared.

~~[illegible]~~ As we ~~[illegible]~~ ~~[illegible]~~ ~~[illegible]~~ came down slowly from our p
Those voices out of sight hastened the descent.
The pressing to the earth
The muffled laughs
The vain attempt to cover pallid rear
With a non-existent shirt tail
All ~~came together~~ conspired to make this wondrous loving thing
Most ~~perfect~~ happy and delightful
To be recalled with joy
As long as we shall live and love
Which is to say, forever.

525

Thank you Nina for giving me a chance
To speak ~~to~~ you from my heart
For being open to my clumsy overtures
And for responding with tenderness
Thank you for tending ~~the~~ my delicate early love
And encouraging it to grow ~~up~~ straight and true
Thank you for ~~responding~~ returning thought for thought
~~[illegible]~~ Touch for touch, kiss for ~~kiss~~
~~For all [illegible]~~

Thank you for your patience
In tolerating my anguish
And understanding my doubts, uncertainties
Thank you for that ~~[illegible]~~ gentle first kiss
And the increasingly delirious sensuousness of those coming after
Thank you for the way you caress my hand
And snuggle close when driving home
Thank you for your gifts of love
Your poems and the tape
Reading and re-reading, hearing and re-hearing these
~~They~~ Will ~~[illegible]~~ keep me ~~[illegible]~~ warm tho' far from you

Thank you for the way you have
Of telling me your deepest thoughts
That yet you can't express in words
~~Through the medium of a [illegible]~~
Through your eloquent and lovely eyes
Thank you for the way you let me know
[illegible] heard

What is unhappiness?

Nevermore:

- To hear a voice softened by love
  Speak my name;
- To feel an unexpected touch across my hair
  As I bend over the page;
- To hear a ~~[illegible]~~ voice-change over the phone
  When I say who is calling;
- To see a face come all alive
  As I enter the room.

Evermore:

- To sleep side by side ~~[illegible]~~
  And never speak or touch;
- To divide all family chores
  Right down the middle;
- To be polite and on ~~your~~ my guard
  and never give offence;
- To watch a face I loved
  Remain expressionless;

To seek escape with strangers;
To feel no homeward pull at five;
To know tomorrow will re-duplicate today
And all this forever, without end.
That is unhappiness my friend.

Alone, I make my social noises
Listening with polite ears
~~Making the~~ Nodding or assenting at appropriate times
And smiling from the nostrils down.
My clothes are gray and so are theirs
Echoing the dirty sky and vanished sun
Tedium lumbers around like a trunk-down elephant.
The food I take ~~[illegible]~~ resembles a Big Mac.
And the wine is "ordinaire" and nothing more ~~par excellence~~.

All at once my love appears ~~[illegible]~~
Unexpected. Our eyes meet and kiss and start to smile.
We radiate and draw, attracting, to each other.
~~[illegible]~~ Sounds, tastes, sights, touches become electric ~~[illegible]~~
Tingling, exciting, hustling to our brains
Jangling our ganglions on the way
Until we are as high as stars
And just as careless of the herd far below us
Whose trunks are merely raised in sympathetic delight.

And who is this love, ~~[illegible]~~
That causes so radical a conversion
In this drab and graying man.
Who can stir him ~~[illegible]~~ in this way
Leaving his friends to gape astonished ~~[illegible]~~
But marvelling behind their hands?

You my Nina, work this love change in me.
No one but you is the alchemist
Transforming this leaden mass to shining bronze
Brightening my eye, Lightening my step
Making me alert to all the love and beauty
Surrounding me in such profusion.
For this, and all the other blessings that you bring,
Your faithful lover brings you his eternal thanks.