# EXHIBIT 6

Page 13

1    Q. Some time after 2003?
2    A. I don't remember.
3    Q. Do you still have any contact with her?
4    A. Yes.
5    Q. Do you get together socially?
6    A. Yes.
7    Q. Where does she live?
8    A. Worcester.
9    Q. Are you aware that Mr. Bennett has a
10   lawsuit against the company?
11   A. Yes.
12   Q. Have you discussed the lawsuit with
13   anybody?
14   A. My companion.
15   Q. Anybody else?
16   A. No.
17   Q. Other than your divorce, have you been
18   involved in any type of litigation?
19   A. No.
20   Q. Have you ever been deposed before?
21   A. No.
22   Q. Have you been a witness in a lawsuit?
23   A. No.
24   Q. When was the first time you became aware of

Page 14

1    David Bennett's name?
2    A. Probably 2002.
3    Q. Do you remember, can you pinpoint the time
4    a little more accurately, the month, or was there an
5    event?
6    A. Yes.
7    Q. What was the event?
8    A. Some poems that I have been receiving.
9    Q. How did you learn his name?
10   A. From Human Resources.
11   Q. Would that have been at the meeting with
12   Sonya Simonian?
13   A. Yes.
14   Q. Who is Alan Feltham?
15   A. A coworker.
16   Q. Your department again is?
17   A. Customer service.
18   Q. He is in the customer service department?
19   A. Yes.
20   Q. Do you have cubicles that you sit in, desks
21   with partitions, or how does that work?
22   A. Yes.
23   Q. Where is Mr. Feltham in relation to you?
24   MS. McANDREW: Currently are we

Page 15

1    talking about?
2    MR. MICHAELES: Today.
3    A. I am at one end of the room and he is at
4    the other end of the room.
5    Q. How about in 2001 and 2002, was it always
6    the same?
7    A. No.
8    Q. What about 2001, where did he sit in
9    relation to you?
10   A. I'm not sure in 2001. I'm not sure where
11   he sat.
12   Q. What about 2002?
13   A. I believe he sat kitty-corner behind me.
14   Q. If he was sitting at his desk, could he see
15   you?
16   A. Yes.
17   Q. If you turned around, could you see him?
18   A. Yes.
19   Q. So the partitions are closed?
20   A. The partitions are open on the inside going
21   from one door to the other. It's an open hall.
22   Q. Would you mind sketching so I have some
23   idea of what your office set-up is like?
24   (Witness complies.)

Page 16

1    MS. McANDREW: Objection. I will
2    instruct the witness not to print anything on the
3    paper. You can draw lines, and that's it.
4    (Discussion off the record.)
5    Q. Are there six partitions here, is that it?
6    A. This is another partitioned area. This is
7    open here. There is a partition here, partition
8    here, an office here, here, here, and here.
9    Q. There are seven people?
10   A. Seven.
11   Q. Would you write your name where you have
12   your office, where you sit?
13   MS. McANDREW: Objection. I will
14   instruct the witness not to do that. I will
15   instruct the witness not to write anything on the
16   paper.
17   Q. Would you put a "1" where your office is?
18   MS. McANDREW: Objection. I will
19   not allow the witness to do that.
20   MR. MICHAELES: Do you really want
21   to deal with motions to compel? Okay. Your call.
22   Q. Tell me where your office is.
23   A. Today?
24   Q. No. Back in 2002.

Page 61

1  on September 27, about the words "Lincoln" and
2  "Wells," correct?
3       A. I don't remember, no.
4       Q. You described David Bennett without using
5  his name, is that correct?
6       A. Yes.
7       Q. Did you first learn of David Bennett's name
8  on September 27, when Ms. Simonian found out what
9  his name was?
10      A. Yes.
11      Q. What did David Bennett do to make you feel
12  uncomfortable?
13           MS. McANDREW: Objection.
14      Q. And when did he do it?
15      A. Almost every day.
16      Q. Would you pass him almost every day?
17      A. Yes.
18      Q. Is this at work?
19      A. Yes.
20      Q. Would you be going into the cafeteria?
21      A. I would be going in to work. I would be
22  going in to the cafeteria. I would be going down to
23  pack and ship.
24      Q. Where would you see him?

Page 62

1       A. In the hall. In the cafeteria.
2       Q. In the hall when you were going -- your
3  buildings are separate?
4       A. It's all one large building, but it's
5  separated.
6       Q. Can you tell me how often in any week you
7  would see him in the hallway?
8       A. Almost daily.
9       Q. Do you know where he would be going?
10      A. Sometimes to the cafeteria.
11      Q. Would you be going to any particular place?
12      A. Yes.
13      Q. Where would you be going?
14      A. To work or to the cafeteria, or to pack and
15  ship, or leaving to go home.
16      Q. When you saw him in the hallways, would you
17  have any conversation with him?
18      A. Other than "hi" or "hello," no.
19      Q. Did he ever address you by name?
20      A. No. I don't recall.
21      Q. You never addressed him by name because you
22  didn't know what his name was?
23      A. Exactly.
24      Q. What did he do when you would pass him in

Page 63

1  the hallway that would make you feel uncomfortable?
2           MS. McANDREW: Objection.
3           MR. MICHAELES: What's your
4  objection?
5           MS. McANDREW: There's been no
6  testimony he did anything that made her feel
7  uncomfortable when she passed him in the hallway.
8           MR. MICHAELES: Let's go back and
9  I will lay a foundation.
10      Q. In the middle of the September 27, 2:15
11  memorandum by Sonya Simonian, Ms. Simonian asked
12  you, "Do you ever have a feeling about someone, your
13  hair stands up and they make you uncomfortable?"
14      What appears to be your answer, "There is
15  someone here in the company that I see that does
16  that to me. I see him at the Y when I'm working
17  out. We've had casual conversations there; hi, how
18  are you? Nothing beyond that. I see him in the
19  morning when I come in to work, usually around 7:30
20  AM or earlier. He is coming back from the cafeteria
21  when I'm coming in and I am uncomfortable with the
22  way he looks at me."
23      When you pass him in the corridors daily,
24  and when you are going to and from the cafeteria, is

Page 64

1  that fair to say? Or maybe not to the cafeteria,
2  but in the hallways.
3       A. Yes.
4       Q. How does he look at you that makes you feel
5  uncomfortable? What is it about his look that makes
6  you feel uncomfortable?
7       A. Like I'm being stared at. And it was more
8  than just seeing him in the hallway. It was seeing
9  him so often in addition to that. And to the point
10  where I tried to alter my schedule to avoid him.
11      Q. Is there any other place at work where you
12  would run into him, other than in the hallway?
13      A. No. Or the cafeteria, the hall, that area.
14      Q. Did you have any particular time, any
15  schedule during the day, when you would go to the
16  cafeteria, when you would go to shipping, or you
17  would use the hallway?
18      A. Yes.
19      Q. You had set times?
20      A. Yes.
21      Q. What were those times?
22      A. That I had maintained for years.
23      Q. What was your schedule?
24      A. I would come in in the morning around 7:30.

16cabdb7-4ca6-4768-9e9f-23fd7cbc8615