# EXHIBIT 7

D. BENNETT - 5/5/05

Page 135

1  that way.
2  Q   And New Bond Street is where the Saint-Gobain
3      facilities were located?
4  A   Yes.  The offices and laboratory are located
5      along New Bond Street.
6  Q   How did you learn her name?
7  A   I didn't until this all began.  I knew her as
8      a person that worked in Saint-Gobain and I
9      occasionally saw her in the Y that I attended,
10     but I didn't know her name until the
11     litigation began.
12 Q   Until this lawsuit began?
13 A   Yes.  Well, I'm sorry, until I was discharged.
14     I shouldn't have said that.  The original
15     statement was not quite right.
16         I didn't know her name until the
17     litigation -- I'm sorry, until I was
18     discharged.  The day I was discharged, put it
19     that way.
20 Q   How did you match up the person that you just
21     knew as you described walking -- from walking
22     around and the name of the person?  How did
23     you join those two things together?
24         MR. MICHAELES:  He never

Page 136

1      testified that he did join the name.  His
2      testimony is he never knew her name until the
3      day he was discharged, and that would have
4      been October 31, 2002.
5          MS. COMISKY:  Right.  And I want
6      to know how he joined those two things on
7      October 31, 2002.
8  A   How did I join the two things.  I honestly --
9          MR. MICHAELES:  If you did.
10 A   I can't remember.  I don't know if I did even.
11         MS. COMISKY:  Mr. Michaeles, he
12     testified he did, and now you're suggesting to
13     him --
14         MR. MICHAELES:  No, he didn't.
15         MS. COMISKY:  The record will
16     speak for itself.
17 Q   If you saw Diana Henchey today, would you
18     recognize her?
19 A   If it's the same person that I saw, yes, I
20     think I would.
21 Q   Well, how would you describe her?  What does
22     she look like?
23 A   I'd say she's late forties.  Blonde.  Rather
24     frizzy hair.  Overdressed.

Page 137

1  Q   How tall is she?
2  A   About your height, I suppose.
3  Q   So she's not a tall woman?
4  A   No.
5  Q   Do you know what color eyes she has?
6  A   No.
7  Q   How often would you see her at the gym?
8  A   I went Monday, Wednesday, and Friday.  Monday,
9      Wednesday, and Friday.  And I don't say she
10     was there every day, but she was often there.
11 Q   Did you speak to her at the gym?
12 A   No.
13 Q   You never spoke to her at the gym?
14 A   Once.  Once I did.  I was coming out of the
15     gym.  Not in the gym, out of the gym.  It was
16     wintertime, and she was standing by her car
17     with a broken windshield wiper.  And I offered
18     to drive her to a garage to get a replacement,
19     and she said no.  End of discussion.
20 Q   At that time did you know this was a person
21     who worked at Saint-Gobain?
22 A   Well, yes, because I'd seen her also in the
23     corridor.
24 Q   Can you pinpoint the time frame for this

Page 138

1      incident?
2  A   Sometime in the winter.  I can't say any -- I
3      began going to the Y as part of my
4      recuperation from my prostate surgery, so it
5      would have been after 2000.
6  Q   Can you think of any other-incident where you
7      spoke to Ms. Henchey other than maybe just to
8      say good morning or good evening?
9  A   Yes.  I cannot think of any other occasion.  I
10     had no occasion to talk to her.
11 Q   I think we ended yesterday when we were
12     talking about or we began to talk about the
13     interview that you had with Mr. Wilk on the
14     last day of your employment.
15         Can you describe what happened?
16     I believe you said that you were called in for
17     a meeting with Mr. Feagans and instead you met
18     with Mr. Wilk.
19 A   Yes.
20 Q   All right.  Was Mr. Feagans in the room when
21     you met with Mr. Wilk?
22 A   No.
23 Q   Did you actually see Mr. Feagans that day?
24 A   Not that day, no.

