# EXHIBIT 8

**97**

1  those humorous stress-release type of comments
2  that we refer to as a Dilbert comment as we see
3  them every day in the newspaper.
4     Q.   And what caused you to send out that
5  e-mail?
6     A.   I believe, if I remember correctly, we
7  had had a meeting with an outside firm which was
8  possibly -- which would possibly be considered to
9  help us out with the work overload, and I believe
10 it was just -- the firm was just eliminated or
11 taken off the list. And I don't recall more
12 details about that.
13    Q.   So you disagreed with that decision
14 and you sent around this quote?
15    A.   I did not say that I disagreed with
16 the decision. The decision was made and I had no
17 reason to disagree with that. But I just -- the
18 quote had just come up, and I thought it was kind
19 of -- maybe a little bit descriptive.
20    Q.   Of what had just happened?
21    A.   Yes.
22    MS. COMISKY: Let's mark this document
23 as Exhibit 8.
24    (Deposition Exhibit No. 8 marked.)

**98**

1     Q.   I put before you a document we've
2  marked as Exhibit 8, and there are two e-mails on
3  it. Is the top e-mail the one you were just
4  describing?
5     A.   Yes.
6     Q.   And is the bottom e-mail on this page
7  the e-mail to which you were reacting and sending
8  the top e-mail?
9     A.   It appears so, yes.
10    Q.   And the bottom e-mail states that
11 "Frank Anthony advised me a few minutes ago that
12 we are not to engage the McCormick, Paulding &
13 Huber LLP firm with which Steve Scuderi is
14 associated without first obtaining the approval
15 of Tim Feagans," correct?
16    A.   Yes.
17    Q.   And that was the outside counsel you
18 were referring to which was supposed to help with
19 the work overload?
20    A.   Yes.
21    Q.   And then the quote that you meant as a
22 joke is what appears under "Thanks, Volker" on
23 the top e-mail, correct?
24    A.   Yes.

**99**

1     Q.   And it says, "Administere - The
2  Rarefied organizational lawyers beginning just
3  above the rank and file. Decisions that fall
4  from the administere are often profoundly
5  inappropriate or irrelevant to the problems they
6  were designed to solve."
7     Mr. Lies, were you stating that the
8  decision or the requirement to obtain the
9  approval of Mr. Feagans before you work with
10 outside counsel at the McCormick firm was
11 inappropriate or irrelevant?
12    A.   No.
13    Q.   Well, what did you mean by sending
14 this in response to the e-mail about use of the
15 McCormick firm?
16    A.   It was a funny quote in a collection
17 of quotes. Just kind of was meant as a joke. It
18 wasn't supposed to have gone to Mr. Feagans
19 either.
20    Q.   I take it Mr. Feagans didn't take it
21 as a joke?
22    MR. MICHAELES: Objection. You may
23 answer.
24    Q.   What was Mr. Feagans reaction?

**100**

1     A.   He was angry.
2     Q.   And it resulted in disciplinary
3  action?
4     A.   It resulted in disciplinary action,
5  severe disciplinary action.
6     Q.   And what was the disciplinary action
7  that was taken?
8     A.   It was severe punishment reducing my
9  previously approved bonus in the previous year
10 and advising me that I would not get a salary
11 increase for the coming year. Severe monetary
12 damages.
13    Q.   Did you think that was appropriate?
14    A.   I think it was overly severe and I
15 don't think it was appropriate.
16    Q.   Did you apologize to Mr. Feagans for
17 sending this e-mail?
18    A.   I did.
19    Q.   So you recognized that it was not
20 appropriate?
21    MR. MICHAELES: Objection. He didn't
22 say that.
23    MS. COMISKY: I'm asking him.
24    Q.   Did you recognize that it was

**Feagans, Tim L.**

| | |
|---|---|
| From: | Lies, Otto R. |
| Sent: | Thursday, January 18, 2001 2:14 PM |
| To: | Ulbrich, Volker R.; Borst, Steve L.; Bennett, David X.; Crosby, Mike W; Porter, Mary E. |
| Cc: | Feagans, Tim L. |
| Subject: | RE: Steve Scuderi |

Thanks, Volker!

```
ADMINISPHERE - The rarefied organizational layers beginning just above
               the rank and file. Decisions that fall from the adminisphere
               are often profoundly inappropriate or irrelevant to the
               problems they were designed to solve.
```

-----Original Message-----
| | |
|---|---|
| From: | Ulbrich, Volker R. |
| Sent: | Thursday, January 18, 2001 10:08 AM |
| To: | Borst, Steve L.; Bennett, David X.; Crosby, Mike W; Porter, Mary E.; Lies, Otto R. |
| Cc: | Anthony, Frank S.; Feagans, Tim L. |
| Subject: | Steve Scuderi |

Frank Anthony adised me a few minutes ago that we are not to engage the McCormick, Paulding & Huber LLP firm with which Steve Scuderi is associated without first obtaining the approval of Tim Feagans.

Volker R. Ulbrich, Law Dept.
Saint-Gobain Corporation
1 New Bond Street, 412-101
Worcester, MA 01615-0138

tel. (508) 795-5564
fax (508) 795-2653
volker.r.ulbrich@saint-gobain.com