IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT, : <br> : <br> Plaintiff, : <br> : CIVIL ACTION <br> v. : <br> : NO. 04-CV-40014-FDS <br> SAINT-GOBAIN CORPORATION, JOHN R. : <br> MESHER, AND TIMOTHY L. FEAGANS, : <br> : <br> Defendants. : | |

**MOTION OF DEFENDANTS SAINT-GOBAIN CORPORATION, JOHN MESHER AND TIMOTHY FEAGANS FOR LEAVE TO FILE ADDITIONAL PAPERS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(b)(3), defendants Saint-Gobain Corporation ("Saint-Gobain" or "the Company"), John R. Mesher ("Mesher") and Timothy L. Feagans ("Feagans") (collectively "Defendants") move for leave to file the following additional papers in support of their motion for summary judgment: (1) Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment; (2) Supplemental Declaration of Jill Brenner Meixel; and (3) Defendants' Response to Plaintiff's Concise Statement of Material Facts Contained in Plaintiff's Opposition to Defendants' Motion for Summary Judgment. In support of this motion, Defendants state as follows: These three submissions are necessary to address certain legal and factual issues raised in Plaintiff's brief in opposition to Defendants' Motion for Summary Judgment and in Plaintiff's Concise Statement of Material Facts. In addition, the disposition of the Motion for Summary Judgment will have a significant impact on this litigation, further justifying the need for these submissions. Michael J. Michaeles, counsel for Plaintiff, does not oppose this Motion.

WHEREFORE, Defendants respectfully request that this Court grant its Motion for Leave to File their Reply Memorandum of Law, Response to Plaintiff's Concise Statement of Material Facts, and the Supplemental Declaration of Jill Brenner Meixel.

SAINT-GOBAIN CORPORATION, JOHN R. MESHER, and TIMOTHY L. FEAGANS,
By their attorneys,

Hope A. Comisky
Amy G. McAndrew
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
*Admitted Pro Hac Vice*

Dated: December 13, 2005

/s/ Jill Brenner Meixel
James B. Conroy (BBO# 096315)
Jill Brenner Meixel (BBO# 652501)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
617-720-2880

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Defendants did confer in good faith, via telephone, with counsel for Plaintiff, in an effort to narrow or resolve the issues raised in this motion, and counsel for Plaintiff has indicated that he does not oppose this motion.

/s/ Jill Brenner Meixel
Jill Brenner Meixel