IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BENNETT, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 04-CV-40014-FDS |
| SAINT-GOBAIN CORPORATION, JOHN R. MESHER, AND TIMOTHY L. FEAGANS, | : |
| Defendants. | : |

**SUPPLEMENTAL DECLARATION OF JILL BRENNER MEIXEL**

I, Jill Brenner Meixel, hereby state that:

1. I am an associate with the law firm of Donnelly, Conroy & Gelhaar, LLP and local counsel for Defendants Saint-Gobain Corporation ("Saint-Gobain" or "Company"), John Mesher ("Mesher") and Timothy Feagans ("Feagans") (collectively "Defendants") in the above-referenced matter. I make this Supplemental Declaration in support of Defendants' Motion for Summary Judgment on personal knowledge, information and belief.

2. The pertinent portions of the deposition of John Mesher and supporting exhibits are attached to this Declaration as Exhibit 1.

3. The pertinent portions of the deposition of Timothy Feagans are attached to this Declaration as Exhibit 2.

4. The pertinent portions of the deposition of Volker Ulbrich are attached to this Declaration as Exhibit 3.

5. The pertinent portions of the deposition of Otto Lies and are attached to this Declaration as Exhibit 4.

6. The pertinent portions of the deposition of Robert Wilk are attached to this Declaration as Exhibit 5.

7. The pertinent portions of the deposition of David Bennett are attached to this Declaration as Exhibit 6.

8. The pertinent portions of the deposition of Sonya Simonian are attached to this Declaration as Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2005.

/s/ Jill Brenner Meixel
Jill Brenner Meixel