# EXHIBIT 3

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4

 5
    DAVID BENNETT,
 6      Plaintiff,

 7  VS.                                C.A. NO.
                                       04-40014-FDS
 8  SAINT-GOBAIN
    CORPORATION, ET AL,
 9      Defendants.

10

11

12

13

14     DEPOSITION of VOLKER R. ULBRICH taken at the

15  request of the Defendants pursuant to Rule 30 of

16  the Federal Rules of Civil Procedure before Carol

17  A. Jeffrey, a notary public in and for the

18  Commonwealth of Massachusetts, on July 12, 2005,

19  commencing at 11:05 A.M. at the offices of

20  McCarthy Reporting Service, 12 Harvard Street,

21  Worcester, Massachusetts.

22

23

24                                          ORIGINAL
```

```
 1   the people who reported to you?
 2        A.    No.
 3        Q.    Do you know what Mr. -- did Mr. Baker
 4   ever get back to you about this issue of
 5   Mr. Feagans' management?
 6        A.    I don't recall.
 7        Q.    Do you recall whether there was
 8   another meeting with Mr. Baker?
 9        A.    No, I don't recall.
10        Q.    Did you make a complaint while you
11   were at Saint-Gobain that Mr. Feagans was
12   treating you differently because of your age?
13        A.    I don't remember doing so.
14        Q.    Do you recall anyone else making a
15   complaint that Mr. Feagans was treating them
16   differently because of their age during the time
17   you were employed at Saint-Gobain?
18             MR. MICHAELES:  Written, verbal?
19        Q.    Any kind, written or verbal.
20        A.    Making a complaint to whom?
21        Q.    Well, did anybody say to you,
22   "Mr. Feagans is treating me differently because
23   I'm older"?
24        A.    In those exact words?
```

```
 1              (Discussion off the record.)
 2        Q.    I just have a couple questions.  Did
 3   you have any communication with Mr. Mesher after
 4   you left at any time before today?
 5        A.    I don't think so, but I don't -- I
 6   just don't recall any.
 7        Q.    Do you remember going to dinner with
 8   Mr. Mesher?
 9        A.    Yes, I do.
10        Q.    And that was after you had left
11   Saint-Gobain?
12        A.    Well, that's the part I don't
13   remember.  It is when it was.
14        Q.    Was it about that same time frame?
15        A.    Yes, I think so.
16        Q.    And did Mr. Mesher thank you for the
17   work that you had done for the company?
18        A.    Yes, he was very gracious.
19        Q.    Do you have -- did you have any
20   communication with Mr. Feagans after you left the
21   company?
22        A.    Again, I don't recall.
23        Q.    And you did not hear Mr. Feagans make
24   any age-based comments yourself?
```

1   A.   That's correct.
2        MS. COMISKY:  I have no other
3   questions.
4        MR. MICHAELES:  I have none.  Thank
5   you.
6        MS. COMISKY:  I do want to state on
7   the record that I appreciate the fact that we
8   were able to work out the location of this
9   deposition in Worcester, which was the best place
10  for everyone, although maybe not necessarily for
11  the witness.  And I also very much appreciate the
12  start time at 11:00 and working through lunch so
13  that we could get this done in a way that makes
14  sense to everyone, so thank you very much.
15       MR. MICHAELES:  You're welcome.
16       (Discussion off the record.)
17       MS. COMISKY:  We're going to stipulate
18  that an employee whose name is Joan Leo worked
19  for several years with that name, that was her
20  married name.  She then changed her name back to
21  what we understand to be her maiden name, and now
22  uses the name Joan Frank.
23       And also based on an off-the-record
24  discussion, the witness noticed that the name of