# EXHIBIT 4

```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4

 5
     DAVID BENNETT,
 6      Plaintiff,

 7   VS.                        C.A. NO.
                                04-40014-FDS
 8   SAINT-GOBAIN
     CORPORATION, ET AL,
 9      Defendants.

10

11

12

13

14      DEPOSITION of OTTO R. LIES taken at the

15   request of the Defendants pursuant to Rule 30 of

16   the Federal Rules of Civil Procedure before Carol

17   A. Jeffrey, a notary public in and for the

18   Commonwealth of Massachusetts, on July 27, 2005,

19   commencing at 10:00 A.M. at the offices of

20   McCarthy Reporting Service, 12 Harvard Street,

21   Worcester, Massachusetts.

22

23

24                              ORIGINAL
```

1  litigation?
2       A.   It was the color purple and Norax.
3       Q.   What other problems developed?
4       MR. MICHAELES:  As a result of those
5  two cases or in general?
6       MS. COMISKY:  No, he said problems
7  developed around the year 2000 with Mr. Feagans,
8  so I'm asking for any other problems that he can
9  describe which developed at that time.
10      A.   Well, atmosphere of distrust
11 developed.
12      Q.   Describe that.
13      A.   Mr. Feagans had made a number of
14 remarks to people basically showing that he did
15 not like a number of people.
16      Q.   Did you personally hear him make any
17 of those remarks?
18      A.   No.
19      Q.   All right.  Who told you that he made
20 those remarks?
21      A.   Mary Porter, Joan Leo.
22      Q.   Anybody else?
23      A.   There were discussions, but I believe
24 I heard it from other people, but specifically I

1  "Hello, how are you."
2  Q.   Have you had any more substantive
3  conversation with her since -- let me just finish
4  the question -- since you left the company?
5  A.   No.
6  Q.   All right. Now, the other person you
7  mentioned was Mary Porter. What remarks did she
8  hear that she shared with you?
9  A.   You mean from Miss Frank?
10 Q.   No. You said that there were remarks
11 that two people shared with you which supported
12 your view that there was an atmosphere of
13 mistrust which was developing. One of the people
14 was Joan Frank, and you described the remarks
15 that she made.
16 A.   Yes.
17 Q.   And the other person that you
18 identified is Mary Porter.
19 A.   Yes.
20 Q.   What did she tell you?
21 A.   Mary had been told by Mr. Feagans on
22 one occasion, I don't know, at least one
23 occasion, that he disliked Mr. Bennett,
24 Mr. Ulbrich and me, and he would do everything --

```
 1   he wanted them to leave the company, get rid of
 2   them, he would do nothing to -- would do nothing
 3   for them.
 4        Q.   And when did Miss Porter tell you that
 5   Mr. Feagans had made this comment?
 6        A.   I don't remember exactly, but it was I
 7   believe sometime in the spring or early summer of
 8   2000 when I heard from Miss Frank also.
 9        Q.   Did Miss Porter provide any more
10   specifics about this statement that she heard
11   Mr. Feagans make?
12        A.   I believe that she at that time
13   probably said in connection of what it was said.
14   But, no, I don't recall any more specifics.  I
15   think this was enough.
16        Q.   Any other comments that Miss Porter
17   relayed to you which supported your view that
18   there was an atmosphere of mistrust developing?
19        A.   I believe she had her share of
20   problems with Mr. Feagans as well on a number of
21   issues.
22        Q.   Can you be more specific?
23        A.   Mary Porter's a patent attorney, and I
24   was not really involved in patent cases so,
```

```
 1   occurred in relationship to the June 6th meeting,
 2   was it a month later, was it two months later,
 3   was it a week later?
 4        A.   I think it was about a month later.
 5        Q.   Okay.  Who was at that meeting,
 6   besides you and Mr. Baker?
 7        A.   I don't recall exactly, but I believe
 8   everybody who was at the first meeting.  I don't
 9   know if everybody was there, but I would expect
10   that.
11        Q.   Mr. Mesher was there?
12        A.   Yes.
13        Q.   Now, do you remember anything that
14   Mr. Mesher said at the follow-up meeting?
15        A.   The main talking was done by
16   Mr. Baker, but I think Mr. Mesher made his
17   comments.  I don't remember the specifics, but
18   again, it was reviewed and found unjustified.
19        Q.   Do you recall Mr. Mesher's tone at
20   that meeting?
21        A.   Unfriendly.
22        Q.   Was he angry?
23        A.   Yes.
24        Q.   So he and Mr. Baker were both angry?
```