# EXHIBIT 5

Page 1

Volume I
Pages   1 - 150

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID BENNETT,            District Court
    Plaintiff,         Civil Action No. 04-CV-40014-FDS

vs.

SAINT-GOBAIN CORPORATION,
et al,
    Defendants.

* * * * * *

TELEPHONIC DEPOSITION of ROBERT WILK, called as a witness by counsel for the Plaintiff, pursuant to the applicable provisions of the Massachusetts Rules of Federal Procedure, before Rachel Marie Grady, CSR No. 146900-S, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, taken at the offices of WOLFSON, KEENAN, COTTON & MEAGHER, 390 Main Street, Worcester, Massachusetts, on Wednesday, August 3, 2005, commencing at 10:35 A.M.

*************************

FLYNN REPORTING ASSOCIATES
Professional Court Reporters
One Exchange Place
Worcester, Massachusetts 01608
(508) 755-1303   *   (617) 536-2727

TOLL FREE: (888) 244-8858
FAX:   (508) 752-4611

*************************

DUPLICATE

1  A. Yes, I did.

2  Q. When was the first time you had

3  communication with John Mesher about the Bennett or

4  Henchey matter?

5  A. I believe it was either the day of or the

6  day before we decided to search Mr. Bennett's office.

7  Q. Do you remember what day you searched

8  Mr. Bennett's office?

9  A. I believe it was the 18th.

10  Q. Of October?

11  A. That is correct.

12  Q. Who searched his office?

13  A. It would have been Mr. Joseph Johnson, and

14  I believe -- I'm not 100 percent sure about this -- to

15  the best of my memory, a Saint-Gobain security

16  officer, Mr. Richard Ferguson.

17  Q. Did anyone report to you to say what they

18  had found?

19  A. Yes, they did.

20  Q. Did they do that in any kind of record form

21  or just verbally?

22  A. Both.

23  Q. Are those records in that envelope that you

24  have for your file?