# EXHIBIT 6

DAVID BENNETT 05/04/05                                    Page 1

```
 1                                    VOLUME:    I
                                      PAGES:     1 - 94
 2                                    EXHIBITS:  SEE INDEX

 3          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
 4
                 CIVIL ACTION NO: 04-CV-40014-FDS
 5

 6
     * * * * * * * * * * * * * * * * * *
 7   DAVID BENNETT,                    *
              Plaintiff,               *
 8        vs.                          *
                                       *
 9   SAINT-GOBAIN CORPORATION, ET AL., *
              Defendants.              *
10   * * * * * * * * * * * * * * * * * *

11

12

13           DEPOSITION OF DAVID BENNETT, a witness

14   called on Behalf of the Defendants, taken pursuant

15   to provisions of the Federal Rules of Civil

16   Procedure, before Marsha S. Gerber, RPR, CSR

17   No. 111793, and Notary Public in and for the

18   Commonwealth of Massachusetts, at the offices of

19   Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd

20   Floor, Boston, Massachusetts, on Wednesday, May 4, 2005,

21   commencing at 2:40 p.m.

22

23              KACZYNSKI REPORTING
             72 CHANDLER STREET, SUITE 3
24           BOSTON, MASSACHUSETTS 02116
                  (617) 426-6060
```

|   |   |   |
|---|---|---|
| 1 |   | there was age discrimination involved. And I |
| 2 |   | think it will be fair to say that Mary agreed. |
| 3 | Q | And when was this conversation that you had |
| 4 |   | with Ms. Porter? |
| 5 | A | I can't recall when it was, when that |
| 6 |   | conversation took place. |
| 7 | Q | Did she specifically say to you, I agree it |
| 8 |   | was age discrimination? |
| 9 | A | Yes. |
| 10 | Q | Who was the person discriminating against? |
| 11 |   | Who were the people? |
| 12 | A | The defendants. |
| 13 | Q | Both Mr. Mesher and Mr. Feagans? |
| 14 | A | Yes. |
| 15 | Q | Did you specifically hear Mr. Feagans say he |
| 16 |   | would do anything he could do to get rid of |
| 17 |   | the older workers? |
| 18 | A | I did not hear that, no. |
| 19 | Q | Did you ever hear him make any age-based |
| 20 |   | comment? |
| 21 | A | Mr. Feagans hardly ever spoke to me. No. |
| 22 | Q | Did Mr. Feagans make the decision to -- with |
| 23 |   | respect to Otto Lies' employment? |
| 24 | A | I don't know who made that decision. |

```
                                    VOLUME:    II
                                    PAGES:     95 - 256
                                    EXHIBITS:  SEE INDEX

         IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

              CIVIL ACTION NO: 04-CV-40014-FDS


    * * * * * * * * * * * * * * * * * *
    DAVID BENNETT,                     *
              Plaintiff,               *
         vs.                           *
                                       *
    SAINT-GOBAIN CORPORATION, ET AL.,  *
              Defendants.              *
    * * * * * * * * * * * * * * * * * *
```

CONTINUED DEPOSITION OF **DAVID BENNETT**, a witness called on Behalf of the Defendants, taken pursuant to provisions of the Federal Rules of Civil Procedure, before Marsha S. Gerber, RPR, CSR No. 111793, and Notary Public in and for the Commonwealth of Massachusetts, at the offices of Donnelly, Conroy & Gelhaar, LLP, One Beacon Street, 33rd Floor, Boston, Massachusetts, on Thursday, May 5, 2005, commencing at 10:30 a.m.

KACZYNSKI REPORTING
72 CHANDLER STREET, SUITE 3
BOSTON, MASSACHUSETTS 02116
(617) 426-6060

```
 1     A    I was terminated.
 2     Q    Did anything happen between your original
 3          meeting with Mr. Wilk and the meeting you had
 4          with Mr. Mesher --
 5     A    Yes.
 6     Q    -- and Ms. Ferrante?
 7     A    Yes.  Sorry, one thing did happen.  We went
 8          over to my office and a search was conducted,
 9          with my permission, of my files and drawers.
10     Q    And were any documents secured from that
11          search?
12     A    Yes.
13     Q    And what were those documents?
14     A    There were some handwritten poems that I'd
15          written to my wife.
16     Q    Anything else?
17     A    They took away a number of items.  I don't
18          specifically recall any other items that were
19          taken.  But there were other items, but I
20          don't know what they were.
21     Q    Before we get to the discussion with
22          Mr. Mesher and Ms. Ferrante, is there anything
23          else that you can recall that happened with --
24          any conversation you might have had with
```

| | | |
|---|---|---|
| 1 | A | It was after work. Say it would be around |
| 2 | | 4:30 or so. |
| 3 | Q | Do you still see her there? |
| 4 | A | No. I go to a different Y now. I'm -- that |
| 5 | | was the Y that was close to the Norton |
| 6 | | facility, and Norton employees got a reduction |
| 7 | | in rate for going. That's why there were so |
| 8 | | many Norton people there. Now I'm no longer |
| 9 | | working in Greendale. I go to the Y that has |
| 10 | | opened up much closer to me in Shrewsbury. |
| 11 | Q | When did that Y open up? |
| 12 | A | I think two years ago. Maybe less than two |
| 13 | | years now. |
| 14 | Q | But it was after your termination? |
| 15 | A | Oh, yes. |
| 16 | Q | So you didn't see Mr. Feagans all day? |
| 17 | A | Not on the 31st of October. |
| 18 | Q | Right. |
| 19 | | Are you still of the view that |
| 20 | | he had something to do with your termination? |
| 21 | A | If he wasn't part of the chain, it would be |
| 22 | | very surprising. |
| 23 | Q | And you -- |
| 24 | A | He was my direct supervisor. |

| | | |
|---|---|---|
| 1 | Q | But you have no specific facts to support your |
| 2 | | assumption that he was involved? |
| 3 | A | No. |
| 4 | Q | What kind of performance evaluations did |
| 5 | | Mr. Feagans give to you? |
| 6 | A | Reasonable, in most cases. |
| 7 | Q | Did you say reasonable? |
| 8 | A | In most cases. |
| 9 | Q | Okay.  Let's go through some of them.  I'm |
| 10 | | going to hand you a document we marked as |
| 11 | | Exhibit 22.  I ask you to take a look at that. |
| 12 | | This was a performance review |
| 13 | | that was completed by Mr. Feagans of you dated |
| 14 | | January 12th of 2000? |
| 15 | A | That's right. |
| 16 | Q | Did you think that this evaluation was fair? |
| 17 | A | In most cases, yes. |
| 18 | Q | In fact, you received a higher overall rating |
| 19 | | on this evaluation from Mr. Feagans than you |
| 20 | | did on the evaluation from Mr. Borst, which |
| 21 | | was the prior year which we've marked as |
| 22 | | Exhibit 21? |
| 23 | A | That's right. |
| 24 | Q | How long had Mr. Feagans been your supervisor |