# EXHIBIT 7

Page 1

Volume I
Pages  1 - 88

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Civil Action
No. 04-CV-40014-FDS

DAVID BENNETT,
    Plaintiff,

vs.

SAINT-GOBAIN CORPORATION, et al.,
    Defendants.


*   *   *   *   *   *   *


DEPOSITION of SONYA L. SIMONIAN, called as a
witness by counsel for the Plaintiff, pursuant to
the applicable provisions of the Massachusetts Rules
of Civil Procedure, before Norma Flynn Borelli, CSR
No. 102793, Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, taken at the offices of WOLFSON,
KEENAN, COTTON & MEAGHER, 390 Main Street,
Worcester, Massachusetts, on Tuesday,
August 2, 2005, commencing at 10:10 AM.


* * * * * * * * * * * * * * * * * * * * *
FLYNN REPORTING ASSOCIATES
Professional Court Reporters
One Exchange Place
Worcester, Massachusetts 01608
(508) 755-1303  *  (617) 536-2727
TOLL FREE: (888) 244-8858
FAX:  (508) 752-4611
* * * * * * * * * * * * * * * * * * * * *

DUPLICATE

1    Q.  Do you know when he left the company?

2    A.  I don't recall.  It's been a couple of

3   years at least, but I don't recall.

4    Q.  Do you recall any issues where Mr. Dennison

5   was accused of making unwelcome phone calls or

6   uninvited calls to a female employee?

7                    MS. McANDREW:  Objection.

8   Mr. Dennison is not an employee of the same business

9   unit that Mr. Bennett was an employee of.  It's

10   completely irrelevant.  I will let her answer the

11   question, but I do want to place an objection on the

12   record.

13    Q.  Who was Mr. Dennison's employer?

14    A.  When?

15    Q.  When he worked for the company.

16    A.  Saint-Gobain Abrasives.

17    Q.  What's the connection between Saint-Gobain

18   Abrasives --

19    A.  Saint-Gobain Corporation owns Abrasives.

20    Q.  I assume Abrasives is a wholly-owned

21   subsidiary?

22                    MS. McANDREW:  Objection.  I don't

23   know that Ms. Simonian has that information.

24    A.  I don't know.

Page 42

1    reports going to anybody about the investigation?

2        A.   I don't recall.  Reports were coming to me,

3    but Sally Carter, the HR manager in Bensonville at

4    the time, would have been talking to Chloe.

5        Q.   I believe you said there were no security

6    people in-house or out of house involved, correct?

7        A.   I don't recall whether I would have made a

8    phone call at all just for advice.  I don't recall.

9        Q.   Was John Mesher involved in any way?

10       A.   No.

11       Q.   Back to David Bennett.  Certainly Mr.

12   Bennett was involved in the Diana Henchey situation,

13   correct?

14                    MS. McANDREW:   Objection.

15       A.   I'm not sure I understand.

16       Q.   Some time in May of 2002, Diana Henchey

17   came to your office with two writings saying she had

18   received them in interoffice mail.  Do you recall

19   that?

20       A.   Yes.

21       Q.   Had she ever come to you before that date

22   with any sort of complaints?

23       A.   No.

24       Q.   Did you know Diana Henchey before she came