## Wolfson, Keenan, Cotton & Meagher
### Attorneys at Law

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN INDEPENDENT PRACTITIONER WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR THE LIABILITY OF ANY OTHER ATTORNEY IN THE OFFICE

Suite 1000
390 Main Street
Worcester, Massachusetts 01608-2575

TELEPHONE 508-791-8181
TELECOPIER 508-792-0832

February 28, 2006

Martin Cassels, Courtroom Clerk
US District Court, Central Division
Harold Donahue Federal Building & Courthouse
595 Main Street, Suite 502, Worcester, MA 01608

Re: Bennett v. St. Gobain Corporation et al.
civil docket # 40014

Dear Mr. Cassels:

On February 28, at oral argument before Judge Saylor on defendants' motion for summary judgment, I represented that I would get back to the Court with a case citation indicating that statements made by the defendant Feagans were not hearsay, but admissions and exceptions to the hearsay rule.

Noviello v. City of Boston, 398 F.3d 76 (1st Cir. 2005), a discriminatory hostile environment case, holds on page 85 that "The statements made by supervisors are admissible as nonhearsay statements of the defendant's made within the scope of their employment", citing *Fed. R. Evid. 801 (d) (2) ( D)*.

Please pass this letter on to Judge Saylor, and let me know if you have any questions. Thank you.

I hereby certify that I have served a copy of this letter on Hope Comisky, defendants' attorney, by regular mail, postage prepaid.

Yours very truly,

Michael J. Michaeles