UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**David Bennett,**

             **Plaintiff,**

    V.

**Saint-Gobain Corporation,**
**John R. Mesher, and Timothy L.**
**Feagans,**

            **Defendants,**

CIVIL ACTION

NO. **04-40014-FDS**

**JUDGMENT**

**Saylor, D. J.**

    In accordance with the Court's Memorandum and Order dated __9/29/06__ granting __defendants'__ motion for summary judgment in the above-entitled action, it is hereby ORDERED:

        Judgment for the __Defendants__

                                                                   By the Court,

__9/29/06__                                                        /s/ Martin Castles
   Date                                                             **Deputy Clerk**