UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**                               CENTRAL SECTION
                                                 CIVIL ACTION NO.: 04-40014-NMG

**DAVID BENNETT**                          )
 - Plaintiff                               )
                                           )
                                           )
vs.                                        )
                                           )
**SAINT-GOBAIN CORPORATION,**              )
**JOHN R. MESHER, and**                    )
**TIMOTHY L. FEAGANS**                     )
 - Defendants                              )

## AFFIDAVIT OF THE PLAINTIFF DAVID BENNETT'S MOTION IN SUPPORT OF HIS MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER

I, David Bennett, hereby depose and state under oath as follows:

1. I am the Plaintiff in the above action.

2. On October 12, 2001 my wife and I flew to Italy for a vacation and did not return until October 28, 2001.

3. I therefore was out of the country, and not at work at Saint-Gobain from October 12, 2001, until October 28, 2001.

4. On September 27, 2002 I was in Warwick Rhode Island, and on September 28, 2002, I was on Cape Cod.

5. I therefore was not at work at Saint-Gobain on September 27 and 28, 2002.

1

2

6. I never, ever sent any written communication to Diana Henchey at work, or anywhere else.

Signed under the pains and penalties of perjury this 4th day of October, 2006.

<u>S/David Bennett</u>