UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WORCESTER, SS.** | **CENTRAL SECTION**<br>**CIVIL ACTION NO.: 04-40014-NMG** |

**DAVID BENNETT**
 - Plaintiff

vs.

**SAINT-GOBAIN CORPORATION,**
**JOHN R. MESHER, and**
**TIMOTHY L. FEAGANS**
 - Defendants

## AFFIDAVIT OF MARY E. PORTER IN SUPPORT OF THE PLAINTIFF DAVID BENNETT'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER

I, Mary E. Porter, hereby depose and state under oath as follows:

1. At all material times, I was an Intellectual Property Counsel working with David Bennett in the Intellectual Property Law group of Saint-Gobain Corporation, Worcester, Massachusetts.

2. I voluntarily left Saint-Gobain's employment on June 30, 2006.

3. My written grievance dated June 6, 2001 against Tim Feagans, supervisor of our department, filed with Saint-Gobain is attached to Affidavit of Michael J. Michaeles in support of Plaintiff Bennett's Opposition to Motion for Summary Judgment as Exh.2, Mesher Exh. 16.

4. All statements I made in the grievance are true, including: "Tim stated he would do absolutely nothing for David and Volker, that he was

1

finished with them and he wanted rid of them. As far as he was concerned, he wanted them to quit and he would do nothing to keep them, nor to address their concerns about working conditions in our department." (grievance, page 1); "Tim repeatedly complained to me in meetings and on the phone about how he disliked working with Otto, Volker, David...." (grievance, page 4); Joan (Leo) Frank, Tim Feagans' paralegal, feared retaliation from him; had experienced abusive treatment from him; and Tim told her that he wanted to hire someone younger but was stuck with her. (grievance, page 4).

    5. On August 9, 2000, Tim Feagans told me that he wanted to get rid of the older members of the Intellectual Property Law group, specifically naming David Bennett and Volker Ulbrich. On many occasions before and after that conversation, he complained to me about David, Volker and Otto.

    Signed under the pains and penalties of perjury this 4th day of October, 2006.

S/ Mary E. Porter