UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**               **CENTRAL SECTION**
                                 **CIVIL ACTION NO.:  04-40014-NMG**

**DAVID BENNETT**
  **-** Plaintiff

vs**.**

**SAINT-GOBAIN CORPORATION,**
**JOHN R. MESHER, and**
**TIMOTHY L. FEAGANS**
  **-** Defendants

## SUPPLEMENT TO MOTION BY PLAINTIFF DAVID BENNETT FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER DATED SEPTEMBER 29, 2006, AND REQUEST FOR ORAL ARGUMENT ON THE MOTION

The plaintiff Bennett supplements his motion for reconsideration as follows:

In its memorandum and order on summary judgment, p. 12, the Court excluded Mary Porter's grievance against Feagans, on the grounds of hearsay.  The filing of affidavit by Mary E. Porter cures any hearsay considerations.  Bennett, on p. 2 of his motion, lists several reasons why grievances against Feagans should not have been excluded, notwithstanding Porter's affidavit.

Omitted from that list, was the most painfully obvious reason why it was error to exclude.  The written grievances against Feagans by Porter,

1

Bennett, and Lies were records kept in the regular course of business, made prior to the lawsuit, as was the defendant corporation's practice. Those grievances were **business records, which are exceptions to the hearsay rule.** Fed. R. Evid. 803(6), and MGL c. 233, sec. 78.

There is a genuine issue of material fact as to whether the motive for termination was discriminatory, precluding summary judgment.

DAVID BENNETT, by his attorney

/s/ Michael J. Michaeles
Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone:  (508) 791-8181
BBO#:  344880

DATED:  October 10, 2006