# EXHIBIT A

**PEPPER HAMILTON LLP**
Fees of Clerk

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | TOTAL COST: | 70.00 |

**PEPPER HAMILTON LLP**
**Fees of the Court Reporter**

| Vendor | Transcript | Fee |
|---|---|---|
| Michelle Kaczynski | 6/20/05 – Transcript of David Bennett | 1,165.25 |
| McCarthy Reporting | 7/21/05 - Transcript of Volker Ulbrich | 536.90 |
| McCarthy Reporting | 8/09/05 - Transcript of Otto Lies | 655.00 |
| McCarthy Reporting | 8/23/05 – Transcript of Nina Bennett | 256.25 |
| Flynn Reporting | 8/26/05 – Transcript of Robert Wilk & Timothy Feagans | 636.00 |
| Flynn Reporting | 8/26/05 – Transcripts of Sonya Simonian & Diana Henchey | 483.50 |
| Flynn Reporting | 8/30/05 – Transcript of J. Mesher | 523.00 |
| Marianne Kusa-Ryll | 3/23/06 – Transcript of Motion Hearing on 2/28/06 before The Honorable F. Dennis Saylor | 242.00 |
| | **GRAND TOTAL:** | **$ 4.497.90** |

**DONNELLY, CONROY & GELHAAR, LLP**
**Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

| On-Site Duplicating | | | | |
|---|---|---|---|---|
| | | 6/11/2004 | Copying of Motion for Leave to File a Reply Memorandum of Law in Support of Its Motion to Dismiss & Memorandum of Law in Support of Their Limited Opposition to Plaintiffs Motion to Amend Complaint | 3.60 |
| | | 7/09/04 | Copying of Memorandum of Law in Opposition to Plaintiff's Motion to Strike Defendant's Motion for Leave to File a Reply Brief | 23.80 |
| | | 5/12/05 | Copying of employment ads in Lawyers Weekly for Bennett Deposition | 69.80 |
| | | 6/15/05 | Copying of subpoenas and discovery related materials | 39.40 |
| | | 11/14/05 | Copying of Assented to Motion of Defendants to file a Memorandum of Law in Excess of 20 Pages, Motion of Defendant's for Summary Judgment and Memorandum of Law in Support of Motion of Defendant's for Summary Judgment | 26.20 |
| | | 1/10/06 | Copying of documents for Summary Judgment filing | 435.60 |
| | | | **Total Costs:** | **598.40** |

PEPPER HAMILTON LLP
Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case

| Outside Source | Invoice # | Date | Purpose | Amount |
|---|---|---|---|---|
| Conlin's Copy Center | 10294812 | 5/16/05 | Duplicating & Reproduction Document Production | 102.03 |
| | 10294812 | 5/26/05 | Copy of File from Public Records in Massachusetts | 58.00 |
| Quality Copy Center | 10296750 | 6/21/05 | Bulk Copying & Bates Labeling Document Production | 291.47 |
| Conlin's Copy Center | 10304141 | 7/12/05 | Off-site Duplicating Document Production | 44.03 |
| | | | **Total Costs:** | **$ 495.53** |

PEPPER HAMILTON LLP
Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case

| On-site Duplicating | | | | |
|---|---|---|---|---|
| | 10296750 | 6/03/05 | Document Production | 166.48 |
| | | | **Total Costs** | **166.48** |

**PEPPER HAMILTON LLP**
**Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

| On-site Duplicating | | | | |
|---|---|---|---|---|
| Pleading | Date of Filing | No. of Pages | Total Pages | Cost @ .12 per Page |
| Defendants' Motion to Dismiss Counts I-XI and XIII-XVII of Plaintiff's Complaint | 5/14/04 | 16 | 32 (Plaintiff's counsel, file copy) | 3.84 |
| Defendants' Motion for Leave to File a Reply Memorandum of Law in Support of Its Motion to Dismiss | 6/11/04 | 14 | 28 (Plaintiff's counsel, file copy) | 3.36 |
| Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment and Memorandum of Law in Support of Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment | 11/4/04 | 27 | 108 (Plaintiff's counsel, client copies, file copy) | 12.96 |
| Statement of Undisputed Facts Pursuant to Local Rule 56.1 in Support of Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment | 11/4/05 | 19 | 76 (Plaintiff's counsel, client copies, file copy) | 9.12 |
| Assented-to Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Leave to File a Memorandum of Law | 11/4/05 | 4 | 16 (Plaintiff's counsel, client copies, file copy) | 1.93 |

| | | | | |
|---|---|---|---|---|
| in Excess of Twenty (20) Pages | | | | |
| Affidavit of Cathy Ferrante in Support of Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment | 11/4/05 | 13 | 52 (Plaintiff's counsel, client copies, file copy) | 6.24 |
| Declaration of Jill Brenner Meixel | 11/4/05 | 350 | 1,400 (Plaintiff's counsel, client copies, file copy) | 168.00 |
| | | | **Total Costs** | **205.45** |

**PEPPER HAMILTON LLP**
Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case

| On-Site Duplicating | | | | |
|---|---|---|---|---|
| Deponent | Date of Deposition | No. of Exhibit Pages | Exhibit pages x4 (Court reporter, Plaintiff's counsel, Defendant's counsel, Client copy) | Cost @ .12 per page |
| **David Bennett** Deposition Exhibits | 5/4/2005 & 5/5/2005 | 288 | 1,152 | 138.24 |
| **Nina Bennett** Deposition Exhibits | 8/5/2005 | 7 | 28 | 3.36 |
| **Sonia Simonian** Deposition Exhibits | 8/2/2005 | 7 | 28 | 3.36 |
| **Diana Henchey** Deposition Exhibits | 8/2/2005 | 19 | 19 | 9.12 |
| **Robert Wilk** Deposition Exhibits | 8/3/2005 | 30 | 120 | 14.40 |
| **Tim Feagans** Deposition Exhibits | 8/3/2005 | 59 | 236 | 28.32 |
| **John Mesher** Deposition Exhibits | 8/4/2005 | 228 | 912 | 109.44 |
| **Otto Lies** Deposition Exhibits | 7/27/2005 | 83 | 332 | 39.84 |
| **Volker Ulbrich** Deposition Exhibits | 7/12/2005 | 67 | 268 | 32.16 |
| | | | **Total Costs** | **$ 378.24** |

**PEPPER HAMILTON LLP**
**Docket Fee**

| 5/13/04 | | Zubowicz 5/4 Docket | | 5.00 |
|---|---|---|---|---|
| | | | | |

PEPPER HAMILTON LLP

| | Summary of Costs: | | | |
|---|---|---|---|---|
| | | Fees of the Clerk | | 70.00 |
| | | Fees of the Court Reporter | | 4,497.90 |
| | | Fees for Off-Site Duplication | | 495.53 |
| | | Fees for On-Site Duplication – Pepper Hamilton LLP | | 750.17 |
| | | Fees for On-Site Duplication – Donnelly, Conroy & Gelhaar, LLP | | 598.40 |
| | | Docket Fee | | 5.00 |
| | | TOTAL COSTS: | | $ 6,417.00 |