UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**WORCESTER, SS.**  **CENTRAL SECTION**
**CIVIL ACTION NO.: 04-40014-NMG**

**DAVID BENNETT**
 - Plaintiff

vs.

**SAINT-GOBAIN CORPORATION,**
**JOHN R. MESHER, and**
**TIMOTHY L. FEAGANS**
 - Defendants

## NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

The plaintiff David Bennett appeals to United States Court of Appeals for the First Circuit from Judgment of the District Court for the District of Massachusetts dated September 29, 2006, granting Defendants' Motion for Summary Judgment, and Order dated October 26, 2006 denying Plaintiff's Motion for Reconsideration of Summary Judgment Order.

Dated: November 15, 2006          DAVID BENNETT, by his attorney

/s/Michael J. Michaeles

Michael J. Michaeles, Esquire
390 Main Street, Suite 1000
Worcester, MA 01608
Phone: (508) 791-8181
BBO#: 344880

1