APPEAL, CLOSED

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:04-cv-40014-FDS

Bennett v. Saint-Gobain Corporation et al
Assigned to: Judge F. Dennis Saylor, IV
Cause: 29:633 Job Discrimination (Age)

Date Filed: 01/28/2004
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

## Plaintiff

**David Bennett**

represented by **Michael J. Michaeles**
Wolfson, Keenan, Cotton & Meagher
390 Main Street
Suite 1000
Worcester, MA 01608
508-791-8181
Fax: 508-792-0832
Email: mmichaeles@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Saint-Gobain Corporation**

represented by **Amy McAndrew**
Pepper Hamilton, LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312
610-640-7824
Fax: 610-640-7835
Email: mcandrewa@pepperlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hope A. Comisky**
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
215-981-4847
Fax: 215-981-4750
Email: comiskyh@pepperlaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jill Brenner Meixel**
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street
33rd Floor
Boston, MA 02108
617-720-2880
Fax: 617-720-3554
Email: jbm@dcglaw.com
*ATTORNEY TO BE NOTICED*

## Defendant

**John R. Mesher**
*Vice-President and general counsel of*
*Saint-Gobain*

represented by **Amy McAndrew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hope A. Comisky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Brenner Meixel**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Timothy L. Feagans**
*Deputy General counsel for*
*Saint-Gobain Corp.*

represented by **Amy McAndrew**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hope A. Comisky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jill Brenner Meixel**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2004 | 1 | COMPLAINT against Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation Filing fee: $ 150, receipt number 404258, filed by David Bennett.(Jones, Sherry) (Entered: 01/28/2004) |

| 01/28/2004 | ◕ | Summons Issued as to Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Jones, Sherry) (Entered: 01/28/2004) |
| 02/10/2004 | ◕2 | MOTION to Amend 1 Complaint by David Bennett, c/s.(Hassett, Kathy) (Entered: 02/10/2004) |
| 02/10/2004 | ◕ | Judge Nathaniel M. Gorton : Electronic ORDER entered by the court granting 2 Motion to Amend complaint. (cc/cl) (Castles, Martin) Modified on 2/11/2004 (Hassett, Kathy). (Entered: 02/10/2004) |
| 03/23/2004 | ◕3 | WAIVER OF SERVICE Returned Executed Timothy L. Feagans waiver sent on 3/15/2004, answer due 5/14/2004. (Hassett, Kathy) (Entered: 03/23/2004) |
| 03/23/2004 | ◕4 | WAIVER OF SERVICE Returned Executed John R. Mesher waiver sent on 3/15/2004, answer due 5/14/2004. (Hassett, Kathy) (Entered: 03/23/2004) |
| 03/23/2004 | ◕5 | WAIVER OF SERVICE Returned Executed Saint-Gobain Corporation waiver sent on 3/15/2004, answer due 5/14/2004. (Hassett, Kathy) (Entered: 03/23/2004) |
| 05/14/2004 | ◕6 | MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint* by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation.(Brenner, Jill) Additional attachment(s) added on 5/18/2004 (Jones, Sherry). (Entered: 05/14/2004) |
| 05/14/2004 | ◕7 | MEMORANDUM OF LAW by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation to 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint*. (Brenner, Jill) Additional attachment(s) added on 5/18/2004 (Jones, Sherry). (Entered: 05/14/2004) |
| 05/27/2004 | ◕8 | Opposition re 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint* filed by David Bennett, c/s. (Jones, Sherry) (Entered: 05/27/2004) |
| 05/27/2004 | ◕9 | MEMORANDUM OF LAW in support of plaintiff's opposition to defendant's motion to dismiss by David Bennett to 8 Opposition to Motion, c/s. (Jones, Sherry) (Entered: 05/27/2004) |
| 05/27/2004 | ◕10 | MOTION to Amend 1 Complaint by David Bennett, c/s.(Hassett, Kathy) (Entered: 05/27/2004) |
| 06/11/2004 | ◕11 | Opposition re 10 MOTION to Amend 1 Complaint filed by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Brenner, Jill) (Entered: 06/11/2004) |
| 06/11/2004 | ◕12 | MOTION for Leave to File *A Reply Memorandum of Law in Support of its Motion to Dismiss* by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Attachments: # 1 Exhibit Reply Memorandum of Law in Support of Defendants' Motion to Dismiss Certain Counts of Plaintiff's Complaint)(Brenner, Jill) (Entered: 06/11/2004) |

