UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04CV40014-FDS

David Bennett

v.

Saint-Gobain Corporation

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

Documents # 1-17, 22-24, 28, 33-35, 40, 44-47, 54-57, 60-64 are originals.
All other documents are copies and can be discarded after the appeal is complete.

and contained in Volume(s) 2 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/15/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/22/07.

Sarah A Thornton, Clerk of Court

By:  /s/ Kathy Hassett
     Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/7/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1219

**RETURN TO: US DISTRICT COURT
595 MAIN STREET, SUITE 502
WORCESTER, MA 01608**

O:\Forms\Local\ClerksCertificate-COA.frm- 3/06