# United States Court of Appeals
## For the First Circuit

No. 07-1219

DAVID BENNETT,

Plaintiff, Appellant,

v.

SAINT-GOBAIN CORPORATION ET AL.,

Defendants, Appellees.

**JUDGMENT**

Entered: November 2, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's decision and judgment are affirmed.

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Michaeles, Ms. McAndrew, Ms. Comisky, & Ms. Meixel.]