✎AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT    District of    MASSACHUSETTS

DAVID BENNETT, Plaintiff

V.

SAINT-GOBAIN CORPORATION

**BILL OF COSTS**

Case Number: 04-40014-FDS

Judgment having been entered in the above entitled action on   9/29/2006   against   PLAINTIFF,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ 70.00 |
| Fees for service of summons and subpoena ........................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,497.90 |
| Fees and disbursements for printing .............................................. | |
| Fees for witnesses (itemize on page two) ......................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | 1,844.10 |
| Docket fees under 28 U.S.C. 1923 ................................................ | 5.00 |
| Costs as shown on Mandate of Court of Appeals .................................. | |
| Compensation of court-appointed experts ........................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ..................................................... | |
| TOTAL | $ 6,417.00 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   /s/ Hope A. Comisky

Name of Attorney:   Hope A. Comisky

For:   SAINT-GOBAIN CORPORATION           Date: 11/14/2006

Name of Claiming Party

Costs are taxed in the amount of   $ 6,417.00   and included in the judgment.

Sarah Thornton    By: [signature]    1/7/08
Clerk of Court        Deputy Clerk    Date

%AO 133 (Rev. 8/06) Bill of Costs    Case 4:04-cv-40014-FDS    Document 65-1    Filed 11/15/2006    Page 2 of 2

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT A

**PEPPER HAMILTON LLP**
Fees of Clerk

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | **TOTAL COST:** | 70.00 |

**PEPPER HAMILTON LLP**
**Fees of the Court Reporter**

| Vendor | Transcript | Fee |
|---|---|---|
| Michelle Kaczynski | 6/20/05 – Transcript of David Bennett | 1,165.25 |
| McCarthy Reporting | 7/21/05 - Transcript of Volker Ulbrich | 536.90 |
| McCarthy Reporting | 8/09/05 - Transcript of Otto Lies | 655.00 |
| McCarthy Reporting | 8/23/05 – Transcript of Nina Bennett | 256.25 |
| Flynn Reporting | 8/26/05 – Transcript of Robert Wilk & Timothy Feagans | 636.00 |
| Flynn Reporting | 8/26/05 – Transcripts of Sonya Simonian & Diana Henchey | 483.50 |
| Flynn Reporting | 8/30/05 – Transcript of J. Mesher | 523.00 |
| Marianne Kusa-Ryll | 3/23/06 – Transcript of Motion Hearing on 2/28/06 before The Honorable F. Dennis Saylor | 242.00 |
| | **GRAND TOTAL:** | **$ 4,497.90** |

**DONNELLY, CONROY & GELHAAR, LLP**
**Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

| On-Site Duplicating | | | | |
|---|---|---|---|---|
| | | 6/11/2004 | Copying of Motion for Leave to File a Reply Memorandum of Law in Support of Its Motion to Dismiss & Memorandum of Law in Support of Their Limited Opposition to Plaintiffs Motion to Amend Complaint | 3.60 |
| | | 7/09/04 | Copying of Memorandum of Law in Opposition to Plaintiff's Motion to Strike Defendant's Motion for Leave to File a Reply Brief | 23.80 |
| | | 5/12/05 | Copying of employment ads in Lawyers Weekly for Bennett Deposition | 69.80 |
| | | 6/15/05 | Copying of subpoenas and discovery related materials | 39.40 |
| | | 11/14/05 | Copying of Assented to Motion of Defendants to file a Memorandum of Law in Excess of 20 Pages, Motion of Defendant's for Summary Judgment and Memorandum of Law in Support of Motion of Defendant's for Summary Judgment | 26.20 |
| | | 1/10/06 | Copying of documents for Summary Judgment filing | 435.60 |
| | | | **Total Costs:** | **598.40** |

**PEPPER HAMILTON LLP**
**Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

| Outside Source | Invoice # | Date | Purpose | Amount |
|---|---|---|---|---|
| Conlin's Copy Center | 10294812 | 5/16/05 | Duplicating & Reproduction Document Production | 102.03 |
| | 10294812 | 5/26/05 | Copy of File from Public Records in Massachusetts | 58.00 |
| Quality Copy Center | 10296750 | 6/21/05 | Bulk Copying & Bates Labeling Document Production | 291.47 |
| Conlin's Copy Center | 10304141 | 7/12/05 | Off-site Duplicating Document Production | 44.03 |
| | | | **Total Costs:** | **$ 495.53** |