11 (Pages 135 to 138)

KACZYNSKI REPORTING

D. BENNETT - 5/5/05

Page 151

1  Q  Have you ever written any limericks?
2  A  Oh, yes.
3  Q  And on what occasions?
4  A  I do remember I wrote a limerick on the
5     occasion to -- to commemorate the occasion of
6     Tom DiMauro's departure. That is to say when
7     we held a party to say -- at O'Connor's I
8     believe it was to say good-bye to Tom DiMauro.
9  Q  Any other time that you can recall you wrote a
10    limerick?
11 A  Not that I can recall, no. I may have done
12    one in the past, but I can't recall any other
13    specific ones.
14 Q  Did you tell Mr. Wilk at that meeting that you
15    thought it was preposterous to think you had
16    sent Diana Henchey any messages?
17 A  That's the kind of thing I possibly could have
18    said, yes, because it was.
19 Q  I'm asking if you remember saying that.
20 A  I can't remember saying any specific wording,
21    no.
22 Q  Well, do you think it is preposterous?
23 A  Yes.
24          MR. MICHAELES: Objection.

Page 152

1          THE WITNESS: I'm sorry.
2  Q  Do you recall Mr. Wilk asking you what you
3     believed your wife's reaction would be to
4     receiving the poems that are attached to
5     exhibits 30 and 31?
6  A  No.
7  Q  Do you not recall him asking that?
8  A  No.
9  Q  Do you recall him asking you about your
10    daughter's reaction to receipt of those kinds
11    of poems?
12 A  No.
13 Q  Okay. Let's talk about what happened when
14    with Mr. Feagans and Ms. Ferrante.
15         What do you remember about that
16    part of the meeting?
17 A  Are you saying Mr. Feagans and --
18 Q  I'm sorry, that was a very bad misstatement.
19    Let me rephrase that.
20         As I understand it you did not
21    see Mr. Feagans that day; am I right?
22 A  I said that before, yes.
23 Q  So you had a meeting with Mr. Mesher and
24    Ms. Ferrante after you met with Mr. Wilk?

Page 153

1  A  Correct.
2  Q  Okay. Tell me what happened at that meeting.
3  A  That's when I was summarily terminated.
4  Q  What -- tell me as best you can recall what
5     Mr. Mesher said, what you said, what
6     Ms. Ferrante said, if anything, at that
7     meeting.
8  A  First of all, Ms. Ferrante because her role
9     was simply to recite to me what my -- what I
10    would be getting and what I would not be
11    getting, it was simply an H.R. function.
12    Mr. Mesher said -- something I remember very
13    clearly -- he said that Wilk wanted to
14    prosecute this and I could get up to two years
15    in prison for what I had -- what he alleged I
16    had done. And then he summarily terminated
17    me.
18 Q  And what was it that he alleged you had done?
19 A  He said I was being terminated for sexual
20    harassment of a young lady. I'm sorry, he
21    didn't say young lady at that time. That was
22    some time later. He said, you're being
23    terminated for sexual harassment of Diane
24    Henchey.

Page 154

1  Q  And you're sure he said sexual harassment?
2  A  He said, yes, it was sexual harassment. Yes.
3  Q  And what did you say in response to
4     Mr. Mesher?
5  A  I said I did not do what I'm being charged
6     with, and I'm innocent.
7  Q  Did you tell him you didn't know who Diana
8     Henchey was?
9  A  I don't recall.
10 Q  Did you tell him that this really was age
11    discrimination against you?
12 A  No. I was too flabbergasted to --
13          MR. MICHAELES: Just answer the
14    question.
15 A  No.
16 Q  What happened after Mr. Mesher told you that
17    and Ms. Ferrante told you what benefits you
18    would or would not be entitled to?
19 A  Bob Wilk escorted me across the street to my
20    office to pick up my bag and my coat and then
21    escorted me to my car and off the premises.
22 Q  On this training you received, this workplace
23    training that we marked as Exhibit 19 --
24 A  Nineteen?

KACZYNSKI REPORTING