| 06/14/2004 | 13 | ASSENTED TO MOTION for Leave to Appear Pro Hac Vice by Hope Comisky Filing fee $ 50, receipt number 404342. by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation, c/s.(Jones, Sherry) (Entered: 06/14/2004) |
|---|---|---|
| 06/14/2004 | 14 | ASSENTED TO MOTION for Leave to Appear Pro Hac Vice by Amy McAndrew Filing fee $ 50, receipt number 404342. by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation, c/s.(Jones, Sherry) (Entered: 06/14/2004) |
| 06/18/2004 | 15 | Notice of Reassignment. Case reassigned from Judge Gorton to Judge F. Dennis Saylor, IV upon appointment to the bench. Notice sent to counsel.(Shattuck, Deborah) (Entered: 06/21/2004) |
| 06/29/2004 | ❏ | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 12 Motion for Leave to File a reply. "ALLOWED." (cc/cl) (Jones, Sherry) (Entered: 06/29/2004) |
| 06/29/2004 | 16 | REPLY to Response to Motion re 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint* filed by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Jones, Sherry) (Entered: 06/29/2004) |
| 06/29/2004 | ❏ | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 13 Motion for Leave to Appear Pro Hac Vice Added Hope Comisky for Saint-Gobain Corporation; Timothy L. Feagans and John R. Mesher. "ALLOWED." (cc/cl) (Jones, Sherry) (Entered: 06/29/2004) |
| 06/29/2004 | ❏ | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 14 Motion for Leave to Appear Pro Hac Vice Added Amy McAndrew for Saint-Gobain Corporation; Timothy L. Feagans and John R. Mesher. "ALLOWED." (cc/cl) (Jones, Sherry) (Entered: 06/29/2004) |
| 07/01/2004 | 17 | MOTION to Strike Defendants' Motion for Leave to File Reply Brief by David Bennett. c/s.(Hassett, Kathy) (Entered: 07/01/2004) |
| 07/13/2004 | 18 | Opposition re 17 MOTION to Strike *Defendants' Motion for Leave to File a Reply Brief* filed by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Attachments: # 1 Exhibit # 2 Exhibit)(Brenner, Jill) (Entered: 07/13/2004) |
| 07/13/2004 | 19 | AFFIDAVIT of Jill L. Brenner in Opposition re 17 MOTION to Strike *Defendants' Motion for Leave to File a Reply Brief* filed by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Brenner, Jill) (Entered: 07/13/2004) |
| 07/22/2004 | 20 | MOTION to Withdraw 17 MOTION to Strike and Request for Hearing by David Bennett,c/s.(Hassett, Kathy) (Entered: 07/22/2004) |
| 07/28/2004 | ❏ | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 20 Motion to Withdraw 17 MOTION to Strike. (cc/cl) (Castles, Martin) (Entered: 07/28/2004) |