**PEPPER HAMILTON LLP**
Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case

| On-site Duplicating | | | | |
|---|---|---|---|---|
| | 10296750 | 6/03/05 | Document Production | 166.48 |
| | | | **Total Costs** | **166.48** |

**PEPPER HAMILTON LLP**
**Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

| On-site Duplicating | | | | |
|---|---|---|---|---|
| Pleading | Date of Filing | No. of Pages | Total Pages | Cost @ .12 per Page |
| Defendants' Motion to Dismiss Counts I-XI and XIII-XVII of Plaintiff's Complaint | 5/14/04 | 16 | 32 (Plaintiff's counsel, file copy) | 3.84 |
| Defendants' Motion for Leave to File a Reply Memorandum of Law in Support of Its Motion to Dismiss | 6/11/04 | 14 | 28 (Plaintiff's counsel, file copy) | 3.36 |
| Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment and Memorandum of Law in Support of Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment | 11/4/04 | 27 | 108 (Plaintiff's counsel, client copies, file copy) | 12.96 |
| Statement of Undisputed Facts Pursuant to Local Rule 56.1 in Support of Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment | 11/4/05 | 19 | 76 (Plaintiff's counsel, client copies, file copy) | 9.12 |
| Assented-to Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Leave to File a Memorandum of Law | 11/4/05 | 4 | 16 (Plaintiff's counsel, client copies, file copy) | 1.93 |

| | | | | |
|---|---|---|---|---|
| in Excess of Twenty (20) Pages | | | | |
| Affidavit of Cathy Ferrante in Support of Motion of Defendants Saint-Gobain Corporation, John Mesher and Timothy Feagans for Summary Judgment | 11/4/05 | 13 | 52 (Plaintiff's counsel, client copies, file copy) | 6.24 |
| Declaration of Jill Brenner Meixel | 11/4/05 | 350 | 1,400 (Plaintiff's counsel, client copies, file copy) | 168.00 |
| | | | **Total Costs** | **205.45** |

**PEPPER HAMILTON LLP**
**Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in Case**

| On-Site Duplicating | | | | |
|---|---|---|---|---|
| Deponent | Date of Deposition | No. of Exhibit Pages | Exhibit pages x4 (Court reporter, Plaintiff's counsel, Defendant's counsel, Client copy) | Cost @ .12 per page |
| David Bennett Deposition Exhibits | 5/4/2005 & 5/5/2005 | 288 | 1,152 | 138.24 |
| Nina Bennett Deposition Exhibits | 8/5/2005 | 7 | 28 | 3.36 |
| Sonia Simonian Deposition Exhibits | 8/2/2005 | 7 | 28 | 3.36 |
| Diana Henchey Deposition Exhibits | 8/2/2005 | 19 | 19 | 9.12 |
| Robert Wilk Deposition Exhibits | 8/3/2005 | 30 | 120 | 14.40 |
| Tim Feagans Deposition Exhibits | 8/3/2005 | 59 | 236 | 28.32 |
| John Mesher Deposition Exhibits | 8/4/2005 | 228 | 912 | 109.44 |
| Otto Lies Deposition Exhibits | 7/27/2005 | 83 | 332 | 39.84 |
| Volker Ulbrich Deposition Exhibits | 7/12/2005 | 67 | 268 | 32.16 |
| | | | Total Costs | $ 378.24 |

**PEPPER HAMILTON LLP**
**Docket Fee**

| 5/13/04 | | Zubowicz 5/4 Docket | | 5.00 |
|---|---|---|---|---|
| | | | | |

**PEPPER HAMILTON LLP**

| | Summary of Costs: | | | |
|---|---|---|---|---|
| | | Fees of the Clerk | | 70.00 |
| | | Fees of the Court Reporter | | 4,497.90 |
| | | Fees for Off-Site Duplication | | 495.53 |
| | | Fees for On-Site Duplication – Pepper Hamilton LLP | | 750.17 |
| | | Fees for On-Site Duplication – Donnelly, Conroy & Gelhaar, LLP | | 598.40 |
| | | Docket Fee | | 5.00 |
| | | TOTAL COSTS: | | $ 6,417.00 |