| 07/28/2004 | ● | Motions terminated: 17 MOTION to Strike filed by David Bennett withdrawn. (Castles, Martin) (Entered: 07/28/2004) |
| 07/28/2004 | ●21 | RESPONSE to Motion re 20 MOTION for Hearing re 17 MOTION to Strike MOTION to Withdraw 17 MOTION to Strike *[Memorandum of Law in Response to Plaintiff's Motion to Withdraw Motion to Strike and Request for Hearing]* filed by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation. (Brenner, Jill) (Entered: 07/28/2004) |
| 10/27/2004 | ●22 | NOTICE by Timothy L. Feagans, John R. Mesher, Saint-Gobain Corporation *of Supplemental Authority Relevant to Defendants' Motion to Dismiss Certain Counts of Plaintiff's Complaint* (Attachments: # 1 Exhibit Supplemental Authority)(Brenner, Jill) (Entered: 10/27/2004) |
| 11/24/2004 | ●23 | MEMORANDUM in Opposition re 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint Plaintiff's Reply Memorandum to Defendants' Notice of Supplemental Authority* filed by David Bennett. (Michaeles, Michael) Additional attachment(s) added on 11/29/2004 (Hassett, Kathy). (Entered: 11/24/2004) |
| 12/01/2004 | ● | NOTICE OF HEARING: Set Deadlines as to 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint*, and 10 MOTION to Amend 1 Complaint. Motion Hearing is set for Friday 1/7/2005 at 11:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. (cc/cl) (Castles, Martin) (Entered: 12/01/2004) |
| 12/10/2004 | ●24 | Judge F. Dennis Saylor IV: Electronic ORDER entered granting in part and denying in part 10 Motion to Amend. (cc/cl) (Castles, Martin) (Entered: 12/10/2004) |
| 01/07/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Motion Hearing held on 1/7/2005 re 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint* filed by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans, Case called, Counsel (Comisky/Michaels) appear for motion hearing, Arguments of counsel heard, Court takes motion under advisment. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 01/07/2005) |
| 01/11/2005 | ●25 | NOTICE of Scheduling Conference Scheduling Conference set for 2/3/2005 03:00 PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 01/11/2005) |
| 01/11/2005 | ●26 | Supplemental MEMORANDUM in Support re 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint on Plaintiff's Retaliation Claims* filed by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Meixel, Jill) (Entered: 01/11/2005) |
| 01/14/2005 | ●27 | Supplemental MEMORANDUM in Opposition re 6 MOTION to Dismiss *Counts I-XI and XIII-XVII of Plaintiff's Complaint* filed by David Bennett. (Michaeles, Michael) (Entered: 01/14/2005) |

| 02/01/2005 | 28 | Judge F. Dennis Saylor IV: Electronic MEMORANDUM AND ORDER entered granting in part and denying in part 6 Motion to Dismiss. (Castles, Martin) (Entered: 02/01/2005) |
| 02/02/2005 | 29 | STATEMENT OF COUNSEL of Plaintiff Bennett *Pursuant to Local Rule 16.1* by David Bennett. (Michaeles, Michael) (Entered: 02/02/2005) |
| 02/02/2005 | 30 | STATEMENT OF COUNSEL Pursuant to Local Rule 16.1 by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Hassett, Kathy) (Entered: 02/03/2005) |
| 02/03/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Scheduling Conference held on 2/3/2005. Case called, Atty. Michaeles appears in person and atty. Comisky appears by telephone, Scheduling order to issue. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 02/03/2005) |
| 02/03/2005 | 31 | Judge F. Dennis Saylor IV: Electronic ORDER entered. SCHEDULING ORDER: Final Pretrial Conference set for 11/18/2005 03:00 PM in Courtroom 2 before Judge F. Dennis Saylor IV. Status Conference set for 7/27/2005 03:00 PM before Judge F. Dennis Saylor IV. Amended Pleadings due by 4/30/2005. Discovery due by 7/29/2005. Joinder of Parties due by 4/30/2005. Motions due by 10/7/2005.(Castles, Martin) (Entered: 02/03/2005) |
| 02/11/2005 | 32 | *Defendants'* ANSWER to Complaint by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans.(Meixel, Jill) (Entered: 02/11/2005) |
| 07/27/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Status Conference held on 7/27/2005. Case called, Counsel appear for status conference, Parties inform court of status of discovery, Plaintiff request a 30 day extension of the scheduling order, Court grants request and extends all dates in the scheduling order 30 days, Plaintiff requests additional time to file a motion to amend complaint, Motion to amend is due by 9/30/05, Pretrial Conference is reset for 1/25/2006 at 3:00PM in Courtroom 2 before Judge F. Dennis Saylor IV. (Court Reporter Kusa-Ryll.) (Castles, Martin) (Entered: 07/27/2005) |
| 07/27/2005 | ❏ | Reset Scheduling Order Deadlines: Motions to Amend Pleadings due by 9/30/2005. Discovery completed by 8/29/2005. Dispositive Motions due by 11/7/2005. (Castles, Martin) (Entered: 07/27/2005) |
| 07/28/2005 | ❏ | E-Mail Notice re status conference and set/reset scheduling order deadlines originally issued on 7/28/05 returned as undeliverable. Name of Addressee: Tara Guind. Addressee left firm, Court contacted attorney, will update information. (Hassett, Kathy) (Entered: 07/28/2005) |
| 11/03/2005 | 33 | MOTION for Partial Summary Judgment by David Bennett, c/s.(Jones, Sherry) (Entered: 11/03/2005) |
| 11/03/2005 | 34 | MEMORANDUM in Support re 33 MOTION for Summary Judgment filed by David Bennett. (Jones, Sherry) (Entered: 11/03/2005) |

Case 4:04-cv-40014-FDS    Document 67-2    Filed 01/24/2007    Page 7 of 10

| 11/03/2005 | 35 | AFFIDAVIT of David Bennett in Support re 33 MOTION for Summary Judgment filed by David Bennett. (Attachments: # 1 Exhibits)(Jones, Sherry) (Entered: 11/03/2005) |
| 11/04/2005 | 36 | Assented to MOTION for Leave to File Excess Pages *in Memorandum of Law in Support of Summary Judgment* by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans.(Meixel, Jill) (Entered: 11/04/2005) |
| 11/04/2005 | 37 | MOTION for Summary Judgment *and Request for Oral Argument* by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans.(Meixel, Jill) (Entered: 11/04/2005) |
| 11/04/2005 | 38 | MEMORANDUM in Support re 37 MOTION for Summary Judgment *and Request for Oral Argument* filed by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Meixel, Jill) (Entered: 11/04/2005) |
| 11/04/2005 | 39 | STATEMENT of facts re 37 MOTION for Summary Judgment *and Request for Oral Argument Pursuant to Local Rule 56.1.* (Meixel, Jill) (Entered: 11/04/2005) |
| 11/04/2005 | 40 | DECLARATION re 37 MOTION for Summary Judgment *and Request for Oral Argument of Jill Brenner Meixel* by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Meixel, Jill) Additional attachment(s) added on 11/7/2005 (Hassett, Kathy). (Entered: 11/04/2005) |
| 11/04/2005 | 41 | AFFIDAVIT of Cathy Ferrante re 37 MOTION for Summary Judgment *and Request for Oral Argument* by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Meixel, Jill) (Entered: 11/04/2005) |
| 11/04/2005 | ● | Judge F. Dennis Saylor IV: ElectronicORDER entered granting 36 Motion for Leave to File Excess Pages. (Castles, Martin) (Entered: 11/04/2005) |
| 11/22/2005 | 42 | MEMORANDUM in Opposition re 33 MOTION for Summary Judgment filed by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Meixel, Jill) (Entered: 11/22/2005) |
| 11/22/2005 | 43 | Response by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans *to Plaintiff's Statement of Facts Submitted in Opposition to Plaintiff's Motion for Partial Summary Judgment.* (Meixel, Jill) (Entered: 11/22/2005) |
| 11/23/2005 | 44 | Letter/request (non-motion) from Michael J. Michaeles. (Hassett, Kathy) (Entered: 11/23/2005) |
| 11/23/2005 | 45 | Response by David Bennett to 39 Statement of facts, c/s. (Hassett, Kathy) (Entered: 11/23/2005) |
| 11/23/2005 | 46 | Opposition re 37 MOTION for Summary Judgment *and Request for Oral Argument* filed by David Bennett, c/s. (Hassett, Kathy) (Entered: 11/23/2005) |

Case 4:04-cv-40014-FDS    Document 67-2    Filed 01/24/2007    Page 8 of 10

| | | |
|---|---|---|
| 11/23/2005 | ✪47 | AFFIDAVIT in Support re 46 Opposition to Motion, c/s. (Attachments: # 1 Exhibit 1, part 1# 2 Exhibit 1, part 2# 3 Exhibit 2, part 1# 4 Exhibit 2, part 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8)(Hassett, Kathy) (Entered: 11/23/2005) |
| 12/13/2005 | ✪48 | MOTION for Leave to File *Additional Papers in Support of Their Motion for Summary Judgment* by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans.(Meixel, Jill) (Entered: 12/13/2005) |
| 12/13/2005 | ✪49 | REPLY to Response to Motion re 37 MOTION for Summary Judgment *and Request for Oral Argument* filed by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Meixel, Jill) (Entered: 12/13/2005) |
| 12/13/2005 | ✪50 | Response by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans *to Plaintiff's Concise Statement of Material Facts Contained in Plaintiff's Opposition to Defendants' Motion for Summary Judgment.* (Meixel, Jill) (Entered: 12/13/2005) |
| 12/13/2005 | ✪51 | DECLARATION re 37 MOTION for Summary Judgment *and Request for Oral Argument [Supplemental Declaration]* by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Meixel, Jill) (Entered: 12/13/2005) |
| 12/13/2005 | ✪ | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 48 Motion for Leave to File. (Castles, Martin) (Entered: 12/13/2005) |
| 01/24/2006 | ✪ | Judge F. Dennis Saylor IV: Electronic ORDER entered. ORDER Cancelling Deadline. Motion hearing/pretrial conference set for 1/25/06 is hereby cancelled, to be rescheduled by the Court.(Castles, Martin) (Entered: 01/24/2006) |
| 01/25/2006 | ✪ | NOTICE OF HEARING: Reset HEARING as to 33 MOTION for Summary Judgment and 37 MOTION for Summary Judgment. Motion Hearing reset for Tuesday 2/28/2006 at 11:00AM in Courtroom 2 before Judge F. Dennis Saylor IV. (Castles, Martin) (Entered: 01/25/2006) |
| 02/28/2006 | ✪ | ElectronicClerk's Notes for proceedings held before Judge F. Dennis Saylor IV: Motion Hearing held on 2/28/2006 re 37 MOTION for Summary Judgment filed by Saint-Gobain Corporation, John R. Mesher and Timothy L. Feagans and 33 MOTION for Summary Judgment filed by David Bennett, Case called, Counsel appear for motion hearing, Court hears arguments of counsel, Court takes dft's motion 37 under advisement, Court rules from the bench denying plaintiff's motion 33 for the reasons stated in open court. (Court Reporter M. Kusa-Ryll.) (Castles, Martin) (Entered: 02/28/2006) |
| 02/28/2006 | ✪ | Judge F. Dennis Saylor IV: Electronic ORDER entered denying 33 Motion for Summary Judgment for the reasons stated in open court. (Castles, Martin) (Entered: 02/28/2006) |

| 03/01/2006 | ✪52 | Letter/request (non-motion) from Michael Michaeles. (Hassett, Kathy) (Entered: 03/01/2006) |
|---|---|---|
| 03/03/2006 | ✪53 | Letter/request (non-motion) from Hope A. Comisky, counsel for Defendants *in response to February 28, 2006 letter submitted by Plaintiff.* (Meixel, Jill) (Entered: 03/03/2006) |
| 03/16/2006 | ✪54 | TRANSCRIPT of Motion Hearing Proceedings held on February 28, 2006 before Judge F. Dennis Saylor, 1V. Court Reporter: Marianne Kusa-Ryll. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 03/16/2006) |
| 09/29/2006 | ✪55 | Judge F. Dennis Saylor IV: MEMORANDUM AND ORDER entered granting 37 Motion for Summary Judgment. (Castles, Martin) (Entered: 09/29/2006) |
| 09/29/2006 | ✪56 | Judge F. Dennis Saylor IV: ORDER entered. JUDGMENT in favor of Defendants against Plaintiff.(Castles, Martin) (Entered: 09/29/2006) |
| 10/06/2006 | ✪57 | MOTION for Reconsideration re 56 Judgment by David Bennett.(Jones, Sherry) (Entered: 10/06/2006) |
| 10/06/2006 | ✪58 | AFFIDAVIT of David Bennett in Support re 57 MOTION for Reconsideration re 56 Judgment filed by David Bennett. (Jones, Sherry) (Entered: 10/06/2006) |
| 10/06/2006 | ✪59 | AFFIDAVIT of Mary E. Porter in Support re 57 MOTION for Reconsideration re 56 Judgment filed by David Bennett. (Jones, Sherry) (Entered: 10/06/2006) |
| 10/10/2006 *Document deleted* | ✪60 | Supplemental MOTION by David Bennett.(Michaeles, Michael) Additional attachment(s) added on 10/10/2006 (Hassett, Kathy). (Entered: 10/10/2006) |
| 10/10/2006 | ✪ | Notice of correction to docket made by Court staff. Correction: document #60 deleted because: incorrectly docketed as a motion (Hassett, Kathy) (Entered: 10/10/2006) |
| 10/10/2006 | ✪61 | NOTICE by David Bennett *Supplement to Motion* (Michaeles, Michael) (Entered: 10/10/2006) |
| 10/10/2006 | ✪ | Motions terminated: 60 Supplemental MOTION to Amend filed by David Bennett,. (Castles, Martin) (Entered: 10/10/2006) |
| 10/19/2006 | ✪62 | MEMORANDUM in Opposition re 57 MOTION for Reconsideration re 56 Judgment filed by Saint-Gobain Corporation, John R. Mesher, Timothy L. Feagans. (Meixel, Jill) (Entered: 10/19/2006) |
| 10/24/2006 | ✪63 | MOTION toll appeal period re 57 MOTION for Reconsideration re 56 Judgment by David Bennett.(Michaeles, Michael) (Entered: 10/24/2006) |

| 10/24/2006 | ◔ | Judge F. Dennis Saylor IV: Electronic ORDER entered granting 63 Motion to toll the running of the 30 day appeal period. (Castles, Martin) (Entered: 10/24/2006) |
|---|---|---|
| 10/26/2006 | ◔64 | Judge F. Dennis Saylor IV: MEMORANDUM AND ORDER entered denying 57 Motion for Reconsideration. (Castles, Martin) (Entered: 10/26/2006) |
| 11/15/2006 | ◔65 | BILL OF COSTS by Saint-Gobain Corporation. (Attachments: # 1 Exhibit A)(Meixel, Jill) (Entered: 11/15/2006) |
| 11/15/2006 | ◔66 | NOTICE OF APPEAL as to 55 Order on Motion for Summary Judgment, 64 Order on Motion for Reconsideration, 56 Judgment by David Bennett. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/5/2006. (Michaeles, Michael) Additional attachment(s) added on 11/15/2006 (Hassett, Kathy). (Entered: 11/15/2006) |
| 11/23/2006 | ◔ | Filing fee: $ 455.00, receipt number 404947 for 66 Notice of Appeal (Clean up of court docket by clerk) (Hassett, Kathy) (Entered: 12/15/2006) |